**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　Plaintiffs,<br><br>ENVIRONMENTAL DEFENSE FUND,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　　　v.<br><br>U.S.  ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　Defendants. | Case No. 18-cv-0773<br><br>Hon. Reggie Walton |

**JOINT STATUS REPORT**

Plaintiffs the State of New York, et al., Plaintiff-Intervenor Environmental Defense Fund (collectively "Plaintiffs"), and Defendant United States Environmental Protection Agency et al., ("EPA") (collectively "the Parties"), by and through the undersigned counsel, hereby jointly report as follows:

1.　On April 5, 2018, and May 30, 2018, Plaintiffs filed Complaints for declaratory relief under section 304(a) of the Clean Air Act, 42 U.S.C. § 7604(a), based on allegations that, *inter alia*, EPA has unreasonably delayed issuing guidelines regarding methane emissions from existing sources in the oil and natural gas sector.  *See* Dkt Nos. 1, 20.

2.　The Court issued a Case Management Order on September 27, 2018, which established, *inter alia*, an October 31, 2018, deadline for initial disclosures under Fed. R. Civ. P. 26(a); a November 28, 2018, deadline for service of written discovery and deposition notices; and a March 29, 2019, deadline to conclude fact discovery.  *See* Dkt No. 37.

1

3. The Parties have worked diligently since the Case Management Order issued, except during the lapse in federal appropriations to EPA and the U.S. Department of Justice. The Parties exchanged Fed. R. Civ. P. 26(a) disclosures; Plaintiffs served written discovery (24 interrogatories, 10 requests for production and 29 requests for admissions) and noticed six depositions (five fact depositions and one Fed. R. Civ. P. 30(b)(6) deposition); EPA responded to Plaintiffs' written discovery; and the Parties recently concluded negotiations regarding the parameters for collecting EPA's electronically stored information ("ESI"). The Parties cannot determine the volume of materials to be reviewed and possibly produced, and therefore cannot establish a practicable schedule for this phase of discovery, until after the ESI is collected and processed. Plaintiffs also desire to take the noticed depositions following production.

4. While the Parties will not be able to complete these remaining tasks by March 29, the current deadline for completing discovery, they anticipate that they can provide a proposed schedule for future proceedings by April 29, 2019. For the same reason, the Parties also propose that the current April 12, 2019, in-person conference be postponed until after that schedule has been submitted.

Respectfully Submitted,

Dated:  March 21, 2019

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

  /s/ Morgan A. Costello
Morgan A. Costello
Christopher C. Gore
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392

| FOR THE STATE OF CALIFORNIA | FOR THE STATE OF IOWA |
|---|---|

XAVIER BECERRA
Attorney General

  /s/ Kavita P. Lesser
Timothy E. Sullivan
Daniel M. Lucas
Kavita P. Lesser
Deputy Attorneys General
California Department of Justice
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6605
*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra*

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

  /s/ Jill Lacedonia
Jill Lacedonia
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141-0120
(860) 808-5250

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

  /s/ Gerald Karr
Gerald Karr
Assistant Attorney General
Illinois Attorney General's Office
69 W. Washington St., 18th Floor
Chicago, IL 60602
([*]312) 814-3369

THOMAS J. MILLER
Attorney General

  /s/ Jacob Larson
Jacob Larson
Assistant Attorney General
Environmental Law Division
Hoover State Office Building
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
(515) 281-5341

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

  /s/ Laura Jensen
Laura Jensen*
Assistant Attorney General
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

  /s/ Leah J. Tulin
Leah J. Tulin
Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6962

---

[*] Application for admission pending

3

FOR THE COMMONWEALTH OF
MASSACHUSETTS

MAURA HEALEY
Attorney General

  /s/ Melissa Hoffer
Melissa Hoffer
Chief, Energy and Environment Bureau
Turner Smith
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200


FOR THE STATE OF NEW MEXICO


HECTOR H. BALDERAS
Attorney General

  /s/ William Grantham
William Grantham
Consumer & Environmental Protection
Division
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 717-3500


FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

  /s/ Paul Garrahan
Paul Garrahan
Attorney-in-Charge, Natural Resources
Section
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096
(503) 947-4593

FOR THE COMMONWEALTH OF
PENNSYLVANIA

JOSH SHAPIRO
Attorney General

  /s/ Michael J. Fischer
Michael J. Fischer
Chief Deputy Attorney General
Robert A. Reiley
Assistant Director, Pennsylvania
Department of Environmental Protection
Environmental Protection Section
Pennsylvania Office of the Attorney General
Strawberry Square
Harrisburg, PA 17120
(215) 560-2171


FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

  /s/ Gregory S. Schultz
Gregory S. Schultz
Special Assistant Attorney General
Rhode Island Department of Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400


FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

  /s/ Nicholas F. Persampieri
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186

4

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ Katharine G. Shirey
Katharine G. Shirey
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-6769

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

  /s/ David S. Hoffmann
Robyn R. Bender
Deputy Attorney General
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
441 Fourth St. NW Ste. 600-S
Washington, D.C. 20001
(202) 442-9889

FOR THE CITY OF CHICAGO

EDWARD N. SISKEL
Corporation Counsel

  /s/ Jared Policchio
Jared Policchio
Supervising Assistant Corporation Counsel
Admitted *Pro Hac Vice*
30 N. LaSalle Street, Suite 800
Chicago, IL 60602
(312) 744-7764

Dated:  March 21, 2019
       /s/ Susannah L. Weaver
Susannah L. Weaver, D.C. Bar # 1023021
Sean H. Donahue, D.C. Bar. # 940450
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
Phone: (202) 277-7085 (Mr. Donahue)
susannah@donahuegoldberg.com
sean@donahuegoldberg.com

Peter Zalzal, CO Bar # 42164
Rosalie Winn, CA Bar # 305616
Rachel Fullmer, CO Bar # 49868
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rwinn@edf.org
rfullmer@edf.org

*Counsel for Plaintiff-Intervenor*
*Environmental Defense Fund*

                                  United States Department of Justice
                                  Environment & Natural Resources Division

Dated: March 21, 2019              /s/ Heather E. Gange
                                  HEATHER E. GANGE
                                  D.C. Bar No. 452615
                                  Environmental Defense Section
                                  P.O. Box 7611
                                  Washington, DC 20044-7611
                                  Tel. 202.514.4206
                                  Fax. 202.514.8865

                                  *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I, Morgan A. Costello, hereby certify that on this 21st day of March 2019, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of Court using the ECF system, which effected service on:

> Heather E. Gange
> *Counsel for Defendants*

                 /s/ Morgan A. Costello
                 Morgan A. Costello