# EXHIBIT D

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ENVIRONMENTAL DEFENSE FUND, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | No. 18-cv-0773 <br><br> Hon. Reggie Walton |

**DEFENDANTS' SECOND AMENDED INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a), Defendants U.S. Environmental Protection Agency and Andrew Wheeler in his official capacity as Acting Administrator thereof (collectively "EPA") make the following amended disclosures in the above-captioned case. These disclosures are made subject to and without waiving the right to protect from disclosure information and material protected under the attorney-client privilege, the work product doctrine, the deliberative process privilege or any other applicable privilege or doctrine. These disclosures also are made without waiving the right to assert any appropriate objection to the use of this information.

**A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following disclosure does not constitute a representation that any of the following individuals will be asked to provide testimony or evidence in this matter, or that any of them

1

would be appropriate deponents. All of the following individuals are employees of the U.S. Environmental Protection Agency, and may only be contacted through undersigned Department of Justice ("DOJ") counsel. Any notices of deposition should be directed to undersigned counsel as well.

| Individuals & Location | Subject Area | Contact Information |
|---|---|---|
| Office of Air and Radiation (OAR), Washington, D.C. Adam Eisele Jameel Alsalam Mark Defigueiredo Sarah Dunham Mandy Gunasekara Paul Gunning David Harlow Shawn Ragnauth Suzanne Waltzer William Wehrum Melissa Weitz  OAR, Research Triangle, North Carolina Angela Carey David Cozzie Jason DeWees Steve Fruh Gerri Garwood Amy Hambrick Jodi Howard Jucilene Hoffmann Penny Lassiter Alex MacPherson Marguerite McLamb Karen Marsh Elizabeth Miller Ned Shappley | As pertinent to EPA's defenses in this case, these individuals have participated in one or more of the following EPA efforts relating to the new source performance standards that were promulgated in the final rule entitled ''Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources,'' 81 Fed. Reg. 35824 (June 3, 2016) (hereafter "June 2016 NSPS"): (1) issuance of the Request for Information published at 81 Fed. Reg. 46,670 (July 18, 2016); (2) issuance and withdrawal of the additional Information Collection Request identified in Section B hereof; (3) review of the petitions requesting administrative reconsideration of the June 2016 NSPS (Docket ID No. EPA-HQ-OAR-2017-0483-0016, -0018, -0019, and -0020) prior to taking actions (4) through (6) identified immediately below; (4) the proposed rule and notice of data availability published at 82 Fed. Reg. 51,788 (November 8, 2017); (5) the final rule published at 83 Fed. Reg. 10,628 (March 12, 2018); (6) the proposed rule published at 83 Fed. Reg. 52,056 (October 15, 2018);[1] (7) ongoing efforts to finalize the rule proposed | Heather E. Gange, Esq. U.S. Dept of Justice Env'tl & Nat'l Res. Div. Environmental Defense Section P.O. Box 7611 Washington, DC 20044 (202) 514-4206 Heather.Gange@usdoj.gov |

---

[1] This proposed rule was signed on September 11, 2018, and transmitted to the Office of the Federal Register for publication as disclosed in the Parties' Joint Report (Dkt. 36) in this matter.

| | | |
|---|---|---|
| Brenda Shine<br>Lisa Thompson<br>Peter Tsirigotis<br>Erika Sasser<br>Darryl Weatherhead<br>Matthew Witosky<br>Jonathan Witt<br><br><u>Office of Enforcement and Compliance Assurance, Washington, D.C.</u><br>Phillip Brooks<br>Apple Chapman<br>Marcia Mia<br>Virginia Sorrell<br><br><u>Office of General Counsel, Washington, D.C.</u><br>Amy Branning<br>Howard Hoffman<br>Matthew Marks<br>Derek Mills<br>Justin Schwab<br>Gautam Srinivasan<br>Elliott Zenick | on October 15, 2018; and<br><br>(8) ongoing efforts to prepare a proposed rule for publication that would propose to substantially revise or rescind the methane standards in the June 2016 NSPS as contemplated by Executive Order No. 13783, "Promoting Energy Independence and Economic Growth," 82 Fed. Reg. 16093, 16096 (March 31, 2017). | |
| <u>OAR, Research Triangle, North Carolina</u><br>David Cozzie<br>Steve Fruh<br>Peter Tsirigotis | These individuals possess information regarding the date by which the Agency could promulgate the guidelines at issue should the Court find in plaintiffs' favor with respect to liability. | Heather E. Gange, Esq.<br>U.S. Dept of Justice<br>Env'tl & Nat'l Res. Div.<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-4206<br>Heather.Gange@usdoj.gov |

