# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, <u>et al.</u>, <br><br> Plaintiffs, <br><br> ENVIRONMENTAL DEFENSE FUND, <br><br> Plaintiff-Intervenor, <br> v. <br><br> ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and the <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Civil Action No. 18-773 (RBW) |

## ORDER

In accordance with the Court's oral rulings issued during the telephone conference held on May 8, 2019, it is hereby

**ORDERED** that the defendants shall produce to the plaintiff: (1) all documents relating to the steps that the Environmental Protection Agency ("EPA") has taken specifically to issue guidelines for controlling methane emissions from existing sources in the oil and natural gas sector before and following the EPA's publication of its final performance standards for methane emissions from new and modified sources in the oil and natural gas sector; and (2) all documents relating to the EPA's issuance and withdrawal of the information collection request, including, but not limited to, documents relating to communications identified in response to the plaintiffs' Interrogatory No. 5 and documents relating to any analysis or assessment identified in response

to the plaintiffs' Interrogatory No. 7.  However, the defendants are not required to produce any documents that are publicly available to the plaintiffs or that have been already produced to any of the plaintiffs pursuant to a request made under the Freedom of Information Act.  It is further

**ORDERED** that the defendants shall complete their document production on or before November 8, 2019.  It is further

**ORDERED** that discovery shall conclude on or before January 8, 2020.  It is further

**ORDERED** that the defendants shall jointly submit their motion for summary judgment on or before February 24, 2020.  It is further

**ORDERED** that the plaintiffs shall jointly submit their combined opposition to the defendants' motion for summary judgment and cross-motion for summary judgment, if any, on or before April 24, 2020.  It is further

**ORDERED** that the defendants shall jointly submit their combined reply in support of their motion for summary judgment and opposition to the plaintiffs' cross-motion for summary judgment, if such motion has been filed, on or before June 23, 2020.  It is further

**ORDERED** that the plaintiffs shall jointly submit their reply in support of their cross-motion for summary judgment, if such motion has been filed, on or before July 23, 2020.

**SO ORDERED** this 14th day of May, 2019.

REGGIE B. WALTON
United States District Judge
