# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br>　　　　Plaintiffs, <br><br>ENVIRONMENTAL DEFENSE FUND, <br><br>　　　　Plaintiff-Intervenor, <br>v. <br><br>ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and the <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>　　　　Defendants. | Civil Action No. 18-773 (RBW) |

## ORDER

Before the Court enters the proposed Protective Order submitted by the defendants, see Defendants' Proposed Production Schedule, Exhibit A (Protective Order) (May 6, 2019), ECF No. 49, it is hereby

**ORDERED** that, on or before May 17, 2019, the parties shall indicate to the Court that they have read and understand the provisions of said proposed Protective Order and agree to be bound by all of the provisions thereof.

**SO ORDERED** this 14th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge