**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW YORK, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 18-cv-0773 |
| and ) | |
| ) | Hon. Reggie Walton |
| ENVIRONMENTAL DEFENSE FUND, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF PETER C. MULCAHY AS ATTORNEY
FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS**

Pursuant to Local Civil Rule 83.6, Attorney General Maura Healey hereby notifies the Court of the withdrawal of Peter C. Mulcahy as counsel of record for the Plaintiff the Commonwealth of Massachusetts in the above-captioned matter.  Mr. Mulcahy has left the Massachusetts Attorney General's Office and no longer represents the Commonwealth in this matter.  The Commonwealth will continue to be represented by all other counsel of record at the Massachusetts Attorney General's Office.

\\

\\

\\

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By its attorney:

MAURA HEALEY

/s/ Turner Smith
Turner Smith
Assistant Attorney General
Environmental Protection Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2782
turner.smith@mass.gov

Dated: July 18, 2019

## **CERTIFICATE OF SERVICE**

      I, Turner H. Smith, certify that on this 18th day of July 2019, I filed the foregoing Notice of Withdrawal through the CM/ECF system causing all parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                           /s/ Turner H. Smith
                                                            Turner H. Smith