# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) |
| Plaintiffs, | ) |
| ENVIRONMENTAL DEFENSE FUND, | ) |
| Plaintiff-Intervenor, | )  Civil Action No. 18-cv-0773 (RBW) |
| v. | ) |
| ANDREW WHEELER, *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF ASSISTANT ATTORNEY GENERAL
## MORGAN A. COSTELLO

I, Morgan A. Costello, declare as follows:

1.  I am an Assistant Attorney General in the Environmental Protection Bureau in the office of Letitia James, Attorney General of the State of New York, attorney for plaintiff State of New York in this matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Pending Conclusion of Rulemaking in the above-captioned matter.

2.  Attached to this declaration as Attachment 1 are some of the documents produced so far by defendants the United States Environmental Protection Agency and Andrew D. Wheeler, in his official capacity as the Acting Administrator (collectively EPA) during discovery dated between February 1, 2017 and March 2, 2017 that relate to the basis for EPA's withdrawal of an information collection request (ICR) that EPA had

earlier issued specifically for the purpose of complying with its mandatory statutory duty under the Clean Air Act to promulgate regulations to address methane emissions from existing sources in the oil and natural gas sector.

3.  Since the Court's order on May 14, 2019 requiring EPA to respond in full to the bulk of Plaintiffs' requests for production of documents (Dkt No. 50), EPA has made six productions of documents subject to the Protective Order in this case (Dkt No. 51); seven productions of documents not subject to the Protective Order; and one production of CBI-containing materials subject to the Protective Order. EPA has also produced three iterations of a non-final privilege log and has agreed to produce a final privilege log with supporting declaration(s) by the November 8, 2019 deadline for completion of document production.

4.  Counsel for EPA, Plaintiff-Intervenor EDF, and lead State Plaintiffs have held regularly-scheduled bi-weekly calls to discuss and promptly resolve any concerns raised by EPA related to the scope or timing of its production of documents or withholding of documents on the basis of asserted privileges. To ensure that the case moves forward expeditiously towards the deadlines established by the Court for completion of document production and the discovery deadline, Plaintiffs have agreed in good faith to several additional limits on the scope of document discovery and documents required to be listed on EPA's privilege log. For instance, Plaintiffs agreed to additional limited search terms and date ranges for EPA's review and production of documents collected from five custodians.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Albany, New York on October 18, 2019.

                                                /s/ Morgan A. Costello
                                                Morgan A. Costello

# ATTACHMENT 1

| | |
|---|---|
| **From:** | Kathleen Sgamma <ksgamma@westernenergyalliance.org> |
| **To:** | Kreutzer, David |
| **Sent:** | 2/1/2017 2:57:31 PM |
| **Subject:** | Question on ICR |

Hello David,

I know you're underwater right now, but do you have time to talk about the ICR that is ongoing for O&G companies. There's confusion about the deadlines for submitting data. Thank you.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org
westernenergyalliance.org
@KathleenSgamma

****************************************

This email and any files transmitted with it are confidential and intended solely for the viewing use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

USEPA-2021525

**From:** Kathleen Sgamma <ksgamma@westernenergyalliance.org>
**To:** Kreutzer, David
**Sent:** 2/2/2017 10:26:57 AM
**Subject:** RE: Question on ICR

Thank you so much. My afternoon blew up, but I tried calling you this morning but your voicemail's not set up. Please call when you get a chance.

---

**From:** Kreutzer, David [mailto:kreutzer.david@epa.gov]
**Sent:** Wednesday, February 01, 2017 1:23 PM
**To:** Kathleen Sgamma
**Subject:** RE: Question on ICR

Sure. I have meetings until about 5:30. I'll try calling then. If you don't hear from me by 6 EST, feel free to call me at 202.564.3113 or 202.384.8061 (cell).

