## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF NEW YORK, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ENVIRONMENTAL DEFENSE FUND, ) <br> ) <br> Plaintiff-Intervenor, ) <br> v. ) <br> ) <br> ANDREW WHEELER, in his official ) <br> capacity as Administrator of the United ) <br> States Environmental Protection Agency, ) <br> and the ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-773 (RBW) |

## **ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on the same date, it is hereby

**ORDERED** that the defendants shall submit a status report on or before March 16, 2020, and every thirty days thereafter, regarding (1) the progress of their finalization of the proposed rule that would rescind the methane standards for new sources in the oil and natural gas sector that the United States Environmental Protection Agency promulgated in 2016 (the "proposed rule") and (2) whether they have submitted the proposed rule to the Office of Management and Budget for its expedited review.  It is further

**ORDERED** that, on or before April 1, 2020, the parties shall submit in writing to the Court their respective positions as to the applicability of the deliberative process privilege to the five documents withheld by the defendants. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on June 18, 2020, at 11:00 a.m., at which the Court will set a summary judgment briefing schedule if the defendants have not yet finalized the proposed rule.

**SO ORDERED** this 3rd day of March, 2020.

REGGIE B. WALTON
United States District Judge