UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. ENVIRONMENTAL PROTECTION )<br>AGENCY, *et al*. )<br>) | Civil Action No.  1:18-cv-0773<br><br>Hon. Reggie Walton |

## STATUS REPORT BY DEFENDANTS

Pursuant to this Court's Order of March 3, 2017 (Dkt. No. 72), Defendants the United States Environmental Protection Agency and Andrew R. Wheeler, the Administrator thereof (collectively "EPA"), hereby provide the following status report:

On September 24, 2019, EPA issued a proposed rule under the Clean Air Act ("CAA") titled, "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review." *See* 84 Fed. Reg. 50,244 (Sept. 24, 2019) (hereafter "Proposed Rule"). Among other things, the Proposed Rule would withdraw methane standards for new and modified sources in the oil and natural gas sector. *See id.* at 50,244, 50,246.  EPA initiated this action pursuant to Executive Order 13783, which directs EPA, among other things, to "review the final rule entitled 'Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources,' 81 Fed. Reg. 35,824 (June 3, 2016), . . . and, if appropriate, . . . as soon as practicable, suspend, revise, or rescind the guidance, or publish for notice and comment [a] proposed rule[] suspending, revising, or rescinding [the] rule[]."  82 Fed. Reg. 16,093, 16,096 (Mar. 31, 2017).

As reported at the March 3, 2020, conference in this matter, the public comment period for the Proposed Rule closed on November 25, 2019. EPA received in excess of 290,000 public comments, more than 2,600 of which are both substantive and non-duplicative. At this time, the Agency is evaluating the comments and preparing the final rule package. Once the final rule package is ready for interagency review, EPA will submit it to the Office of Management and Budget in accordance with Executive Order 12866, "Regulatory Planning and Review," 58 Fed. Reg. 51,735 (Oct. 4, 1993). The Agency still anticipates taking final action on the Proposed Rule, thereby completing its review under Executive Order 13783, in June 2020.

                              Respectfully Submitted,

                              United States Department of Justice
                              Environment & Natural Resources Division

Dated: March 16, 2020              /s/ Heather E. Gange
                              HEATHER E. GANGE
                              D.C. Bar 452615
                              Environmental Defense Section
                              P.O. Box 7611
                              Washington, DC 20044-7611
                              Tel. 202.514.4206
                              Fax. 202.514.8865
                              Heather.Gange@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 16th day of March 2020, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206