UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al*. | Civil Action No. 1:18-cv-0773 <br><br> Hon. Reggie Walton |

## STATUS REPORT BY DEFENDANTS

Pursuant to this Court's Order of March 3, 2020 (Dkt. No. 72), Defendants the United States Environmental Protection Agency and Andrew R. Wheeler, the Administrator thereof (collectively "EPA"), hereby provide the following status report:

On September 24, 2019, EPA issued a proposed rule under the Clean Air Act ("CAA") titled, "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review." *See* 84 Fed. Reg. 50,244 (Sept. 24, 2019) (hereafter "Proposed Rule"). Among other things, the Proposed Rule would withdraw methane standards for new and modified sources in the oil and natural gas sector. *See id.* at 50,244, 50,246.  EPA initiated this action pursuant to Executive Order 13783, which directs EPA, among other things, to "review the final rule entitled 'Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources,' 81 Fed. Reg. 35,824 (June 3, 2016), . . . and, if appropriate, . . . as soon as practicable, suspend, revise, or rescind the guidance, or publish for notice and comment [a] proposed rule[] suspending, revising, or rescinding [the] rule[]." 82 Fed. Reg. 16,093, 16,096 (Mar. 31, 2017).

As reported at the March 3, 2020, conference in this matter, the public comment period for the Proposed Rule closed on November 25, 2019.  EPA received in excess of 290,000 public comments, more than 2,600 of which are both substantive and non-duplicative.  The Agency is close to completing its review of the comments and drafting the final rule.  EPA anticipates submitting the final rule package to the Office of Management and Budget  for interagency review in accordance with Executive Order 12866, "Regulatory Planning and Review," 58 Fed. Reg. 51,735 (Oct. 4, 1993) in early June.  The Agency intends to seek an expedited 30-day review.  If granted, EPA intends to finalize the final rule before the end of July 2020.

        Respectfully Submitted,

        United States Department of Justice
        Environment & Natural Resources Division

Dated:  May 15, 2020          /s/ Heather E. Gange
        HEATHER E. GANGE
        D.C. Bar 452615
        Environmental Defense Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel. 202.514.4206
        Fax. 202.514.8865
        Heather.Gange@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 15th day of May 2020, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206