# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:18-cv-0773 |
| ) | |
| v. ) | Hon. Reggie Walton |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al*. ) | |
| ) | |

## NOTICE OF ACTION BY U.S. ENVIRONMENTAL PROTECTION AGENCY

Defendants the United States Environmental Protection Agency et al. (hereafter "EPA") hereby report that on May 29, 2020, the Agency transmitted to the Office of Management and Budget ("OMB") a final rule package titled, "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review." RIN 2060-AT90.[1] This package reflects EPA's draft final action on its 2019 proposal to rescind methane standards for new sources in the oil and natural gas sector, the statutory predicate for issuing the guidelines at issue in this litigation. 84 Fed. Reg. 50,244 (Sept. 24, 2019) (proposed rule). EPA has requested that OMB conduct its review of this final rule package on an expedited basis within 30 days. As EPA represented in its May 15, 2020 status report, if expedited review is granted, the Agency anticipates that it will finalize this rule by the end of July.

---

[1] The status of this submission should be reflected shortly on https://www.reginfo.gov/public/do/eoAdvancedSearchMain.

Respectfully Submitted,

United States Department of Justice
Environment & Natural Resources Division

Dated: June 1, 2020          /s/ Heather E. Gange
HEATHER E. GANGE
D.C. Bar 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel. 202.514.4206
Fax. 202.514.8865
Heather.Gange@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 1st day of June 2020, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources
  Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel. (202) 514-4206