# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, <u>et al.</u>, | ) | |
| Plaintiffs, | ) ) ) | |
| ENVIRONMENTAL DEFENSE FUND, | ) ) | |
| Intervenor-Plaintiff, | ) ) | Civil Action No. 18-773 (RBW) |
| v. | ) ) | |
| ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and the | ) ) ) ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On February 26, 2020, the parties notified the Court that they had "a discovery dispute that they have been unable to resolve" regarding "five documents requested by [the] [p]laintiffs . . . [from which] [the] [d]efendants . . . have withheld [information] on the basis of [the] deliberative process privilege." Letter from Morgan Costello, Assistant Attorney General for the State of New York, <u>et al.</u>, to the Honorable Reggie B. Walton at 1 (Feb. 26, 2020), ECF No. 70.  Thereafter, on March 3, 2020, the defendants submitted to the Court for its <u>in camera</u> review the unredacted versions of documents with Bates numbers USEPA-0055927–28, USEPA-0099271–73, USEPA-2028004, USEPA-2028162, and USEPA-2028165.  On April 1, 2020, the parties filed their respective positions as to the applicability of the deliberative process privilege to the information withheld by the defendants with respect to these five documents.

<u>See</u> Plaintiffs' Position Regarding Applicability of the Deliberative Process Privilege to Five Documents Withheld by Defendants ("Pls.' Position"); Defendants' Position Regarding Deliberative Process Protection For a Draft Memorandum and Redactions to Four Emails Submitted in Camera on March 3, 2020 ("Defs.' Position").

Upon review of the unredacted versions of the five documents, the Court concludes that, contrary to the defendants' descriptions that the withheld information pertain to the "EPA's decision to withdraw an [information collection request] for the oil and gas industry," Pls.' Position at 9; <u>see also</u> <u>id.</u> at 10 (redacting information that reflects "internal pre-decisional deliberations regarding the withdrawal of the oil and gas [information collection request]"), the withheld information actually pertain to the "procedural steps through which the [EPA] could announce and effect the withdrawal of the [information collection request]," Defs.' Position at 6; <u>see also</u> <u>id.</u> (redacting "internal discussions regarding potential procedural steps that could be taken to withdraw the [information collection request]").  And, although the Court previously ordered the defendants to produce "all documents relating to the EPA's issuance and withdrawal of the information collection request," Order at 1 (May 14, 2019), ECF No. 50, the Court further concludes that the procedural steps involved in withdrawing the information collection request is not relevant to the plaintiffs' claim in this case that the defendants have "unreasonable delay[ed] [ ] issuing [ ] guidelines" for methane emissions from existing facilities in the oil and natural gas sector.  According, it is hereby

**ORDERED** that the plaintiffs are not entitled to the disclosure of the information withheld by the defendants from the documents with Bates numbers USEPA-0055927–28, USEPA-0099271–73, USEPA-2028004, USEPA-2028162, and USEPA-2028165.

**SO ORDERED** this 24th day of June, 2020.

                                                                            REGGIE B. WALTON
                                                                            United States District Judge