IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., )<br>)<br>Plaintiffs, )<br>)<br>and )<br>)<br>ENVIRONMENTAL DEFENSE FUND, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>ANDREW WHEELER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 18-773 (RBW) |

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT**

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that Plaintiffs the States of New York, California, Connecticut, Illinois, Iowa, Maine, Maryland, New Mexico, Oregon, Rhode Island, Vermont, Washington, the Commonwealths of Massachusetts and Pennsylvania, the District of Columbia, and the City of Chicago and Plaintiff-Intervenor Environmental Defense Fund (collectively Plaintiffs), by and through the undersigned counsel, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h). This motion is based on the points and authorities set forth in an accompanying memorandum, the accompanying statement of undisputed material facts, the attached declarations and exhibits, and any argument that may be presented at a hearing on the motion. This matter is scheduled for a status conference on January 8, 2021, at 12:00 p.m. (ECF No. 83).

## MOTION

Plaintiffs bring this action under section 304(a) of the Clean Air Act, 42 U.S.C. § 7604(a), to "compel … agency action unreasonably delayed." Defendants Environmental Protection Agency (EPA) and Andrew Wheeler, EPA Administrator, in his official capacity (collectively Defendants) have unreasonably delayed fulfilling EPA's mandatory duty under section 111(d) of the Clean Air Act, 42 U.S.C. § 7411(d), and applicable regulations, to promulgate regulations to reduce methane emissions known to endanger human health and welfare from existing oil and natural gas sources. EPA has delayed in fulfilling this mandatory duty for over four years.

In determining whether an agency has unreasonably delayed performance of its mandatory duties, this Court weighs the following six factors set out in *Telecommunications Research & Action Center v. Federal Communications Commission* (*TRAC*), 750 F.2d 70, 79-80 (D.C. Cir. 1984):

> (1) the time agencies take to make decisions must be governed by a "rule of reason"; (2) where Congress has provided a timetable or other indication of the speed with which it expects the agency to proceed in the enabling statute, that statutory scheme may supply content for this rule of reason; (3) delays that might be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake; (4) the court should consider the effect of expediting delayed action on agency activities of a higher or competing priority; (5) the court should also take into account the nature and extent of the interests prejudiced by delay; and (6) the court need not "find any impropriety lurking behind agency lassitude in order to hold that agency action is unreasonably delayed."

*In re United Mine Workers of Am. Int'l Union*, 190 F.3d 545, 549 (D.C. Cir. 1999) (quoting *TRAC*, 750 F.2d at 80). "No one factor is determinative, and each case must be analyzed according to its own unique circumstances." *In re Pub. Emps. for Envtl. Responsibility*, 957 F.3d 267, 273 (D.C. Cir. 2020) (internal quotation marks omitted).

While Plaintiffs need not prevail on every factor, in this case they do. EPA's justification for its lengthy delay is contrary to the statute, and its decision to halt its active process to regulate


existing sources was unreasoned and unreasonable, failing the "rule of reason" (*TRAC* factors 1 and 2). EPA's delay in this case significantly harms Plaintiffs and the public by allowing additional emissions of dangerous pollution (*TRAC* factors 3 and 5). EPA has not stated that it lacks resources or has any competing priorities (*TRAC* factor 4). And while a showing of bad faith is not necessary, here EPA's rationale for delay is pretextual, an attempt to justify post-hoc a decision made for improper reasons (*TRAC* factor 6).

There is no genuine dispute of material fact in this case, and summary judgment may be entered in Plaintiffs' favor. Accordingly, Plaintiffs request that the Court grant this motion for summary judgment and issue an order: (1) declaring that Defendants have unreasonably delayed performing their mandatory duty to issue regulations to reduce methane emissions from existing sources in the oil and natural gas sector in violation of the Clean Air Act, 42 U.S.C. § 7411(d), and applicable regulations; and (2) ordering Defendants to submit to the Court within thirty (30) days a plan for promulgation of regulations for existing sources of methane emissions in the oil and natural gas sector pursuant to 42 U.S.C. § 7411(d) that includes date-certain deadlines for issuance of both draft and final regulations.

