# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ENVIRONMENTAL DEFENSE FUND, ) | |
| ) | Civil Action No. 18-773 (RBW) |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW WHEELER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiffs' motion for summary judgment and the Defendants' cross-motion for summary judgment, and responses and replies thereto, it is hereby ORDERED that the Plaintiffs' motion is granted and the Defendants' cross-motion is denied. The Court DECLARES that Defendants have unreasonably delayed promulgating regulations for existing sources of methane emissions in the oil and natural gas sector in violation of the Clean Air Act, 42 U.S.C. § 7411(d), and applicable regulations. It is further ORDERED that the Defendants will submit to the Court within thirty (30) days a plan for promulgation of regulations for existing sources of methane emissions in the oil and natural gas sector pursuant to 42 U.S.C. § 7411(d) that includes date-certain deadlines for issuance of both draft and final regulations.

IT IS SO ORDERED.

Dated: _____          _____
                                         REGGIE B. WALTON
                                         United States District Judge