**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,        ) <br> ) <br> Plaintiffs,        ) <br> ) <br> ENVIRONMENTAL DEFENSE FUND,        ) <br> ) <br> Plaintiff-Intervenor,        ) <br> ) <br> v.        ) <br> ) <br> ANDREW WHEELER, *et al.*,        ) <br> ) <br> Defendants.        ) <br> ) | Civil Action No. 18-773 (RBW) |

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT[1]**

Exhibit 5.     Defendants' Responses to Plaintiffs' First Set of Requests for Admissions (Feb. 28, 2019)

Exhibit 6.     Defendants' Responses to Plaintiffs' First Set of Interrogatories (Feb. 28, 2019)

Exhibit 7.     Defendants' Amended Responses to Plaintiffs' First Set of Interrogatories (Apr. 26, 2019)

Exhibit 8.     Defendants' Second Set of Amended Responses to Plaintiffs' First Set of Interrogatories (Dec. 16, 2019)

Exhibit 9.     30(b)(6) Deposition of Paul Gunning (Feb. 11, 2020), excerpts and selected exhibits:

- Ex. 3: EPA Taking Steps to Cut Methane Emissions from Existing Oil and Gas Sources (Mar. 10, 2016)
- Ex. 4: Proposed Information Collection Request; Information Collection Effort for Oil and Gas Facilities, 81 Fed. Reg, 35,763, 35,764 (June 3, 2016)
- Ex. 6: Resources Spent on Development and Issuance of the 2016 Information Collection Request (undated)

---

[1] Numbers 1 to 4 reserved for the Proposed Order, Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts, and this Index of Exhibits.

- Ex. 9: *Notice Regarding Withdrawal of Obligation to Submit Information*, 82 Fed. Reg. 12,817 (Mar. 7, 2017)
- Ex. 10: Jan. 30, 2017, email chain, USEPA-2023975-76
- Ex. 11: Feb. 1-2, 2017, email chain, USEPA-2021524
- Ex. 16: Feb. 9-10, 2017, email chain, USEPA-2021162
- Ex. 17: Feb. 10, 2017, email, USEPA-2021161
- Ex. 18: Feb. 10, 2017, email chain, USEPA-2023043
- Ex. 19: Feb. 10, 2017, email, USEPA-2023042
- Ex. 20: Feb. 22, 2017, email chain, USEPA-2026536
- Ex. 22: Feb. 27, 2017, email, USEPA-2025753
- Ex. 25: Feb. 28, 2017, email, USEPA-2028168
- Ex. 29: Mar. 1, 2017, email chain, USEPA-2019876
- Ex. 30: Mar. 1, 2017, email chain and attached Mar. 1, 2017, letter, USEPA-0097550-55
- Ex. 33: Mar. 2, 2017, email, USEPA-2028163
- Ex. 36: Mar. 2, 2017, email chain, USEPA-2023037-38
- Ex. 43: Executive Order 13783 of Mar. 28, 2017, Promoting Energy Independence and Economic Growth, 82 Fed. Reg. 16,093 (Mar. 31, 2017)
- Ex. 45: Review of the 2016 Oil and Gas New Source Performance Standards for New, Reconstructed, and Modified Sources, 82 Fed. Reg. 16,331 (Apr. 4, 2017)
- Ex. 49: Estimate of Time needed to promulgate EG without ICR (Feb. 3, 2020)
- Ex. 50: Estimate of Time needed to promulgate EG with ICR (Feb. 3, 2020).

Exhibit 10.   Deposition of Peter Tsirigotis (Feb. 13, 2020) (excerpts)

Exhibit 11.   Deposition of Sarah Dunham (Feb. 14, 2020) (excerpts)

Exhibit 12.   Deposition of David Cozzie (Feb. 25, 2020), excerpts and selected exhibits:
- Ex. DC-30: Draft Exemplary Customer Service Award Nomination, USEPA-0037871-72
- Ex. DC-32: *Feb. 28 email and attached press release*, USEPA-0055400-01
- Ex. DC-66: *Oct. 3, 2017, email chain,* USEPA-243623-24

Exhibit 13.   Deposition of Brenda Shine (Feb. 27, 2020) (excerpts)

Exhibit 14.   Final Report on Review of Agency Actions that Potentially Burden the Safe, Efficient Development of Domestic Energy Resources Under Executive Order 13783 (Oct. 25, 2017) (USEPA-0088206-21)

Exhibit 15.   People Helping with the Oil and Gas ICR Hotline, Emails & Correspondence (undated) (USEPA-0283849)

Exhibit 16.   Email from Heather Gange, Department of Justice, to Morgan Costello, New York State Office of the Attorney General (Feb. 12, 2020)

Exhibit 17.   Declaration of Peter E. Tsirigotis (Sept. 27, 2019) (ECF No. 59-1)

Exhibit 18.   Declaration of Jared Snyder (Oct. 18, 2019) (ECF No. 62-1)

Exhibit 19.   Declaration of Dr. Rupa Basu (Oct. 16, 2019) (reproduced with exhibits at ECF No. 62-2)

Exhibit 20.   Declaration of Jay Chamberlin (Oct. 18, 2019) (ECF No. 62-3)

Exhibit 21.   Declaration of Ilissa B. Ocko (Oct. 18, 2019) (ECF No. 62-7)

Exhibit 22.   Declaration of Lisa Berry Engler (July 2, 2020)

Exhibit 23.   Declaration of Dr. Renee McVay and Hillary Hull (July 3, 2020)

Exhibit 24.   Declaration of Dr. Ananya Roy and Dr. Tammy Thompson (July 2, 2020)

Exhibit 25.   Declaration of California Air Resources Board (July 2, 2020)

Respectfully Submitted,

Dated:  July 3, 2020                                     FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

  /s/ Morgan A. Costello
Morgan A. Costello
Christopher C. Gore
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392