# Exhibit 5

# Defendants' Responses to Plaintiffs' First Set of Requests for Admissions (Feb. 28, 2019)

## Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 18-cv-0773 |
| ) | |
| ENVIRONMENTAL DEFENSE FUND, ) | Hon. Reggie Walton |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' RESPONSES TO PLAINTIFFS'
FIRST SET OF REQUESTS FOR ADMISSIONS**

Defendants the United States Environmental Protection Agency and Andrew Wheeler in his official capacity as the Acting Administrator thereof (collectively "EPA" or the "United States") respond as follows to the Plaintiffs' First Set of Requests for Admissions.

**OBJECTIONS TO INSTRUCTIONS**

The United States objects to Plaintiffs' instructions to the extent that they differ from those established in Fed. R. Civ. P. 36 and responds consistent with that Rule.

**RESPONSES TO REQUESTS FOR ADMISSIONS**

**1.     Methane is a potent greenhouse gas that, pound for pound, warms the earth eighty-four to eighty-six times more than carbon dioxide for the first two decades after release.**

   **Response:** Admitted

**2.     Methane warms the earth twenty-eight to thirty-six times more than carbon dioxide over a one hundred-year time frame.**

   **Response:** Admitted

1

3. **Methane has an average atmospheric residence time of about twelve years.**

**Response:** Admitted

4. **Methane has contributed approximately twenty-four percent of the warming of the earth recorded since the beginning of the industrial era (year 1750).**

**Response:** EPA has made reasonable inquiries, but is unable to obtain sufficient information to admit or deny Request No. 4. There are different methods for calculating the effects of methane on warming, each of which are scientifically complex and based on different data sets and assumptions that lead to different results. Because Request No. 4 does not specify the calculation method, the data sets, or the underlying assumptions, EPA is unable to determine whether or not that figure is accurate.

5. **The Administrator found in 2009, and has not revised his or her finding, that emissions of methane, in combination with five other greenhouse gases, endangers both the public health and the public welfare of current and future generations.**

**Response:** Admitted

6. **EPA has found, and has not revised its finding, that methane contributes to warming of the atmosphere, which leads to increased air and ocean temperatures, changes in precipitation patterns, melting and thawing of global glaciers and ice, increasingly severe weather events, such as hurricanes of greater intensity, and sea level rise.**

**Response:** Admitted

7. **The oil and natural gas sector is the largest industrial emitter of methane in the United States.**

**Response:** Admitted

8. **Methane emissions from oil and natural gas sources in existence before 2012 constitute the majority of methane emissions from the oil and natural gas sector in the United States.**

**Response:** Admitted

9. **In or before 2014, EPA identified available mitigation technologies and practices to reduce emissions of methane from leaks, hydraulically fractured oil and natural gas wells and completions, compressors, pneumatic devices, and liquids unloading in the oil and natural gas sector.**

**Response:** Admitted

10. Between 2014 and 2016, EPA continued to evaluate available emissions and mitigation technologies and practices to reduce emissions of methane from the oil and natural gas sector.

**Response:** Admitted

11. EPA issued the 2016 New Source Rule on June 3, 2016, finalizing final performance standards for methane emissions from new and modified sources in the oil and natural gas sector under section 111(b) of the Clean Air Act, 42 U.S.C. § 7411(b).

**Response:** Admitted

12. EPA has spent resources gathering and evaluating data and information in order to develop Existing Source Guidelines.

**Response:** Admitted

13. On November 10, 2016, EPA issued the ICR to onshore oil and natural gas facilities to collect data and information on equipment at production facilities and emissions sources, emissions control devices, and emissions management practices in order to support Existing Source Guidelines.

**Response:** Admitted

14. EPA began receiving responses from onshore oil and natural gas facilities to the ICR in or before January 2017.

**Response:** Admitted

15. EPA withdrew the ICR in March 2017.

**Response:** Admitted

16. EPA's career staff did not undertake or present to the Administrator any analysis or assessment specific to the withdrawal of the ICR prior to its withdrawal.

**Response:** Denied

17. Neither the Administrator nor any EPA official consulted with any States who were not parties to the March 1, 2017 letter referenced in Interrogatory No. 7 regarding withdrawal of the ICR prior to withdrawing it.

