# Exhibit 8

Defendants' Second Set of Amended Responses to Plaintiffs' First Set of Interrogatories (Dec. 16, 2019)

Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 18-cv-0773 |
| ) | |
| ENVIRONMENTAL DEFENSE FUND, ) | Hon. Reggie Walton |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' SECOND SET OF AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Defendants the United States Environmental Protection Agency and Andrew Wheeler in his official capacity as the Administrator thereof (collectively "EPA" or the "United States") hereby provides the following second set of amended responses to the Plaintiffs' First Set of Interrogatories.

**INTERROGATORIES**

**1.      Identify and describe any actions EPA has taken specifically toward developing and issuing Existing Source Guidelines before and following promulgation of the 2016 New Source Rule.**

**RESPONSE**: Without waiving its prior objections and responses, the United States further responds that EPA proposed additional modifications to the 2016 NSPS in a proposed rule published at 84 Fed. Reg. 50,244 (September 24, 2019). EPA anticipates that modifications rescinding methane-related requirements would, if finalized, obviate the need to develop the emission guidelines at issue in this case.

1

**5.     Identify all Communications between any Person outside of EPA and the Administrator and/or EPA regarding the basis for withdrawal of the 2016 ICR prior to the Administrator deciding to withdraw the ICR.**

**RESPONSE**: Without waiving its prior objections and responses, the United States further refers Plaintiffs to email communications that occurred in early 2017 between David Kreutzer, then a senior advisor at EPA and a member of the presidential transition beachhead team, and Western Energy Alliance regarding the ICR (Bates numbered USEPA2021161, USEPA2021346-2021474, USEPA2021524-2021525, and USEPA2023036-2023038); and email communications that occurred in January 2017 showing communications about the ICR from Congressional staff to an employee of the Executive Office of the President to EPA (Bates numbered USEPA2023132 and USEPA2023975-2023976).

**20.     Identify whether EPA has performed any analysis or assessment of regulatory costs and/or foregone benefits related to the Ongoing Review and the results of that analysis to date.**

**RESPONSE:** The United States specifically objects to Interrogatory No. 20 as unreasonably burdensome and not proportionate to the needs of the case because the substance of the E.O. Review and associated rulemaking does not speak to the *TRAC* factors with respect to the guidelines at issue in this case. Without waiving its objections, the United States refers Plaintiffs to the regulatory impact analysis performed in conjunction with its September 24, 2019 proposed rule, which is available to the public at https://www.regulations.gov under Docket No. EPA-HQ-OAR-2017-0757-0004.

**24.     Identify all Persons who have participated in the Ongoing Review.**

**RESPONSE:** The United States specifically objects to Interrogatory No. 24 as overbroad and unduly burdensome to the extent that it seeks information regarding "all persons" who have participated in the E.O. Review without regard to the nature of their participation, the knowledge they possess, or its relevance to the issues in this case. The United States further objects on the

grounds that any substantive information such persons may possess regarding this ongoing rule making likely would be deliberative, and therefore protected from disclosure under the deliberative process privilege.

Without waiving its prior objections, and pursuant to an agreement with Plaintiffs to fulfill the United States' obligation to respond to Interrogatory No. 24, EPA confirms that the following individuals identified in EPA's amended Fed. R. Civ. P. 26(a) disclosures have participated in some manner in the Ongoing Review:

Office of Air and Radiation (OAR), Washington, D.C.
Adam Eisele
Jameel Alsalam
Mark Defigueiredo
Sarah Dunham
Mandy Gunasekara
Paul Gunning
David Harlow
Anne Idsal
Shaun Ragnauth
Marcus Sarofim
Suzanne Waltzer
William Wehrum
Melissa Weitz
Clint Woods

OAR, Research Triangle Park
David Bielen
Elizabeth Chan
David Cozzie
Gregory Ferguson
Steve Fruh
Gerri Garwood
Amy Hambrick
Jodi Howard
Penny Lassiter
Alex MacPherson
Marguerite McLamb
Karen Marsh
Elizabeth Miller
Ned Shappley
Lisa Thompson
Peter Tsirigotis
Erika Sasser

3

Darryl Weatherhead
Matthew Witosky
Jonathan Witt

Office of Enforcement and Compliance Assurance
Apple Chapman
Marcia Mia
Virginia Sorrell

Office of General Counsel
Amy Branning
Howard Hoffman
Matthew Marks
Justin Schwab
Gautam Srinivasan
Elliott Zenick

