# Exhibit 11

Deposition of Sarah Dunham (Feb. 14, 2020)
(excerpts and selected exhibits)

Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

```
         UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF COLUMBIA

                      + + + + +
```

_____
                                      :
**IN THE MATTER OF:**                 :
                                      :
**STATE OF NEW YORK, et al.,**        :
                                      :
      **Plaintiffs,**     :
                                      :
**ENVIRONMENTAL DEFENSE FUND,**       :
                                      : Case No.
      **Plaintiff-Intervenor,** : 18-cv-0773
                                      :
    **v.**                          :
                                      :
**U.S. ENVIRONMENTAL PROTECTION**     :
**AGENCY, et al.,**                   :
                                      :
      **Defendants.**     :
                                      :
_____:

          **Friday,**
          **February 14th, 2020**

          **Washington, DC**

**DEPOSITION OF:**

                **SARAH DUNHAM**

called for examination by Counsel for the Plaintiff, pursuant to Notice of Deposition, in the Office of the Attorney General for the District of Columbia, located at 441 4th Street, NW, Washington, DC 20001, when were present on

behalf of the respective parties:

**APPEARANCES:**

**On Behalf of the Plaintiffs:**

**MORGAN COSTELLO, ESQ.**
**CHRISTOPHER GORE, ESQ.**
**Office of the Attorney General**
**Environmental Protection Bureau**
**The Capitol**
**Albany, New York 12224**
**518-776-2392 (Costello)**
**morgan.costello@ag.ny.gov**

**KAVITA P. LESSER, ESQ.**
**Deputy Attorney General**
**California Department of Justice**
**Environment Section**
**300 South Spring Street**
**Los Angeles, California 90013**
**213-269-6605**
**kavita.lesser@doj.ca.gov**


**On Behalf of the Defendants:**

**HEATHER E. GANGE, ESQ.**
**United States Department of Justice**
**Environmental & Natural Resources Division**
**Environmental Defense Section**
**P.O. Box 7611**
**Washington, DC 20044**
**202-514-4206**
**heather.gange@usdoj.gov**

**AMY BRANNING, ESQ.**
**Office of General Counsel**
**United States EPA**
**1200 Pennsylvania Ave**
**Washington, DC 20460**
**202-564-1744**

1    A    From the fall of 2011 to August of
2    2019 with one detour in 2017 when I was acting in
3    a different position.
4    Q    In 2017, what position were you acting
5    in?
6    A    I was acting in the -- I was the
7    acting assistant administrator for the Office of
8    Air and Radiation from about January through to
9    November of 2017.
10   Q    During that time, what were your roles
11   and responsibilities?
12   A    I was responsible for managing the
13   portfolio of programs in the Office of Air and
14   Radiation and essentially being an intermediary
15   between the incoming new political leadership and
16   the program staff.
17   Q    Who selected you for that position?
18   A    There was paperwork that was signed
19   off by Gina McCarthy.
20   Q    That was the outgoing administration.
21   A    Outgoing administrator, yes.
22   Q    Who did you report to in that

```
 1    mechanism to effectuate the withdrawal.  Do you
 2    recall asking staff to prepare a timeline?
 3         A    I do.  I remember asking and reviewing
 4    a document that laid out what would need to
 5    happen in order to effectuate the withdrawal.
 6         Q    How was that withdrawal going to be
 7    effectuated?
 8         A    That's interesting.  I have vague
 9    recollections of it that required sending out
10    thousands of letters.
11         Q    To all the recipients.
12         A    To all the recipients.  I don't really
13    remember what else it entailed.
14         Q    Was there any sort of decision making
15    process within the Agency that involved -- that
16    you were involved in regarding the decision of
17    whether to withdraw the ICR?
18         A    I do not recall being part of a
19    decision making process.
20         Q    Was any of your staff involved in any
21    decision making process about whether to withdraw
22    the ICR?
```

```
1         A     Not that I'm aware of or remember.
2         Q     Was the option of suspending the ICR
3    ever considered?
4         A     I have no memory of that.  I don't
5    have any memory of options being discussed and
6    certainly not specifically of that.
7         Q     Do you believe the Agency still
8    intended to move forward with existing source
9    guidelines at the time that it withdrew the ICR?
10        A     I don't recall any discussions.
11        Q     Did you believe that the Agency was
12   still going to be moving forward with existing
13   source guidelines?
14        A     I don't recall having a belief one way
15   or another on that.
16        Q     In your experience, has the Agency
17   ever withdrawn an ICR?
18        A     I don't remember being involved in
19   that, in anything like that.
20        Q     How about a suspension, have you ever
21   been involved in an ICR being suspended?
22        A     I don't recall any familiarity with
```

