# Exhibit 15

# People Helping with the Oil and Gas ICR Hotline, Emails & Correspondence (undated) (USEPA-0283849)

## Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

PEOPLE HELPING WITH THE OIL & GAS ICR HOTLINE, EMAILS & CORRESPONDENCE

1. Brenda Shine
2. Angie Carey
3. Tegan Lavoie
4. Jonathan Witt
5. Jodi Howard
6. Matt Witosky
7. Eric Goehl
8. Andrew Bouchard
9. Amy Hambrick
10. Janice Godfrey
11. Marguerite McLamb
12. Karen March
13. Hillary Ward
14. Jeremy Tarr
15. Kevin McGinn
16. Tonisha Dawson
17. Mike Benson
18. John Schaefer
19. Jenny Noonan
20. Lisa Thompson
21. Alison Davis
22. John Ashley
23. Laura McKelvey
24. Elineth Torres
25. KB Mills
26. Jennifer Caparoso
27. Brandon Little
28. Virginia Hunt
29. Nina McKinney
30. Aimee St. Claire
31. Josh Minorics
32. Wilma Evans (SEE)
33. Peter Tsirigotis
34. David Cozzie
35. Fred Thompson
36. Penny Lassiter
37. Kristin Bremer
38. Annette Brown
39. Bernell Phillips (SEE)
40. Betty Kelly (SEE)
41. Jan Cortelyou
42. Jackie Ashley