# Exhibit 16

Email from Heather Gange, Department of Justice, to Morgan Costello, New York State Office of the Attorney General (Feb. 12, 2020)

Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

| | |
|---|---|
| **From:** | Gange, Heather (ENRD) |
| **To:** | Costello, Morgan |
| **Cc:** | Myers, Michael; Gore, Christopher; Kavita Lesser; Daniel Lucas; megan.herzog (megan.herzog@state.ma.us); Hoffer, Melissa (AGO); Smith, Turner (AGO) (turner.smith@state.ma.us); Susannah Weaver; Peter Zalzal; Rosalie Winn |
| **Subject:** | RE: NY et al. v EPA (O&G Methane), Case No. 18-cv-0773 |
| **Date:** | Wednesday, February 12, 2020 5:05:18 PM |

**[EXTERNAL]**

Hello Morgan,

  With respect to EPA's denial of Request for Admission No. 16, EPA's career staff includes Derek Mills, Esq., an attorney in the Agency's Office of General Counsel.  Mr. Mills reviewed a draft of the Federal Register notice that announced the withdrawal of the ICR and provided legal comments. When responding to Request for Admission No. 16, EPA considered that review and comments to fall within the ambit of an "analysis . . . specific to the withdrawal of the ICR prior to its withdrawal."

Best regards,

Heather

Heather E. Gange
Senior Counsel for E-Discovery
EDS E-DOC

U.S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-4206 (office)
Gender pronouns: she, her, hers

FedEx Address:
150 M St., NE, Rm 4.1142
Washington, DC  20002

**From:** Costello, Morgan <Morgan.Costello@ag.ny.gov>
**Sent:** Wednesday, February 12, 2020 3:00 PM
**To:** Gange, Heather (ENRD) <HGange@ENRD.USDOJ.GOV>
**Cc:** Myers, Michael <Michael.Myers@ag.ny.gov>; Gore, Christopher <Christopher.Gore@ag.ny.gov>; Kavita Lesser <Kavita.Lesser@doj.ca.gov>; Daniel Lucas <Daniel.Lucas@doj.ca.gov>; megan.herzog (megan.herzog@state.ma.us) <megan.herzog@state.ma.us>; Hoffer, Melissa (AGO) <melissa.hoffer@state.ma.us>; Smith, Turner (AGO) (turner.smith@state.ma.us) <turner.smith@state.ma.us>; Susannah Weaver <susannah@donahuegoldberg.com>; Peter Zalzal <pzalzal@edf.org>; Rosalie Winn <rwinn@edf.org>

**Subject:** NY et al. v EPA (O&G Methane), Case No. 18-cv-0773

Heather,

Following up on an item from yesterday that we were going to discuss after the deposition, please provide us with an explanation for EPA's denial of paragraph 16 of Plaintiffs' First Set of Requests for Admission.

Also, can you please send us pdf copies of the documents that Mr. Gunning brought with him to the deposition.

Best,
Morgan

Morgan A. Costello
Chief, Affirmative Litigation Section
Environmental Protection Bureau
New York State Office of the Attorney General
The Capitol
Albany, New York 12224
Tel: (518) 776-2392 |Morgan.costello@ag.ny.gov
She/Her/Hers


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.