# Exhibit 17

## Declaration of Peter E. Tsirigotis (Sept. 27, 2019) (ECF No. 59-1)

Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

## DECLARATION OF PETER E. TSIRIGOTIS

1. I, Peter E. Tsirigotis, declare that the following statements are true and correct to the best of my knowledge and belief and that they are based on my personal knowledge, or on information contained in the records of the United States Environmental Protection Agency (EPA), or on information supplied to me by EPA employees.

2. I am the Director of the Office of Air Quality Planning and Standards (OAQPS), Office of Air and Radiation (OAR) at the EPA, a position I have held since January 22, 2018. I was acting Director of OAQPS from December 18, 2017, until my current appointment. Prior to my current position, I was the Director of the Sector Policies and Programs Division (SPPD) within OAQPS at the EPA, a position I held since March 2006. OAQPS is an office within OAR with responsibility for developing certain national regulations, policies, and guidance that implement the CAA. SPPD is the division within OAQPS that has responsibility for, among other things, developing regulations, policy, and guidance associated with section 111 of the Clean Air Act (CAA), 42 U.S.C. § 7411.

3. As Director of SPPD, I was responsible for overseeing EPA's development and promulgation of certain major regulations, including those under section 111 of the CAA. In my current capacity as Director of OAQPS, I continue to oversee the development and implementation of regulations, policy, and guidance under section 111 of the CAA.

4. This declaration is filed in support of Defendants' Motion to Stay Pending Conclusion of Rulemaking in *State of New York, et al. v. EPA*, Case No. 18-cv-0773. In this case, Plaintiffs claim that EPA has unreasonably delayed in performing alleged duties under section 111(d) of the CAA, 42 U.S.C. § 7411(d), and EPA's regulation at 40 C.F.R. § 60.22(a),

1

to issue guidelines for reducing methane emissions from existing sources in the oil and natural sector ("Methane Guidelines").

5. Section 111(b) of the CAA, 42 U.S.C. § 7411(b), requires that EPA establish "standard of performance" for new sources in the source categories listed pursuant to that section. These standards are commonly referred to as "new source performance standards" or "NSPS."

6. Section 111(d) of the CAA, 42 U.S.C. § 7411(d), requires that EPA prescribe regulations establishing a procedure under which each State shall submit to EPA a plan for regulating air pollutants (with certain exceptions) emitted from existing sources that would be subject to NSPS if they were new sources. On November 17, 1975, EPA published a regulation establishing such a procedure. 40 Fed. Reg. 53,340 (November 17, 1975) (codified at 40 C.F.R. part 60, subpart B). Over the years, this procedure underwent various amendments, the most recent of which was published on July 8, 2019. 84 Fed. Reg. 32,520 (codified at 40 C.F.R. part 60, subpart Ba).

7. The procedure, as amended, provides that "concurrently upon or after" EPA proposes NSPS for a pollutant (that is not excluded under the Section 111(d) of the CAA) for a source category, EPA will publish a draft guideline that contains information for States to develop plans for regulating that pollutant from existing sources in that source category, and that EPA will publish a final guideline after promulgation of the NSPS and after consideration of comments on the draft guideline. 40 C.F.R. § 60.22a(a).[1]

8. On May 12, 2016, EPA promulgated the NSPS for reducing methane emissions from new sources in the oil and natural gas sector. 81 Fed. Reg. 35,824 (June 3, 2016) ("2016

---

[1] New 40 C.F.R. § 60.22a(a), as opposed to § 60.22(a) cited in the complaints, governs EPA's issuance of existing source guidelines after July 8, 2019. 84 Fed. Reg. 32,520.

2

NSPS"). The 2016 NSPS was immediately challenged in Court by fifteen states and six industry groups. Petitioners challenged, among other things, EPA's authority to regulate methane emissions from the oil and natural gas sector. *API v. EPA*, No. 13-1108 (D.C. Cir.). The litigation is currently stayed pending EPA's review of the 2016 NSPS pursuant to Executive Order 13783, which is discussed further below.

9.      On March 28, 2017, the President issued Executive Order 13783 directing EPA to, among other actions, review the 2016 NSPS in accordance with certain new policies and conclude any appropriate rulemaking to "suspend, revise, or rescind" the 2016 NSPS "as soon as practicable." 82 Fed. Reg. 16,093, 16,096 (March 31, 2017).

10.     On April 4, 2017, EPA published a notice announcing that, pursuant to E.O. 13783, the Agency was initiating a review of the 2016 NSPS and, "if appropriate, will initiate reconsideration proceedings to suspend, revise or rescind this rule." 82 Fed. Reg. 16,331 (April 4, 2017) ("E.O. Review").

11.     Since initiating the E.O. Review, EPA has not taken any action specifically towards developing or issuing the Methane Guidelines, nor does EPA intend to do so before completing the E.O. Review. This is because the E.O. Review could result in the suspension, revision, or rescission of the methane standards in the 2016 NSPS, which are the statutory prerequisite for States' authority to regulate methane emissions from existing sources in the oil and natural gas sector under section 111(d) of the CAA and EPA's authority to issue Methane Guidelines under EPA's implementing regulations at 40 C.F.R. § 60.22a(a).

12.     On August 28, 2019, EPA signed a proposed rule titled, "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review," which includes two alternative proposed amendments to the 2016 NSPS ("Proposed Rule"). 84 Fed.

3

Reg. 50,244 (September 24, 2019). If EPA finalizes either of the two proposed amendments, the final rule would repeal the methane standards in the 2016 NSPS, and EPA would have no authority under 40 C.F.R. § 60.22a(a) to issue Methane Guidelines.

13.     The Proposed Rule was published in the Federal Register on September 24, 2019. 84 Fed. Reg. 50,244. The public comment period for the Proposed Rule ends on November 25, 2019.

14.     Concluding the E.O. Review is a high priority for the Agency. EPA intends to complete this review and take final action on the Proposed Rule to amend the 2016 NSPS by June 2020. If EPA's analysis of the public comments on the Proposed Rule impacts EPA's anticipated time frame for taking final action, EPA will promptly notify the court.

SO DECLARED:

_____
Peter E. Tsirigotis, Director
Office of Air Quality Planning and Standards
Office of Air and Radiation
United States Environmental Protection Agency

Dated:  9/27/19