# Exhibit 18

Declaration of Jared Snyder (Oct. 18, 2019)
(ECF No. 62-1)

Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> ENVIRONMENTAL DEFENSE FUND, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ANDREW WHEELER, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 18-cv-0773 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JARED SNYDER**

I, Jared Snyder, declare as follows:

1. I am the Deputy Commissioner for Climate, Air, and Energy at the New York State Department of Environmental Conservation ("DEC"). In this capacity, I am responsible for overseeing the development and implementation of clean air programs and climate change strategies in New York. This includes regulations required for the implementation of the Clean Air Act ("Act"), other State actions to reduce air pollution, and State efforts to reduce greenhouse gas ("GHG") emissions and combat climate change. I submit this declaration to describe the serious harms that climate change, caused in part by methane emissions from oil and natural gas sources nationwide, is causing and will continue to cause to New York's communities, economy, and environment.

**PERSONAL BACKGROUND AND QUALIFICATIONS**

2.     I received a Bachelor of Arts degree in economics from Cornell University in 1981. I obtained a Juris Doctor from Harvard Law School in 1984.

3.     I have been the DEC Deputy Commissioner for Climate Change, Air Resources, and Energy since joining DEC in 2007, although my title was previously Assistant Commissioner. Prior to joining DEC, I managed air and climate change litigation for the New York State Office of the Attorney General.  Prior to that, I worked for the United States Department of Justice handling environmental enforcement matters.

4.     My responsibilities as Deputy Commissioner include oversight of both DEC's Office of Climate Change and Division of Air Resources.  Among other things, both units within DEC assess the sources of GHG emissions within the State, evaluate existing federal and State programs aimed at reducing such emissions, consider potential regulations and other strategies to further reduce GHG emissions, and develop and implement such programs to help achieve the State's overall GHG emission reduction objectives.

**METHANE EMISSIONS NATIONWIDE HARM NEW YORK**

5.     The additional methane emissions that will result from a stay of this case and a continuation of EPA's delay in promulgating regulations to address methane emissions from existing sources in the oil and natural gas sector pursuant to Section 111(d) of the Act (Methane Guidelines) increases the likelihood that New York will continue to experience increasing harms associated with global climate change.  The impact of additional methane emissions on the climate will continue to increase risks to the public and to the New York State economy and environment.

6.     Even though New York State intends to take its own regulatory actions to achieve additional State-specific methane emission reductions, New York will still be harmed by the

avoidable emissions of methane from across the United States that will arise absent EPA's promulgation of Methane Guidelines.

7.      According to the U.S. government[1] and the Intergovernmental Panel on Climate Change,[2] anthropogenic GHG emissions, including methane emissions, are the primary driver of global climate change.  Additionally, the magnitude of future climate change impacts will be primarily determined by the level of continued emission of well-mixed GHGs, including methane emissions from oil and natural gas sources.

8.      New York is already experiencing the effects of global climate change, and the harms that are already being experienced illustrate the types of harm that New York will continue to experience as a result of increased nationwide methane emissions attributable to the absence of EPA's promulgation of Methane Guidelines.  The New York State ClimAID assessment[3] provides an assessment of the numerous direct impacts that have already been observed in New York State and that are expected through 2100.

9.      First, warming ocean water strengthens the most powerful storms and contributes to sea level rise.  Together, these phenomena are leading to more frequent and extensive coastal flooding.  New York State's tidal shoreline, including barrier islands, coastal wetlands, and bays, is expected to be particularly adversely affected by increased sea levels.  Sea level in the coastal

---

[1]  U.S. Global Change Research Program, *Climate Science Special Report: Fourth National Climate Assessment (NCA4), Vol. I* (2017), *available at* https://science2017.globalchange.gov./chapter/executive-summary/.

[2]  Intergovernmental Panel on Climate Change, *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* (2015), *available at* https://www.ipcc.ch/report/ar5/wg1/.

