# Exhibit 20

## Declaration of Jay Chamberlin (Oct. 18, 2019) (ECF No. 62-3)

## Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> ENVIRONMENTAL DEFENSE FUND, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ANDREW WHEELER, *et al.* <br><br> Defendants. | Civil Action No. 1:18-cv-0773 <br><br> Hon. Reggie B. Walton |

**DECLARATION OF JAY CHAMBERLIN**

I, Jay Chamberlin, state and declare as follows:

1.      I make this declaration of my own personal knowledge, unless otherwise indicated, and could and would testify as set forth herein if called to do so.

2.      I am the Chief of the Natural Resources Division of the California Department of Parks and Recreation ("DPR"), a position I have held since 2010.  I have worked in the conservation field for more than twenty years.  I received a Masters of Science in Natural Resources and Environment from the University of Michigan in 1998.  Prior to my current position, I served as Environmental Program Manager at the California Department of Water Resources from 2008 to 2010, and Deputy Assistant Secretary at the California Natural Resources Agency from 2005 to 2008.  I have also worked as a consultant to the Ecosystem

1

Restoration Program for the California Bay-Delta Authority, and as Policy Manager for the Pacific Forest Trust, where my work focused on climate projects and policies.

      3.      I regularly give presentations on climate change and its impacts to the California State Park System, and on plans, management practices, and policies for addressing those impacts. I have given such presentations to professionals, students and other audiences, including, for example, the California State Assembly's Select Committee on Sea Level Rise and the California Economy. I have also given a series of climate change presentations (in January 2018, September 2018, and May 2019) to the California State Parks and Recreation Commission, the body with authority for guiding policy for the State Park System.

      4.      DPR manages the California State Park System, which consists of 280 park units and approximately 1.6 million acres of land. Parks are located in every bioregion of California, and the State Park System protects some of the most important natural resources in California, including old growth forests, lakes and reservoirs, rare wildlife, and roughly one-quarter of the California coastline. The State Park System also protects the largest assemblage of cultural resources in California, including historic buildings and archaeological sites. The State Park System receives in excess of 80,000,000 visitors per year, and it is the primary destination for shoreline recreation in California.

      5.      I am familiar with scientific models related to global climate change and with evidence of the influence that climate change is having on resources in the State Park System. My knowledge is based on my ongoing review of the current scientific literature, attendance and participation at professional conferences and workshops, and my work for DPR. For years, DPR staff have been engaged in active management, documentation, and monitoring of resource conditions throughout the State Park System. Many of specific threats to biological diversity and

native species that have emerged in recent decades are attributable to, or compounded by, the influence of climate change.  Climate-influenced impacts on State Park System resources include accelerated coastal erosion, the spread of pests and pathogens (such as bark beetles), changes in phenology (the timing of natural phenomenon such as blooms and animal migrations) and changes to the frequency and severity of wildfires.  In the course of my work, I have reviewed information and reports by DPR and other agency staff concerning these phenomena.

6. Scientific models of global climate change predict that by the year 2100 the average temperature in California will increase by 2.8 and 8.6 degrees Fahrenheit.  These models also predict that by 2100, Mean Sea Levels along the coast will rise between 1 and 7 feet, greatly exacerbating the effects of wave run up and storm surges.  Due to uncertainty in the model, Actual Mean Sea Level rise could well exceed the predicted levels by considerable margins.  Also, Sea Level rise will vary by location, and certain areas could experience Sea Levels that exceed the predicted Mean Levels.

7. Based upon my professional experience and knowledge of California's State Park System, if the predicted changes in annual precipitation and sea level occur, they would have significant adverse and costly impacts on the State Park System.

8. Rising sea levels will drastically reduce the amount of beach available for park visitors and shorebirds, including threatened and endangered species.  In fact, many of California's beaches, including some in the State Park System such as Crystal Cove in Orange County, are narrow bands of sand backed by steep cliffs.  If the sea level rises even a few inches, the beaches will not simply move inland, but will completely disappear.  Also, even a small rise in sea level will affect the salinity, temperature, and hydrology in California's many lagoons, thereby harming the aquatic life – including rare, threatened and endangered fish – that rely on

3

the lagoons for breeding or rearing. In addition, sea level rise threatens much infrastructure in the State Park System, including numerous campgrounds, trails and roads, and water and waste systems that exist along the ocean's edge.

9. In addition, the California State Park System includes many important cultural resources, including archeological and historic sites, such as old mission structures, Native American sites, piers, and Civilian Conservation Corps sites. These kinds of resources are irreplaceable, and the salvage and/or protection of cultural resources that would be inundated by a sea level rise would be very expensive. For instance, even a small rise in sea level will affect the Park System's ancient shell middens, which contain remnants from California's earliest human residents, thousands of years ago.

10. Global climate change models also predict that wildfires will increase in frequency and severity. The state's recent experiences concerning wildfires are generally consistent with these predictions. In 2017, California had the highest average summer temperatures in recorded history. Over the last 40 years, California's fire season has increased 78 days—and in some places in the state the fire season is nearly year-round. Fifteen of the 20 most destructive wildfires in the state's history have occurred since 2000, with 10 of the most destructive occurring since 2015.

11. Increases in the frequency and severity of wildfires will have a significant impact on the State Park System. DPR currently expends significant resources to protect park infrastructure and natural and cultural resources from wildfires and to fight these fires. Growing wildfire activity also increases the risk that irreplaceable resources will be lost, including historic structures. Over the last fifteen years, several state parks have been impacted by wildfires, and the increasing frequency of wildfires has become a more important problem for the State Park

4

System. For example, the October 2017 Wine Country fires in Napa and Sonoma Counties burned through several state parks including Trione-Annadel State Park, Sugarloaf Ridge State Park and Robert Louis Stevenson State Historic Park, and threatened Jack London State Historic Park.

12. Global climate change models also predict disruptions to coastal fog. This would have a severe and damaging impact on natural forest types that are dependent upon fog, including Torrey pine, Monterey pine, and Coast redwood. These forest types draw many visitors to the State Park System, and a decline in these forests would result in fewer visitors and a significant loss of revenue to DPR.

13. DPR also manages several parks in winter snow areas, as well as the Sno-Park Program for California. Global climate change models predict reductions in winter-spring snowpack, which would result in loss of recreational opportunities and associated revenues in the mountains, and increased flooding downstream, along with operational challenges and associated costs at reservoir parks.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 18, 2019 in SACRAMENTO, California.

JAY CHAMBERLIN

5