3

**B.     A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

EPA discloses the following documents that it may use for the purpose of identifying actions taken with respect to the June 2016 NSPS, and the time at which they were taken. The Agency's motivation, and the factual and scientific bases, for each of the following actions are not before the Court in this matter, and therefore are not proper subjects for discovery. EPA notes, however, that such information is articulated in the actions themselves and in their Internet-accessible administrative records at the web addresses and docket ID numbers provided in the actions.

   1.    Oil and Natural Gas Sector: Request for Information, Emerging Technologies, 81 Fed. Reg. 46,670 (July 18, 2016). Docket ID No. EPA-HQ-OAR-2016-0346.

   2.    Final Information Collection Request for Oil and Gas Industry (issued November 16, 2017). *See* https://www.epa.gov/controlling-air-pollution-oil-and-natural-gas-industry/final-information-collection-request-oil-and. [2]

   3.    Notice Regarding Withdrawal of Obligation To Submit Information, 82 Fed. Reg. 12,817 (March 7, 2017).

   4.    Review of the 2016 Oil and Gas New Source Performance Standards for New, Reconstructed, and Modified Sources; Announcement of Review, 82 Fed. Reg. 16,331 (April 4, 2017).

   5.    American Petroleum Institute, Request for Administrative Reconsideration of EPA's Final Rule "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources," August 2, 2016. Docket ID No. EPA-HQ-OAR-2017-0483-0016.

---

[2] EPA notes that information collected under this Request has been provided to Plaintiff-Intervenor the Environmental Defense Fund ("EDF") pursuant to the Freedom of Information Act request discussed at the Initial Conference in this case on September 27, 2018. EDF's request and the materials produced by EPA in response are publicly accessible at: https://www.foiaonline.gov/foiaonline/action/public/submissionDetails?trackingNumber=EPA-HQ-2017-003014&type=request.

6. GPA Midstream Association, Request for Partial Reconsideration and Stay of EPA's Final Rule entitled Oil and Natural Gas Sector: Emission Standards for New, Modified, and Reconstructed Sources, 81 Fed. Reg. 35,824 (June 3, 2016), August 2, 2016. Docket ID No. EPA-HQ-OAR-2017-0483-0018.

7. James D. Elliott, Request for Administrative Reconsideration of EPA's Final Rule "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources," August 2, 2016. Docket ID No. EPA-HQ-OAR-2017-0483-0019.

8. Petition for Reconsideration by the Texas Oil & Gas Association, August 2, 2016. Docket ID No. EPA-HQ-OAR-2017-0483-0020.

9. Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources: Stay of Certain Requirements, Proposed Rule; Notice of Data Availability, 82 Fed. Reg. 51,788 (November 8, 2017). Docket ID No. EPA-HQ-OAR-2010-0505.

10. Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources; Amendments, Final Rule, 83 Fed. Reg. 10,628 (March 12, 2018). Docket ID No. EPA-HQ-OAR-2010-0505.

11. Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Reconsideration; Proposed Rule, 83 Fed. Reg. 52,056 (October 15, 2018). Docket ID No. EPA-HQ-OAR-2017-0483.

EPA also discloses the following documents that it may use for the purpose of identifying ongoing actions with respect to the June 2016 NSPS. The Agency's motivation, and the factual and scientific bases, for such actions also are not before the Court in this matter, and therefore are not proper subjects for discovery.

12. Executive Order, 13783, Promoting Energy Independence and Economic Growth, 82 Fed. Reg. 16,093 (March 31, 2017).

13. Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review RIN: 2060-AT90, published at Office of Management and Budget, Current Unified Agenda and Regulatory Plan, published at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=201810&RIN=2060-AT90.