**From:** Kathleen Sgamma [mailto:ksgamma@westernenergyalliance.org]
**Sent:** Wednesday, February 1, 2017 2:58 PM
**To:** Kreutzer, David <kreutzer.david@epa.gov>
**Subject:** Question on ICR

Hello David,

I know you're underwater right now, but do you have time to talk about the ICR that is ongoing for O&G companies. There's confusion about the deadlines for submitting data. Thank you.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org
westernenergyalliance.org
@KathleenSgamma

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the viewing use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

| | |
|---|---|
| **From:** | Kathleen Sgamma <ksgamma@westernenergyalliance.org> |
| **To:** | Kreutzer, David |
| **CC:** | Ryan Streams |
| **Sent:** | 2/6/2017 2:52:58 PM |
| **Subject:** | ICR |
| **Attachments:** | EPA ICR Supporting Statement 09-22-2016.pdf |

David,

As promised, here is the basic information on the ICR and <u>our comments to the 1st and 2nd draft</u>. Ryan can provide much more detail than I, but the supporting statement attached has a fairly brief explanation in the first two pages. Thank you for looking into it. Please call me or Ryan with any questions once you've had a chance to look at it.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org
westernenergyalliance.org
@KathleenSgamma

***********************************

This email and any files transmitted with it are confidential and intended solely for the viewing use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

USEPA-2021346

| | |
|---|---|
| From: | Kathleen Sgamma <ksgamma@westernenergyalliance.org> |
| To: | Kreutzer, David |
| Sent: | 2/10/2017 2:09:04 PM |
| Subject: | Information on the ICR |

Hello David,

Thank you for your call today. In case the information is helpful, here's some background from our attorney.

The ICR's were issued in two parts under EPA's section 114 information gathering request authority. The first part (Part 1) applies to every single operator in the country. Part II was a more targeted information request for certain operators, but asks for much more detailed and onerous information. Both parts impose significant burdens on operators in terms of collecting and submitting data. They also both raise significant CBI issues. The ultimate purpose of the ICR under the Obama EPA was to gather necessary information in advance of promulgating section 111(d) air quality standards for *existing* as opposed to *new* oil and gas sources.

EPA's section 114 authority is very broad, and is most often used for single facilities or a single company as a predicate for an enforcement action. So in that sense, this industry-wide information request is a bit unusual, although not without precedent (EPA did these for refineries). Fortunately, there are no statutory deadlines under section 114 for responding and extensions are routinely granted by EPA upon request. In fact, here limited extensions have been granted for many operators required to respond to Part I. In this respect, section 114 is somewhat informal compared with other provisions of the Clean Air Act.

There are several key rationales for either eliminating the ICR or at least extending the response date nationwide for every operator right now. First, it seems unlikely that the new EPA will approach this "existing" source regulation in the same way. If there is any chance that this EPA will not promulgate an existing source regulation under section 111(d), then it does not make sense for every operator in the country to go through this burdensome information request. At a minimum, I would think the new EPA would want to carefully discuss this issue given the significance of an existing source rule that would literally apply to every facility in the country (putting many marginal wells and smaller operators out of business). Second, an existing source regulation under 111(d) may only go forward once there has been a new source performance standard promulgated under section 111(b). EPA has issued two NSPS for oil and gas – Quad O and Quad Oa. However, both rules are being challenged in the courts. Should they be struck down or otherwise pulled back by EPA, it would have no statutory authority to even promulgate an existing source regulation under 111(d). Thus, it seems the ICR process should be put on hold for that reason as well.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org
westernenergyalliance.org
@KathleenSgamma

*************************************

This email and any files transmitted with it are confidential and intended solely for the viewing use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Kreutzer, David </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=52652127F1174690A5223B2A6DF21968-KREUTZER, D>
**To:** Schnare, David
**Sent:** 2/10/2017 2:12:41 PM
**Subject:** FW: Information on the ICR

Please call. I just talked with Sarah Dunham. Looks like this will be easier than we thought.

**From:** Kathleen Sgamma [mailto:ksgamma@westernenergyalliance.org]
**Sent:** Friday, February 10, 2017 2:09 PM
**To:** Kreutzer, David <kreutzer.david@epa.gov>
**Subject:** Information on the ICR

Hello David,

Thank you for your call today. In case the information is helpful, here's some background from our attorney.