          Respectfully Submitted,

Dated:  July 3, 2020          FOR THE STATE OF NEW YORK

          LETITIA JAMES
          Attorney General

            /s/ Morgan A. Costello
          Morgan A. Costello
          Christopher C. Gore
          Assistant Attorneys General
          Office of the Attorney General
          Environmental Protection Bureau
          The Capitol
          Albany, NY 12224
          (518) 776-2392

| | |
|---|---|
| FOR THE STATE OF CALIFORNIA<br><br>XAVIER BECERRA<br>Attorney General<br><br> /s/ Kavita P. Lesser<br>Kavita P. Lesser<br>Daniel M. Lucas<br>Deputy Attorneys General<br>California Department of Justice<br>300 South Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6605<br>*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra* | FOR THE STATE OF CONNECTICUT<br><br>WILLIAM TONG<br>Attorney General<br><br> /s/ Jill Lacedonia<br>Jill Lacedonia<br>Assistant Attorney General<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06141-0120<br>(860) 808-5250 |
| FOR THE COMMONWEALTH OF MASSACHUSETTS<br><br>MAURA HEALEY<br>Attorney General<br><br> /s/ Melissa Hoffer<br>Melissa Hoffer<br>Chief, Energy and Environment Bureau<br>Turner Smith<br>Assistant Attorney General<br>Megan Herzog<br>Special Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200 | FOR THE STATE OF ILLINOIS<br><br>KWAME RAOUL<br>Attorney General<br><br> /s/ Gerald Karr<br>Gerald Karr<br>Assistant Attorney General<br>Illinois Attorney General's Office<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>(312) 814-3369<br><br>FOR THE STATE OF IOWA<br><br>THOMAS J. MILLER<br>Attorney General<br><br> /s/ Jacob Larson<br>Jacob Larson<br>Assistant Attorney General<br>Environmental Law Division<br>Hoover State Office Building<br>1305 E. Walnut St., 2nd Floor<br>Des Moines, IA 50319<br>(515) 281-5341 |

| | |
|---|---|
| FOR THE STATE OF MAINE | FOR THE STATE OF OREGON |
| AARON M. FREY<br>Attorney General | ELLEN F. ROSENBLUM<br>Attorney General |
| /s/ Laura Jensen<br>Laura Jensen<br>Assistant Attorney General<br>Maine Attorney General's Office<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800 | /s/ Paul Garrahan<br>Paul Garrahan<br>Attorney-in-Charge, Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>(503) 947-4593 |
| FOR THE STATE OF MARYLAND | |
| BRIAN E. FROSH<br>Attorney General | FOR THE COMMONWEALTH OF PENNSYLVANIA |
| /s/ Leah J. Tulin<br>Leah J. Tulin<br>Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6962 | JOSH SHAPIRO<br>Attorney General<br><br>/s/ Michael J. Fischer<br>Michael J. Fischer<br>Chief Deputy Attorney General<br>Ann Johnston<br>Senior Deputy Attorney General<br>Pennsylvania Office of the Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>(717) 705-6938<br>Robert A. Reiley<br>Assistant Director, Pennsylvania Department of Environmental Protection<br>Rachel Carson Building<br>400 Market Street<br>Harrisburg, PA 17120 |
| FOR THE STATE OF NEW MEXICO | |
| HECTOR H. BALDERAS<br>Attorney General | |
| /s/ William Grantham<br>William Grantham<br>Consumer & Environmental Protection Division<br>New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>(505) 717-3500 | |

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

  /s/ Gregory S. Schultz
Gregory S. Schultz
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

  /s/ Nicholas F. Persampieri
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ Emily C. Nelson
Emily C. Nelson
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-4607

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

Catherine A. Jackson
Chief, Public Integrity Section

  /s/ David S. Hoffmann
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
441 Fourth St. NW Ste. 600-S
Washington, D.C. 20001
(202) 442-9889

FOR THE CITY OF CHICAGO

EDWARD N. SISKEL
Corporation Counsel

  /s/ Jared Policicchio
Jared Policicchio
Supervising Assistant Corporation Counsel
Admitted *Pro Hac Vice*
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-1438

DATED: July 3, 2020 /s/ Susannah L. Weaver

Susannah L. Weaver, D.C. Bar # 1023021
Sean H. Donahue, D.C. Bar # 940450
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
Phone: (202) 277-7085 (Mr. Donahue)
susannah@donahuegoldberg.com
sean@donahuegoldberg.com

Peter Zalzal, CO Bar # 42164
Rosalie Winn, CA Bar # 305616
Rachel Fullmer, CO Bar # 49868
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rwinn@edf.org
rfullmer@edf.org

*Counsel for Plaintiff-Intervenor Environmental Defense Fund*