**Response:**  EPA has made reasonable inquiries, but is unable to obtain sufficient information to admit or deny Request No. 17.  The individual who served as the Administrator at the time of the withdrawal of the ICR, and other EPA officials who may have been involved with that action, are no longer with the federal government.   EPA therefore is unable to determine whether or not such consultations took place.

**18.**     **EPA has not issued Existing Source Guidelines for methane emissions from existing sources in the oil and natural gas sector.**

**Response:** Admitted

**19.**     **EPA has proposed to withdraw its 2016 Final Control Techniques Guidelines for the Oil and Natural Gas Industry, which EPA had projected would have a co-benefit of reducing methane emissions from the oil and natural gas sector if implemented.**

**Response:** Admitted

**20.**     **Technologies and practices are available to detect and reduce methane emissions from oil and natural gas sector leaks, including technologies such as portable analyzers, optical gas imaging, acoustic leak detectors, and mobile leak detectors, and leak-repair programs.**

**Response:** Admitted

**21.**     **Technologies are available to reduce methane emissions from hydraulically fractured oil wells and associated natural gas production, including reduced emission completion (i.e., green completion) equipment, completion combustion devices, natural gas liquids recovery, and natural gas reinjection**.

**Response:**  EPA admits that reduced emission completion (*i.e.,* green completion) equipment, completion combustion devices, natural gas liquids recovery, and natural gas reinjection are available for reducing methane emissions during well completion for hydraulically fractured oil wells.  With respect to "associated natural gas production," EPA has made reasonable inquiries, but is unable to obtain sufficient information to admit or deny Request No. 21 because that phrase is too vague for the Agency to determine which out of a large number of potential natural gas production activities do and do not fall within its ambit.

4

**22.** **Technologies are available to reduce methane emissions from oil and natural gas sector compressors, including replacing wet seals with dry seals and employing gas recovery in centrifugal compressors and periodically replacing rod packing systems and employing gas recovery in reciprocating compressors.**

**Response:** Admitted

**23.** **Technologies are available to reduce or eliminate methane emissions from oil and natural gas sector pneumatic devices, including replacing high-bleed controllers with low- or zero-bleed controllers and replacing pneumatic pumps with instrument air pumps or electric pumps.**

**Response:** Admitted

**24.** **Technologies are available to reduce methane emissions from liquids unloading, including optimized plunger lift systems, artificial lifts, velocity tubing, and foaming agents.**

**Response:** Admitted

**25.** **Through its natural gas star program, EPA has documented the feasibility, cost, and payback period of many of the available technologies to reduce methane emissions from new and existing oil and natural gas sources described in paragraphs 20-24 above.**

**Response:** Admitted

**26.** **EPA previously adopted a federal implementation plan for the Fort Berthold Indian Reservation that required both new and existing oil and natural gas sources to reduce emissions using some of the technologies described in paragraphs 20-24 above.**

**Response:** EPA admits that the Federal Implementation Plan for the Fort Berthold Indian Reservation, which was published at 78 Fed. Reg. 17,836 (March 22, 2013), requires oil and natural gas sources to reduce volatile organic compound ("VOC") emissions, not methane emissions, using some of the technologies described in Request No. 21 herein. EPA denies that the Plan requires the use of technologies described in Request Nos. 20, 22, 23 or 24 herein.

**27.** **EPA previously adopted control techniques guidelines for the oil and natural gas sector that identify some of the technologies in paragraphs 20-24 as presumptively reasonably available control technologies to reduce emissions from certain existing sources in the oil and natural gas sector.**

**Response:**  EPA denies that the control techniques guidelines ("CTG") identify any technology as a presumptively reasonable available control technology for reducing VOC emissions, not methane emissions, from the existing oil and natural gas sources identified in Request Nos. 21 and 24.  EPA admits that the CTG identifies some of the technologies in Request Nos. 20, 22, and 23 as presumptively reasonably available control technologies for reducing VOC emissions, not methane emissions, from the existing oil and natural gas sources described in those requests.