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 18-cv-0773 |
| ) | |
| ENVIRONMENTAL DEFENSE FUND, ) | Hon. Reggie Walton |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**SIGNATURES FOR DEFENDANTS' RESPONSES TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Dated: December __, 2019           As to answers to all Interrogatories

_____

Dated: December 16, 2019           As to objections:

　　　　　　　　　　　　　　　　　　　　/s/ Heather E. Gange
　　　　　　　　　　　　　　　　　HEATHER E. GANGE
　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　Environment & Natural Resources Div.
　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　P.O. Box 7611
　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　(202) 514-0375 (telephone)

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 18-cv-0773 |
| ) | |
| ENVIRONMENTAL DEFENSE FUND, ) | Hon. Reggie Walton |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**SIGNATURES FOR DEFENDANTS' SECOND SET
OF AMENDED RESPONSES TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Dated: **DEC 1 6 2019**

As to answers to all interrogatories

_____
Peter E. Tsirigotis, Director
Office of Air Quality Planning and Standards
United States Environmental Protection Agency
109 T.W. Alexander Drive
Research Triangle Park, NC 27709

Dated: _____

As to objections:

_____
HEATHER E. GANGE
United States Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0375 (telephone)

1

## CERTIFICATE OF SERVICE

I, Heather Gange, certify that on this 16th day of December 2019 I transmitted a copy of the foregoing via electronic mail, and on the 17th day of December 2019 I transmitted a copy of the foregoing via U.S. Mail, postage prepaid, to the following counsel of record:

State of New York
Plaintiff

Michael Myers
NEW YORK STATE ATTORNEY GENERAL
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
Email:Michael.Myers@ag.Ny.Gov

Morgan Anna Costello
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
The Capitol
Albany, NY 12224
(518) 776-2392
Email:Morgan.Costello@ag.Ny.Gov

Christopher Charles Gore
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Bureau 350 Main Street Main Place Tower, Suite 300a
Buffalo, NY 14202
(716) 852-6295
Email:Christopher.Gore@ag.Ny.Gov

State of California
Plaintiff

Daniel Martin Lucas
OFFICE OF THE ATTORNEY GENERAL/CA
300 South Spring Street
#1702
Los Angeles, CA 90013
(213) 269-6345
Email:Daniel.Lucas@doj.Ca.Gov

Morgan Anna Costello

1

|  |  |
|---|---|
|  | Kavita Paul Lesser<br>CALIFORNIA DEPARMTENT OF JUSTICE<br>Office Of The Attorney General- Environment<br>Section 300 South Spring Street Suite 1702<br>Los Angeles , CA  90013<br>(213) 269-6605<br>Email:Kavita.Lesser@doj.Ca.Gov |
|  | Timothy Eugene Sullivan<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>Office Of The Attorney General P.O. Box<br>70550 1515 Clay St. 20th Floor<br>Oakland , CA  94612<br>(510) 879-0987<br>Email:Timothy.Sullivan@doj.Ca.Gov |
| State of Connecticut<br>Plaintiff | Jill N. Lacedonia<br>OFFICE OF ATTORNEY GENERAL/CT<br>P.O. Box 120 55 Elm Street<br>Hartford , CT  06141<br>(860) 808-5250<br>Email:Jill.Lacedonia@ct.Gov |
|  | Morgan Anna Costell |
| State of Illinois<br>Plaintiff | Gerald Thomas Karr<br>OFFICE OF ATTORNEY GENERAL/IL<br>69 West Washington Street<br>#1800<br>Chicago , IL  60602<br>(312) 814-3369<br>Email:Gkarr@atg.State.Il.Us |
|  | Morgan Anna Costello |
| State of Iowa<br>Plaintiff | Morgan Anna Costello<br><br>Jacob John Larson<br>IOWA ATTORNEY GENERAL'S OFFICE<br>Hoover Building 1305 East Walnut Street 2nd<br>Floor<br>Des Moines , IA  50319<br>(515) 281-5341 |