1    whether it should withdraw the request.  Did the
2    Agency consider a suspension pending internal
3    review, to your knowledge?
4         A    Not to my knowledge.
5         Q    Before the decision was made to
6    withdraw the ICR, to your knowledge, did anyone
7    reach out to career staff working on the ICR on
8    their view as to how that process was working?
9         A    Who do you mean by anyone?
10        Q    Did anyone in leadership reach out to
11   the career staff working on the ICR on their view
12   of how that process was working?
13        A    Did anyone in the political leadership
14   at EPA reach out to the career staff to get the
15   career staff's view on this?
16        Q    Yes.
17        A    Not to my -- I don't remember
18   anything.
19        Q    Did anyone ask career staff if they
20   needed the information that was being collected?
21        A    I don't have any recollection of that.
22        Q    Did anyone ask career staff working on

```
 1     the ICR if responding to the ICR was unduly
 2     burdensome to the recipients?
 3          A    I certainly didn't see and have no
 4     memory of -- I don't have any memory of that
 5     happening.
 6          Q    I'm handing you what's been marked for
 7     identification as SD-15.
 8               (Whereupon, the above-referred to
 9               document was marked as Exhibit SD-15
10               for identification.)
11          Q    It's a one-page document beginning
12     Bates No. 0097095.  What is this document?
13          A    It looks like an email from Nancy
14     Grantham to a variety of people, including me,
15     and refers to a draft press release for comment.
16          Q    What is the subject line of this
17     email?
18          A    Oil and gas info request, new brief
19     draft, Version 5 clean.  Oh, I'm sorry, that's
20     the attachments.  The subject is methane ICR
21     withdrawal draft press release with recent
22     language.
```

```
 1       Q    Did you have any involvement in
 2  determining what that rationale was?
 3       A    No.
 4       Q    Were you surprised by the rationale?
 5       A    I don't remember being surprised.
 6       Q    What is your understanding of what it
 7  meant to need to assess the need for the
 8  information?
 9       A    Again, I don't remember the specific
10  -- I don't remember this specific -- I don't have
11  a memory of what that would have meant.
12       Q    This also references the March 1
13  letter from the nine state attorneys' general and
14  the governors of Mississippi and Kentucky.
15  Didn't that letter arrive before the decision --
16  or after the decision had been made to withdraw
17  the ICR?
18       A    I don't have any memory of sequencing
19  that's relevant to that question from the time.
20       Q    Do you know whether or not this letter
21  factored into the decision to withdraw the ICR?
22       A    Again, I don't have any memory of
```

## AUTHENTICATION BY SIGNATURE

I, the undersigned, do hereby certify by my signature hereunder that I have read the foregoing deposition of testimony given by me on February 11, 2020, and find said transcription to be a true and accurate record, as corrected.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on March 19, 2020*    *Sarah Dunham*

~~Paul Gunning~~

Sworn to and subscribed before me this _____ day of _____, 20__ __.

_____
Notary Public

My commission expires _____.

Page 1 of 1

# ERRATA                                   ERRATA

| DEPOSITION/TESTIMONY OF: | Sarah Dunham |
|---|---|
| IN THE MATTER OF: | |
| DOCKET NO.: | TAKEN ON: February 14, 2020 |

**INSTRUCTIONS:**
1. Review the transcript for any corrections. Please make NO marks on the transcript itself.
2. On this form only, at places you feel ought to be looked at: List page number, line number, proposed alternative version and reason for change.
3. Sign the signature page before a notary public and have the page notarized.
4. Return the notarized signature page and completed errata sheets to the designated officer.

| PAGE # | LINE # | CHANGE | REASON |
|---|---|---|---|
| 9 | 19 | delete "Environmental Protection Agency at the" | unnecessary repeat that is confusing |
| 16 | 14-15 | delete "only at the office for about half as long" | transcription error (non-sensical) |
| 37 | 4 | "you" should be "he" | transcription error; important factual correction |
| 44 | 18 | "our" should be "the" | transcription error; important correction |
| 51 | 22 | "Brian" should be "Ryan" | transcription error: correcting name |
| 52 | 18 | "Brian" should be "Ryan" | transcription error: correcting name |
| 68 | 21 | "recent" is a transcription error | transcription error: I do not know the correct word |