[3]  Cynthia Rosenzweig et al., *Responding to Climate Change in New York State: The ClimAID Integrated Assessment for Effective Climate Change Adaptation in New York State; Final Report* (2011), *available at* https://www.dos.ny.gov/opd/sser/pdf/ClimAID_Full%20Report.pdf; Radley Horton et al., *Climate Change in New York State: Updating the 2011 ClimAID Climate Risk Information Supplement to NYSERDA Report 11–18 (Responding to Climate Change in New York State)* (2014), *available at* http://www.nyserda.ny.gov/climaid.

waters of New York State and up the Hudson River has been steadily rising over the 20th century. Tide-gauge observations in New York indicate that rates of relative sea level rise were significantly greater than the global mean, ranging from 0.9 to 1.5 inches per decade. New York State has approximately 1,850 miles of tidal coastline, and the State owns dozens of state parks within the New York State coastal boundary. Tidal shoreline property in the State held by private landowners is similarly at risk.

10. As an example of the extent of harm caused by warming ocean waters and sea level rise, the twelve inches of sea level rise the New York City area has experienced in the past century exacerbated the flooding caused by Hurricane Sandy by about twenty-five square miles, damaging the homes of an additional eighty thousand people in the New York City area alone.[4] That flooding devastated areas of New York, including the Brooklyn-Queens Waterfront, the East and South Shores of Staten Island, South Queens, Southern Manhattan, and Southern Brooklyn, which in some areas lost power and other critical services for extended periods. Overall, Hurricane Sandy caused fifty-three deaths and the estimated costs of damage and loss in New York State exceeded thirty billion dollars.[5] In the aftermath of Hurricane Sandy, the Federal Emergency Management Agency ("FEMA") made 4,127 Public Assistance grants totaling nearly ten billion dollars to State and local governments for facilities damaged by the storm, including parks, beaches, marinas,

---

[4] New York Academy of Sciences, *Building the Knowledge Base for Climate Resiliency: New York City Panel on Climate Change 2015 Report* (2015), *available at* https://nyaspubs.onlinelibrary.wiley.com/doi/10.1111/nyas.12593.

[5] FEMA expenditures in New York State totaled 16.9 billion dollars. *See* FEMA, *FEMA Aid Reaches $16.9 Billion for New York's Hurricane Sandy Recovery* (Oct. 21, 2015), *available at* https://www.fema.gov/news-release/2015/10/21/fema-aid-reaches-169-billion-new-yorks-hurricane-sandy-recovery. U.S. Department of Housing and Urban Development ("HUD") expenditures totaled 7 billion dollars. *See* HUD Archives News Release No. 13-153 (Oct. 28, 2013), *available at* https://archives.hud.gov/news/2013/pr13-153.cfm. Total insurance payments in New York State totaled 8.3 billion dollars, including National Flood Insurance Program payments and private automobile, homeowner, and commercial property insurance. *See* HUD, *Hurricane Sandy Rebuilding Strategy* (2013), *available at* https://www.hud.gov/sites/documents/hsrebuildingstrategy.pdf.

water treatment plants, hospitals, schools, public housing, and other public buildings. While FEMA grants to New York covered 90 percent of the eligible costs of such projects, the State was left responsible for covering the remaining 10 percent.[6] New York State has established official state sea level rise projections (6 NYCRR part 490, Projected Sea-level Rise) based on peer-reviewed scientific research and which include high projections of seventy-five inches of sea level rise by the year 2100.[7]

11. Climate change is also expected to exacerbate additional harms from both coastal and inland flooding. Increasing flood risk is another impact of climate change that is requiring an increased commitment of State emergency response resources to protect lives and property. Rising air temperatures associated with climate change intensify the water cycle by driving increased evaporation and precipitation. The resulting altered patterns of precipitation include more rain falling in heavy events, often with longer dry periods in between. The U.S. government has indicated that these risks are particularly likely in the Northeastern United States.[8] Heavy downpours have increased in New York State over the past 50 years. By the end of the 21st century, coastal flood levels currently associated with a 100-year flood could occur approximately four times as often under conservative sea level rise scenarios.[9] This trend will increase localized flash flooding in urban areas and hilly regions.