14. Consent decrees and court orders containing rulemaking deadlines that the Office of Air and Radiation is already obligated to fulfill. Copies of these documents are located in EPA Headquarters in Washington, D.C.

**C.     A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

EPA is not seeking damages in this matter.

**D.     Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

EPA is not aware of any relevant insurance agreements.

                                        United States Department of Justice
                                        Environment & Natural Resources Division

Dated:  April 19, 2019                          /s/ Heather E. Gange
                                        HEATHER E. GANGE
                                        D.C. Bar No. 452615
                                        Environmental Defense Section
                                        P.O. Box 7611
                                        Washington, DC 20044-7611
                                        Tel. 202.514.4206
                                        Fax. 202.514.8865

                                        *Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I,  Heather Gange, certify that on this 19th day of April 2019, I transmitted a copy of the foregoing via electronic mail and via U.S. Mail, postage prepaid, to the following counsel of record:

| | |
|---|---|
| State of New York<br>Plaintiff | Michael Myers<br>NEW YORK STATE ATTORNEY GENERAL<br>Environmental Protection Bureau<br>The Capitol<br>Albany , NY  12224<br>(518) 776-2382<br>Email:Michael.Myers@ag.Ny.Gov<br><br>Morgan Anna Costello<br>NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL<br>The Capitol<br>Albany , NY  12224<br>(518) 776-2392<br>Email:Morgan.Costello@ag.Ny.Gov<br><br>Christopher Charles Gore<br>NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Bureau 350 Main Street Main Place Tower, Suite 300a<br>Buffalo , NY  14202<br>(716) 852-6295<br>Email:Christopher.Gore@ag.Ny.Gov |
| State of California<br>Plaintiff | Daniel Martin Lucas<br>OFFICE OF THE ATTORNEY GENERAL/CA<br>300 South Spring Street<br>#1702<br>Los Angeles , CA  90013<br>(213) 269-6345<br>Email:Daniel.Lucas@doj.Ca.Gov<br><br>Morgan Anna Costello |

|  |  |
|---|---|
|  | Kavita Paul Lesser<br>CALIFORNIA DEPARMTENT OF JUSTICE<br>Office Of The Attorney General- Environment Section 300 South Spring Street Suite 1702<br>Los Angeles , CA  90013<br>(213) 269-6605<br>Email:Kavita.Lesser@doj.Ca.Gov |
|  | Timothy Eugene Sullivan<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>Office Of The Attorney General P.O. Box 70550 1515 Clay St. 20th Floor<br>Oakland , CA  94612<br>(510) 879-0987<br>Email:Timothy.Sullivan@doj.Ca.Gov |
| State of Connecticut<br>Plaintiff | Jill N. Lacedonia<br>OFFICE OF ATTORNEY GENERAL/CT<br>P.O. Box 120 55 Elm Street<br>Hartford , CT  06141<br>(860) 808-5250<br>Email:Jill.Lacedonia@ct.Gov<br><br>Morgan Anna Costell |
| State of Illinois<br>Plaintiff | Gerald Thomas Karr<br>OFFICE OF ATTORNEY GENERAL/IL<br>69 West Washington Street<br>#1800<br>Chicago , IL  60602<br>(312) 814-3369<br>Email:Gkarr@atg.State.Il.Us<br><br>Morgan Anna Costello |
| State of Iowa<br>Plaintiff | Morgan Anna Costello<br><br>Jacob John Larson<br>IOWA ATTORNEY GENERAL'S OFFICE<br>Hoover Building 1305 East Walnut Street 2nd Floor<br>Des Moines , IA  50319<br>(515) 281-5341<br>Email:Jacob.Larson@ag.Iowa.Gov |