The ICR's were issued in two parts under EPA's section 114 information gathering request authority. The first part (Part 1) applies to every single operator in the country. Part II was a more targeted information request for certain operators, but asks for much more detailed and onerous information. Both parts impose significant burdens on operators in terms of collecting and submitting data. They also both raise significant CBI issues. The ultimate purpose of the ICR under the Obama EPA was to gather necessary information in advance of promulgating section 111(d) air quality standards for *existing* as opposed to *new* oil and gas sources.

EPA's section 114 authority is very broad, and is most often used for single facilities or a single company as a predicate for an enforcement action. So in that sense, this industry-wide information request is a bit unusual, although not without precedent (EPA did these for refineries). Fortunately, there are no statutory deadlines under section 114 for responding and extensions are routinely granted by EPA upon request. In fact, here limited extensions have been granted for many operators required to respond to Part I. In this respect, section 114 is somewhat informal compared with other provisions of the Clean Air Act.

There are several key rationales for either eliminating the ICR or at least extending the response date nationwide for every operator right now. First, it seems unlikely that the new EPA will approach this "existing" source regulation in the same way. If there is any chance that this EPA will not promulgate an existing source regulation under section 111(d), then it does not make sense for every operator in the country to go through this burdensome information request. At a minimum, I would think the new EPA would want to carefully discuss this issue given the significance of an existing source rule that would literally apply to every facility in the country (putting many marginal wells and smaller operators out of business). Second, an existing source regulation under 111(d) may only go forward once there has been a new source performance standard promulgated under section 111(b). EPA has issued two NSPS for oil and gas – Quad O and Quad Oa. However, both rules are being challenged in the courts. Should they be struck down or otherwise pulled back by EPA, it would have no statutory authority to even promulgate an existing source regulation under 111(d). Thus, it seems the ICR process should be put on hold for that reason as well.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org

**From:** Kreutzer, David </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=52652127F1174690A5223B2A6DF21968-KREUTZER, D>
**To:** Dunham, Sarah
**Sent:** 2/10/2017 2:24:15 PM
**Subject:** ICR

Sarah,

Re: Quashing the ICR

Could you draft whatever request you would need from Catharine and send it to her, Schnare, and me?

Thanks,

David

David W. Kreutzer, Ph.D.
202.564.3113

IMPORTANT: Please note that any correspondence with this account may become a federal record and be subject to Freedom of Information Act (FOIA) requests.

USEPA-2023042

| | |
|---|---|
| From: | Jackson, Ryan </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=38BC8E18791A47D88A279DB2FEC8BD60-JACKSON, RY> |
| To: | Schnare, David |
| Sent: | 2/27/2017 10:29:02 PM |
| Subject: | |

I've been meaning to ask this all day and we have time tomorrow morning some, but what can be done on the ICR presently?

Ryan Jackson
Chief of Staff
U.S. Environmental Protection Agency
(202) 564-6999

USEPA-2025753

| | |
|---|---|
| **From:** | Dunham, Sarah </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A9444681441E4521AD92AE7D42919223-SDUNHAM> |
| **To:** | Grantham, Nancy |
| **CC:** | Schnare, David; Konkus, John; Jackson, Ryan |
| **Sent:** | 2/28/2017 7:35:03 AM |
| **Subject:** | Re: CAA 114 Methane information request |

Yes, we'll work with Nancy.

On Feb 28, 2017, at 7:32 AM, Grantham, Nancy <Grantham.Nancy@epa.gov> wrote:

Thanks ... sarah and I will connect thanks ng

**Nancy Grantham**
**Office of Public Affairs**
**US Environmental Protection Agency**
**202-564-6879 (desk)**
**202-253-7056  (mobile)**

**From:** Schnare, David
**Sent:** Tuesday, February 28, 2017 7:27 AM
**To:** Dunham, Sarah <Dunham.Sarah@epa.gov>; Grantham, Nancy <Grantham.Nancy@epa.gov>; Konkus, John <konkus.john@epa.gov>
**Cc:** Jackson, Ryan <jackson.ryan@epa.gov>
**Subject:** CAA 114 Methane information request

Sarah:

Please work with Nancy to prepare a press release to the appropriate trade press to announce that we are withdrawing our request for information on methane releases that we made under CAA Sec. 114, and that we are preparing letters to the 15,000 persons who originally received that request. In addition, please prepare a one-pager indicating the schedule with which we can get those letters out.