**28.     EPA has not made any finding or otherwise demonstrated that the cost of implementing methane emissions-control technologies has increased since EPA's 2014 estimates summarized in five white papers issued to the public.**

**Response:** Admitted

**29.     In the past when EPA has issued new source performance standards for new sources within a regulated industrial sector pursuant to sections 111(b) or 129 of the Clean Air Act, 42 U.S.C. §§ 7406(b) or 7429, EPA has issued guidelines applicable to existing sources or units within that same industrial sector under to section 111(d) within one year of the issuance of the new source performance standards.**

**Response:**  EPA admits that it has complied with Section 129(b)(1) of the Clean Air Act, 42 U.S.C. § 7429(b)(1), which applies only to solid waste incineration units, and requires that guidelines for existing sources be issued at the same time as standards of performance for new sources.  EPA otherwise denies Request No. 29.

Dated:  February 28, 2019                       /s/ Heather E. Gange
                                              HEATHER E. GANGE
                                              D.C. Bar No. 452615
                                              United States Department of Justice
                                              Environment & Natural Resources Div.
                                              Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C.   20044
                                              (202) 514-0375 (telephone)

## CERTIFICATE OF SERVICE

I, Heather Gange, certify that on this 28th day of February 2019, I transmitted a copy of the foregoing via electronic mail and via U.S. Mail, postage prepaid, to the following counsel of record:

| | |
|---|---|
| State of New York<br>Plaintiff | Michael Myers<br>NEW YORK STATE ATTORNEY GENERAL<br>Environmental Protection Bureau<br>The Capitol<br>Albany , NY  12224<br>(518) 776-2382<br>Email:Michael.Myers@ag.Ny.Gov<br><br>Morgan Anna Costello<br>NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL<br>The Capitol<br>Albany , NY  12224<br>(518) 776-2392<br>Email:Morgan.Costello@ag.Ny.Gov<br><br>Christopher Charles Gore<br>NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Bureau 350 Main Street Main Place Tower, Suite 300a<br>Buffalo , NY  14202<br>(716) 852-6295<br>Email:Christopher.Gore@ag.Ny.Gov |
| State of California<br>Plaintiff | Daniel Martin Lucas<br>OFFICE OF THE ATTORNEY GENERAL/CA<br>300 South Spring Street<br>#1702<br>Los Angeles , CA  90013<br>(213) 269-6345<br>Email:Daniel.Lucas@doj.Ca.Gov<br><br>Morgan Anna Costello<br><br>Kavita Paul Lesser |

|  |  |
|---|---|
|  | CALIFORNIA DEPARMTENT OF JUSTICE<br>Office Of The Attorney General- Environment Section 300 South Spring Street Suite 1702<br>Los Angeles , CA  90013<br>(213) 269-6605<br>Email:Kavita.Lesser@doj.Ca.Gov<br><br>Timothy Eugene Sullivan<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>Office Of The Attorney General P.O. Box 70550 1515 Clay St. 20th Floor<br>Oakland , CA  94612<br>(510) 879-0987<br>Email:Timothy.Sullivan@doj.Ca.Gov |
| State of Connecticut<br>Plaintiff | Jill N. Lacedonia<br>OFFICE OF ATTORNEY GENERAL/CT<br>P.O. Box 120 55 Elm Street<br>Hartford , CT  06141<br>(860) 808-5250<br>Email:Jill.Lacedonia@ct.Gov<br><br>Morgan Anna Costell |
| State of Illinois<br>Plaintiff | Gerald Thomas Karr<br>OFFICE OF ATTORNEY GENERAL/IL<br>69 West Washington Street<br>#1800<br>Chicago , IL  60602<br>(312) 814-3369<br>Email:Gkarr@atg.State.Il.Us<br><br>Morgan Anna Costello |
| State of Iowa<br>Plaintiff | Morgan Anna Costello<br><br>Jacob John Larson<br>IOWA ATTORNEY GENERAL'S OFFICE<br>Hoover Building 1305 East Walnut Street 2nd Floor<br>Des Moines , IA  50319<br>(515) 281-5341<br>Email:Jacob.Larson@ag.Iowa.Gov |
| State of Maine | Gerald Donohue Reid |