|  |  |
|---|---|
|  | Email:Jacob.Larson@ag.Iowa.Gov |
| State of Maine<br>Plaintiff | Gerald Donohue Reid<br>STATE OF MAINE OF THE ATTORNEY GENERAL<br>Natural Resources Division<br>6 State House Station<br>Augusta , ME  03222-0006<br>(207) 626-8545<br>Email:Jerry.Reid@maine.Gov |
|  | Morgan Anna Costello |
| State of Maryland<br>Plaintiff | Morgan Anna Costello |
|  | Leah J. Tulin<br>OFFICE OF THE ATTORNEY GENERAL<br>200 St. Paul Place 20th Floor<br>Baltimore , MD  21202<br>410-576-6962<br>Email:Ltulin@oag.State.Md.Us |
| Commonwealth of Massachusetts<br>Plaintiff | Melissa A. Hoffer<br>ATTORNEY GENERAL, MASSACHUSEETTS<br>One Ashburton Place<br>Boston , MA  02108<br>(617) 963-2322<br>Email:Melissa.Hoffer@state.Ma.Us |
|  | Morgan Anna Costello |
|  | Turner H. Smith<br>MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Division<br>One Ashburton Place<br>Boston , MA  02108<br>(617) 963-2782<br>Email:Turner.Smith@state.Ma.Us |

3

|  |  |
|---|---|
|  | Peter Charles Mulcahy<br>MASSACHUSETTES ATTORNEY<br>GENERAL GENERAL'S OFFICE<br>10 Mechanic Street Suite 301<br>Worchester , MA  01608<br>(774) 214-4455<br>Email:Peter.Mulcahy@state.Ma.Us |
| State of New Mexico<br>Plaintiff | Morgan Anna Costello<br><br>William Gregory Grantham<br>STATE OF MEXICO OFFICE OF THE<br>ATTORNEY GENERAL<br>Consumer And Environmental Protection<br>201 3rd St, Nw<br>Suite 300<br>Albuquerque , NM  87102<br>(505) 717-3520<br>Email:Wgrantham@nmag.Gov |
| State of Oregon<br>Plaintiff | Morgan Anna Costello<br><br>Paul Andrew Garrahan<br>OREGON DEPARTMENT OF JUSTICE<br>Natural Resources Section, General Counsel<br>Division 1162 Court Street, Ne Suite 400<br>Salem , OR  97301<br>(971) 673-1943<br>Email:Paul.Garrahan@doj.State.Or.Us |
| Commonwealth of Pennsylvania<br>Plaintiff | Michael John Fischer<br>Pennsylvania Office of Attorney General<br>Civil Law Division 1600 Arch St. Suite 300<br>Philadelphia , PA  19103<br>(215) 560-2171<br>Email:Mfischer@attorneygeneral.Gov<br><br>Morgan Anna Costello |
| State of Rhode Island<br>Plaintiff | Morgan Anna Costello |

4

| | |
|---|---|
| State of Vermont<br>Plaintiff | Morgan Anna Costello<br><br>Nicholas F. Persampieri<br>OFFICE OF THE ATTORNEY<br>GENERAL/VT<br>Environmental Protection Division 109 State<br>Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Email:Nick.Persampieri@vermont.Gov |
| State of Washington<br>Plaintiff | Katharine Goold Shirey<br>OFFICE OF ATTORNEY GENERAL/WA<br>Ecology Division<br>Po Box 40117<br>Olympia, WA 98504-0117<br>(360) 586-6769<br>Email:Kay.Shirey@atg.Wa.Gov<br><br>Morgan Anna Costello |
| District of Columbia<br>Plaintiff | Morgan Anna Costello<br><br>Jimmy R. Rock<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>441 Fourth Street, Nw Suite 600-S<br>Washington, DC 20001<br>(202) 741-0770<br>Email:Jimmy.Rock@dc.Gov |
| City of Chicago<br>Plaintiff | Morgan Anna Costello<br><br>Jared Policicchio<br>City of Chicago Department of Law<br>30 North Lasalle Street Suite 1400<br>Chicago, IL 60647<br>312-744-1438 |

5

| | |
|---|---|
| Environmental Defense Fund<br>Intervenor Plaintiff | Sean Hoe Donahue<br>DONAHUE & GOLDBERG, LLP<br>1111 14 Street, Nw Suite 510a<br>Washington , DC  20005<br>(202) 277-7085<br>Email:Sean@donahuegoldberg.Com<br><br>Susannah Landes Foster Weaver<br>DONAHUE, GOLDBERG & WEAVER, LLP<br>1111 14th St. Nw Suite 510a<br>Washington , DC  20005<br>(202) 569-3818<br>Email:Susannah@donahuegoldberg.Com |

      /s/ Heather E. Gange
Heather E. Gange, Esq.
D.C. Bar No. 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206