---

[6] *See* FEMA, *FEMA Aid Reaches $16.9 Billion for New York's Hurricane Sandy Recovery* (Oct. 21, 2015), *available at* https://www.fema.gov/news-release/2015/10/21/fema-aid-reaches-169-billion-new-yorks-hurricane-sandy-recovery.

[7] Horton et al. at 10.

[8] U.S. Global Change Research Program, *2014 National Climate Assessment* (2014), *available at* https://nca2014.globalchange.gov/report/our-changing-climate/heavy-downpours-increasing.

[9] Rosenzweig et al. at 35.

12. For example, swift-water or air-rescue teams rescued over one thousand state residents during the flooding caused by Hurricane Irene and Tropical Storm Lee. New York State committed extensive emergency resources in response to these storms, including deploying 1,700 State Police and 3,200 National Guard members, opening 200 shelters to house 18,000 citizens, and staffing 74 Disaster Recovery Centers to assist citizens during the recovery period. The storms closed 400 road segments and bridges and required repairs at 945 locations on the State highway system.[10]

13. New York is also harmed by the effects of climate change on the Great Lakes. Changes in the hydrologic cycle resulting from climate change are likely to result in greater variability of lake water levels.[11] High water levels will result in damaging floods such as those experienced by New York lakeshore communities in 2017 and 2019. As damaging as these floods have been, low water levels also pose significant risks. Lake Erie and Lake Ontario are critical water sources to New York State: New York relies on them for drinking water; hydroelectric power; commercial shipping; and recreation, including boating and fishing. New York State has approximately 331 miles of shoreline along Lake Ontario and approximately 77 miles along Lake Erie. Decreased water levels in the Great Lakes could severely affect commercial shipping, reducing maximum loads carried by vessels. Each one-inch loss in draft in the Great Lakes shipping channels causes the ships used for inter-lake transportation to lose 270 tons of cargo capacity, or approximately $30,000 per transit.[12]

---

[10] *See generally* New York State, *New York State Responds: Hurricane Irene and Tropical Storm Lee: One Year Later* (Aug. 2012), *available at* https://www.governor.ny.gov/sites/governor.ny.gov/files/archive/assets/documents/Irene-Lee-One-Year-Report.pdf.

[11] Environmental Law and Policy Center. 2019. An Assessment of the Impacts of Climate Change on the Great Lakes. Chicago. 74pp, *available at* http://elpc.org/.

[12] International Joint Commission, *Climate Change and Water Quality in the Great Lakes Basin* at 18 (2003), *available at* https://legacyfiles.ijc.org/publications/C210.pdf; Great Lakes Integrated Sciences Assessment,

14.     New York State is likely to see widespread shifts in species composition in the State's forests and other natural landscapes within the next several decades due to climate change. Losses of spruce-fir forests, alpine tundra and boreal plant communities are expected. Climate change favors the expansion of some invasive species into New York, such as the aggressive weed kudzu and the insect pest hemlock woolly adelgid. Increased carbon dioxide in the atmosphere due to climate change is likely to preferentially increase the growth rate of fast-growing species, which are often weeds and other invasives. Lakes, streams, inland wetlands and associated aquatic species will be highly vulnerable to changes in the timing, supply, and intensity of rainfall and snowmelt, groundwater recharge, and duration of ice cover. Increasing water temperatures will negatively affect brook trout and other native cold-water fish.[13]

15.     Climate change is expected to hurt agriculture in New York State. Increased summer heat stress will negatively affect cool-season crops, requiring farmers to take adaptive measures such as shifting to more heat-tolerant crop varieties and eventually resulting in a different crop mix for New York's farmers. The loss of long cold winters could limit the productivity of apples and potatoes because these crops require longer cold dormant periods. New York's maple syrup industry also requires specific temperature conditions in order for the sugar maples to produce sap. Sugar maple trees will likely be displaced to the north as the climate changes and temperatures increase. Greater weed and pest pressure associated with longer growing seasons and warmer winters will be an increasingly important challenge. Water management will be a

---

*Climate Change in the Great Lakes Region* (2014), *available at* http://glisa.umich.edu/media/files/GLISA_climate_change_summary.pdf.