| | |
|---|---|
| State of Maine<br>Plaintiff | Gerald Donohue Reid<br>STATE OF MAINE OF THE ATTORNEY GENERAL<br>Natural Resources Division<br>6 State House Station<br>Augusta , ME  03222-0006<br>(207) 626-8545<br>Email:Jerry.Reid@maine.Gov<br><br>Morgan Anna Costello |
| State of Maryland<br>Plaintiff | Morgan Anna Costello<br><br>Leah J. Tulin<br>OFFICE OF THE ATTORNEY GENERAL<br>200 St. Paul Place 20th Floor<br>Baltimore , MD  21202<br>410-576-6962<br>Email:Ltulin@oag.State.Md.Us |
| Commonwealth of Massachusetts<br>Plaintiff | Melissa A. Hoffer<br>ATTORNEY GENERAL, MASSACHUSEETTS<br>One Ashburton Place<br>Boston , MA  02108<br>(617) 963-2322<br>Email:Melissa.Hoffer@state.Ma.Us<br><br>Morgan Anna Costello<br><br>Turner H. Smith<br>MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Division<br>One Ashburton Place<br>Boston , MA  02108<br>(617) 963-2782<br>Email:Turner.Smith@state.Ma.Us |

|  |  |
|---|---|
|  | Peter Charles Mulcahy<br>MASSACHUSETTES ATTORNEY<br>GENERAL GENERAL'S OFFICE<br>10 Mechanic Street Suite 301<br>Worchester , MA  01608<br>(774) 214-4455<br>Email:Peter.Mulcahy@state.Ma.Us |
| State of New Mexico<br>Plaintiff | Morgan Anna Costello<br><br>William Gregory Grantham<br>STATE OF MEXICO OFFICE OF THE<br>ATTORNEY GENERAL<br>Consumer And Environmental Protection<br>201 3rd St, Nw<br>Suite 300<br>Albuquerque , NM  87102<br>(505) 717-3520<br>Email:Wgrantham@nmag.Gov |
| State of Oregon<br>Plaintiff | Morgan Anna Costello<br><br>Paul Andrew Garrahan<br>OREGON DEPARTMENT OF JUSTICE<br>Natural Resources Section, General Counsel<br>Division 1162 Court Street, Ne Suite 400<br>Salem , OR  97301<br>(971) 673-1943<br>Email:Paul.Garrahan@doj.State.Or.Us |
| Commonwealth of Pennsylvania<br>Plaintiff | Michael John Fischer<br>Pennsylvania Office of Attorney General<br>Civil Law Division 1600 Arch St. Suite 300<br>Philadelphia , PA  19103<br>(215) 560-2171<br>Email:Mfischer@attorneygeneral.Gov<br><br>Morgan Anna Costello |
| State of Rhode Island<br>Plaintiff | Morgan Anna Costello |

| | |
|---|---|
| State of Vermont<br>Plaintiff | Morgan Anna Costello<br><br>Nicholas F. Persampieri<br>OFFICE OF THE ATTORNEY GENERAL/VT<br>Environmental Protection Division 109 State Street<br>Montpelier , VT  05609<br>(802) 828-3186<br>Email:Nick.Persampieri@vermont.Gov |
| State of Washington<br>Plaintiff | Katharine Goold Shirey<br>OFFICE OF ATTORNEY GENERAL/WA<br>Ecology Division<br>Po Box 40117<br>Olympia , WA  98504-0117<br>(360) 586-6769<br>Email:Kay.Shirey@atg.Wa.Gov<br><br>Morgan Anna Costello |
| District of Columbia<br>Plaintiff | Morgan Anna Costello<br><br>Jimmy R. Rock<br>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br>441 Fourth Street, Nw Suite 600-S<br>Washington , DC  20001<br>(202) 741-0770<br>Email:Jimmy.Rock@dc.Gov |
| City of Chicago<br>Plaintiff | Morgan Anna Costello<br><br>Jared Policicchio<br>City of Chicago Department of Law<br>30 North Lasalle Street Suite 1400<br>Chicago , IL  60647<br>312-744-1438 |

| | |
|---|---|
| Environmental Defense Fund<br>Intervenor Plaintiff | Sean Hoe Donahue<br>DONAHUE & GOLDBERG, LLP<br>1111 14 Street, Nw Suite 510a<br>Washington , DC  20005<br>(202) 277-7085<br>Email:Sean@donahuegoldberg.Com<br><br>Susannah Landes Foster Weaver<br>DONAHUE, GOLDBERG & WEAVER, LLP<br>1111 14th St. Nw Suite 510a<br>Washington , DC  20005<br>(202) 569-3818<br>Email:Susannah@donahuegoldberg.Com |

        /s/ Heather E. Gange
Heather E. Gange, Esq.
D.C. Bar No. 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206