We need to indicate that we are withdrawing both parts 1 and 2 of the request.

If you have questions, please let me know.

dschnare

USEPA-2028002

| | |
|---|---|
| **From:** | Kime, Robin </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EF7B76087A6475B80FC984AC2DD4497-RKIME> |
| **To:** | Dravis, Samantha |
| **CC:** | Schnare, David |
| **Sent:** | 2/28/2017 6:30:54 PM |
| **Subject:** | Re: |

Hi
Checking.

Sent from my iPhone

On Feb 28, 2017, at 6:25 PM, Dravis, Samantha <dravis.samantha@epa.gov> wrote:

Could one of you send me the notice of the ICR withdrawal for methane?   Where is that in the process?

USEPA-2027981

| | |
|---|---|
| From: | Dravis, Samantha </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ECE53F0610054E669D9DFFE0B3A842DF-DRAVIS, SAM> |
| To: | Kime, Robin |
| Sent: | 3/1/2017 10:32:20 AM |
| Subject: | RE: Methane ICR - request for notice and update |

Do you want to come by really quick and lets set up you and Carolyn having access to my calendar?

**From:** Kime, Robin
**Sent:** Wednesday, March 1, 2017 10:27 AM
**To:** Dravis, Samantha <dravis.samantha@epa.gov>
**Subject:** Methane ICR - request for notice and update

Hi
This just in.

**From:** Rees, Sarah
**Sent:** Wednesday, March 01, 2017 10:24 AM
**To:** Kime, Robin <Kime.Robin@epa.gov>
**Cc:** Kenny, Shannon <Kenny.Shannon@epa.gov>
**Subject:** RE: Request for notice and update

Confirmed that this decision has been made and OAR is working on the withdrawal. They have some comms materials and are putting the notice together. We've asked to see the materials in advance and also timeline as to when they will be ready. I will send to Samantha as soon as I have more information.

USEPA-2020921

| | |
|---|---|
| **From:** | Grantham, Nancy </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=12A3C2ED7158417FB0BB1B1B72A8CFB0-GRANTHAM, NANCY> |
| **To:** | Schnare, David |
| **CC:** | Grantham, Nancy; Konkus, John |
| **Sent:** | 3/1/2017 4:58:50 PM |
| **Subject:** | FW: Oil and Gas Info Request New Brief DRAFT v5 CLEAN.docx |
| **Attachments:** | Oil and Gas Info Request New Brief DRAFT v5 CLEAN.docx |

Please see attached.   Let us know how to proceed.

Thanks ng

**Nancy Grantham**
**Office of Public Affairs**
**US Environmental Protection Agency**
**202-564-6879 (desk)**
**202-253-7056  (mobile)**

**From:** Minoli, Kevin
**Sent:** Wednesday, March 01, 2017 4:50 PM
**To:** Grantham, Nancy <Grantham.Nancy@epa.gov>
**Cc:** Schmidt, Lorie <Schmidt.Lorie@epa.gov>; Dunham, Sarah <Dunham.Sarah@epa.gov>
**Subject:** Oil and Gas Info Request New Brief DRAFT v5 CLEAN.docx

Nancy- Here are our suggested edits. As I mentioned on the phone, before taking this action OAR would like to receive direction from the Administrator or Chief of Staff, consistent with what we understand to be the protocol at the moment. Thanks, Kevin

USEPA-2027752

**From:** Davis, Patrick </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7FCA02D1EC544FBBBD6FB2E7674E06B2-DAVIS, PATR>
**To:** Kreutzer, David
**Sent:** 3/1/2017 5:14:27 PM
**Subject:** ICR

Hi David,

If you run across the correspondence dealing with the ICR we talked about late today could you please send it to me?