8

| | |
|---|---|
| Plaintiff | STATE OF MAINE OF THE ATTORNEY GENERAL<br>Natural Resources Division<br>6 State House Station<br>Augusta , ME  03222-0006<br>(207) 626-8545<br>Email:Jerry.Reid@maine.Gov<br><br>Morgan Anna Costello |
| State of Maryland<br>Plaintiff | Morgan Anna Costello<br><br>Leah J. Tulin<br>OFFICE OF THE ATTORNEY GENERAL<br>200 St. Paul Place 20th Floor<br>Baltimore , MD  21202<br>410-576-6962<br>Email:Ltulin@oag.State.Md.Us |
| Commonwealth of Massachusetts<br>Plaintiff | Melissa A. Hoffer<br>ATTORNEY GENERAL, MASSACHUSEETTS<br>One Ashburton Place<br>Boston , MA  02108<br>(617) 963-2322<br>Email:Melissa.Hoffer@state.Ma.Us<br><br>Morgan Anna Costello<br><br>Turner H. Smith<br>MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Division<br>One Ashburton Place<br>Boston , MA  02108<br>(617) 963-2782<br>Email:Turner.Smith@state.Ma.Us<br><br>Peter Charles Mulcahy<br>MASSACHUSETTES ATTORNEY |

9

|  |  |
|---|---|
|  | GENERAL GENERAL'S OFFICE<br>10 Mechanic Street Suite 301<br>Worchester , MA  01608<br>(774) 214-4455<br>Email:Peter.Mulcahy@state.Ma.Us |
| State of New Mexico<br>Plaintiff | Morgan Anna Costello<br><br>William Gregory Grantham<br>STATE OF MEXICO OFFICE OF THE ATTORNEY GENERAL<br>Consumer And Environmental Protection<br>201 3rd St, Nw<br>Suite 300<br>Albuquerque , NM  87102<br>(505) 717-3520<br>Email:Wgrantham@nmag.Gov |
| State of Oregon<br>Plaintiff | Morgan Anna Costello<br><br>Paul Andrew Garrahan<br>OREGON DEPARTMENT OF JUSTICE<br>Natural Resources Section, General Counsel Division 1162 Court Street, Ne Suite 400<br>Salem , OR  97301<br>(971) 673-1943<br>Email:Paul.Garrahan@doj.State.Or.Us |
| Commonwealth of Pennsylvania<br>Plaintiff | Michael John Fischer<br>Pennsylvania Office of Attorney General<br>Civil Law Division 1600 Arch St. Suite 300<br>Philadelphia , PA  19103<br>(215) 560-2171<br>Email:Mfischer@attorneygeneral.Gov<br><br>Morgan Anna Costello |
| State of Rhode Island<br>Plaintiff | Morgan Anna Costello |

| | |
|---|---|
| State of Vermont<br>Plaintiff | Morgan Anna Costello<br><br>Nicholas F. Persampieri<br>OFFICE OF THE ATTORNEY GENERAL/VT<br>Environmental Protection Division 109 State Street<br>Montpelier , VT  05609<br>(802) 828-3186<br>Email:Nick.Persampieri@vermont.Gov |
| State of Washington<br>Plaintiff | Katharine Goold Shirey<br>OFFICE OF ATTORNEY GENERAL/WA<br>Ecology Division<br>Po Box 40117<br>Olympia , WA  98504-0117<br>(360) 586-6769<br>Email:Kay.Shirey@atg.Wa.Gov<br><br>Morgan Anna Costello |
| District of Columbia<br>Plaintiff | Morgan Anna Costello<br><br>Jimmy R. Rock<br>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br>441 Fourth Street, Nw Suite 600-S<br>Washington , DC  20001<br>(202) 741-0770<br>Email:Jimmy.Rock@dc.Gov |
| City of Chicago<br>Plaintiff | Morgan Anna Costello<br><br>Jared Policicchio<br>City of Chicago Department of Law<br>30 North Lasalle Street Suite 1400<br>Chicago , IL  60647<br>312-744-1438 |

| | |
|---|---|
| Environmental Defense Fund<br>Intervenor Plaintiff | Sean Hoe Donahue<br>DONAHUE & GOLDBERG, LLP<br>1111 14 Street, Nw Suite 510a<br>Washington , DC  20005<br>(202) 277-7085<br>Email:Sean@donahuegoldberg.Com<br><br>Susannah Landes Foster Weaver<br>DONAHUE, GOLDBERG & WEAVER, LLP<br>1111 14th St. Nw Suite 510a<br>Washington , DC  20005<br>(202) 569-3818<br>Email:Susannah@donahuegoldberg.Com |

       /s/ Heather E. Gange
Heather E. Gange, Esq.
D.C. Bar No. 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206