[13] Rosenzweig et al. at 165–217.

7

more serious challenge for New York farmers in the future due to the increased frequency of heavy rainfall events and more frequent and intense summer water deficits by mid- to late-century.[14]

16. Dairy farmers will also be impacted by warmer air temperatures associated with climate change. Milk production is maximized under cool conditions ranging from 41°F to 68°F.[15] New York is the third-largest producer of milk in the United States, behind California and Wisconsin.[16] In 2016, New York reported approximately $2.5 billion dollars of cash receipts from its dairy industry.[17] A loss of milk production efficiency from heat effects could result in the loss of hundreds of millions of dollars annually for New York's dairy industry.

17. New York State's forests and the economy that depends on them also have the potential to be harmed by the increasing emissions of GHGs. Climate change will affect the forest mix in New York, which could change from the current mixed forest to a temperate deciduous forest. The habitat for existing tree species will decrease as suitable climate conditions shift northward. New York State's Adirondack Park is the largest forested area east of the Mississippi and consists of six million acres including 2.6 million acres of State-owned forest preserve. The Adirondack Park, one the most significant hardwood ecosystems in the world, is likely to be threatened by these changes. These changes will also further impact plant and wildlife species in the Adirondack Park and throughout the state, as the forest composition changes.[18]

---

[14] *Id.*

[15] Alvaro Garcia, *Dealing with Heat Stress in Dairy Cows* (2002), *available at* https://www.sdstate.edu/sites/default/files/abe/wri/water-quality/upload/EXEX4024.pdf.

[16] U.S. Department of Agriculture, National Agricultural Statistics Service, *Milk Production, Disposition, and Income: 2017 Summary* (Apr. 2018), *available at* http://usda.mannlib.cornell.edu/usda/current/MilkProdDi/MilkProdDi-04-26-2018.pdf.

[17] *Id.*

[18] Rosenzweig et al. 2011, pp 165-217.

18.     Demand for health services and the need for public health surveillance and monitoring will increase as the climate continues to change.  Heat-related illness and death are projected to increase, while cold-related deaths are projected to decrease.  Increases in heat-related deaths, however, are projected to outweigh reductions in cold-related deaths.  Increased coastal and riverine flooding resulting from intense precipitation could lead to increased stress and mental health impacts, impaired ability to deliver public health and medical services, increased respiratory diseases such as asthma, and increased outbreaks of gastrointestinal diseases.[19]  Vector-borne diseases, such as those spread by mosquitoes and ticks (e.g., West Nile virus and Lyme disease), may expand or their distribution patterns may change, either of which may adversely affect additional populations.  Water and food-borne diseases are likely to increase without mitigation and adaptation intervention.[20]

19.     Finally, climate change is also already exacerbating the direct health impacts of air pollution.  New York has a significant ozone problem largely caused by emissions from sources in upwind states, and climate change is likely to worsen the harms New York is already suffering from ozone.  As the U.S. government points out, the hottest days in the Northeastern states are associated with high concentrations of ground-level ozone and other pollutants.[21]  Exposure to ozone has also been linked to premature mortality and a variety of health problems,[22] including chest pain, coughing, throat irritation, airway inflammation, reduced lung function, and damaged

---

[19] Rosenzweig et al. at 421.

[20] *Id.* at 403.

[21] U.S. Global Change Research Program, *2014 National Climate Assessment* (2014), *available at* https://nca2014.globalchange.gov/report/regions/northeast#narrative-page-16959.

[22] *See* EPA, Climate Adaptation: Ground-Level Ozone and Health, https://www.epa.gov/arc-x/climate-adaptation-ground-level-ozone-and-health (last accessed Nov. 7, 2018).

9

lung tissue. Ozone can worsen bronchitis, emphysema, and asthma, leading to increased medical costs.

20. Each of these and other harms to New York State from climate change is exacerbated by EPA's failure to promulgate Methane Guidelines for regulating methane emissions from existing sources in the oil and natural gas sector under Section 111(d) of the Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Albany, New York on October 18, 2019.

_____

Jared Snyder
New York State Department of Environmental Conservation