Thanks,
Patrick Davis


Sent from my iPhone

USEPA-2020945

| | |
|---|---|
| From: | Schnare, David </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=96FC79D4007541A69E8B3CF57F6E13B0-SCHNARE, DA> |
| To: | Minoli, Kevin; Kenny, Shannon; Rees, Sarah; Dunham, Sarah |
| Sent: | 3/2/2017 8:56:30 AM |
| Subject: | Direction from the Administrator |
| Attachments: | Oil and Gas Info Request New Brief DRAFT v5 CLEAN.docx |

Attached is the near final draft of the press release going out today on the CAA 114 methane issue (a quote is being added).

The Administrator wants this turned into a Notice for Federal Register publication and he wants it over there today for publication tomorrow. OGC drafts. It can be literally three sentences long.

Please let me know when this has been sent to OFR.

dschnare

USEPA-2028163

**From:** Kathleen Sgamma <ksgamma@westernenergyalliance.org>
**To:** Kreutzer, David
**Sent:** 3/2/2017 4:54:32 PM
**Subject:** RE: Question on ICR

From the bottom of my heart, thank you.

**From:** Kreutzer, David [mailto:kreutzer.david@epa.gov]
**Sent:** Wednesday, February 01, 2017 1:23 PM
**To:** Kathleen Sgamma
**Subject:** RE: Question on ICR

Sure. I have meetings until about 5:30. I'll try calling then. If you don't hear from me by 6 EST, feel free to call me at 202.564.3113 or 202.384.8061 (cell).

**From:** Kathleen Sgamma [mailto:ksgamma@westernenergyalliance.org]
**Sent:** Wednesday, February 1, 2017 2:58 PM
**To:** Kreutzer, David <kreutzer.david@epa.gov>
**Subject:** Question on ICR

Hello David,

I know you're underwater right now, but do you have time to talk about the ICR that is ongoing for O&G companies. There's confusion about the deadlines for submitting data. Thank you.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org
westernenergyalliance.org
@KathleenSgamma

************************************

This email and any files transmitted with it are confidential and intended solely for the viewing use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

USEPA-2023036

| | |
|---|---|
| **From:** | Kreutzer, David </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=52652127F1174690A5223B2A6DF21968-KREUTZER, D> |
| **To:** | Kathleen Sgamma |
| **Sent:** | 3/2/2017 5:11:32 PM |
| **Subject:** | Re: Question on ICR |

Thank you for bringing it to our attention. There was nobody here (political or career) who thought the ICR made sense given the changes in the associated policy. However, with the all the commotion of the transition, the very sensible proposal to cancel the ICR fell through the cracks.

Kudos to you for being alert!

David


Sent from my iPhone

On Mar 2, 2017, at 4:55 PM, Kathleen Sgamma <ksgamma@westernenergyalliance.org> wrote:

From the bottom of my heart, thank you.

**From:** Kreutzer, David [mailto:kreutzer.david@epa.gov]
**Sent:** Wednesday, February 01, 2017 1:23 PM
**To:** Kathleen Sgamma
**Subject:** RE: Question on ICR

Sure. I have meetings until about 5:30. I'll try calling then. If you don't hear from me by 6 EST, feel free to call me at 202.564.3113 or 202.384.8061 (cell).

**From:** Kathleen Sgamma [mailto:ksgamma@westernenergyalliance.org]
**Sent:** Wednesday, February 1, 2017 2:58 PM
**To:** Kreutzer, David <kreutzer.david@epa.gov>
**Subject:** Question on ICR

Hello David,

I know you're underwater right now, but do you have time to talk about the ICR that is ongoing for O&G companies. There's confusion about the deadlines for submitting data. Thank you.

Kathleen Sgamma
President
Western Energy Alliance
1775 Sherman St., Suite 2700
Denver, CO 80203
(303) 501-1059 direct
(303) 623-0987 main
ksgamma@westernenergyalliance.org
westernenergyalliance.org
@KathleenSgamma