# Exhibit 22

## Declaration of Lisa Berry Engler (July 2, 2020)

## Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>ENVIRONMENTAL DEFENSE FUND,<br><br>  Plaintiff-Intervenor,<br><br>  v.<br><br>ANDREW WHEELER, *et al.*,<br><br>  Defendants. | Civil Action No. 18-cv-0773 (RBW) |

**DECLARATION OF LISA BERRY ENGLER**

I, Lisa Berry Engler, declare as follows:

1.   I am currently employed by the Massachusetts Executive Office of Energy and Environmental Affairs (EEA) as Director of the Office of Coastal Zone Management (CZM). CZM is the lead policy and planning agency on coastal and ocean issues in Massachusetts. I have held this position for sixteen months. I have been employed by CZM since 2011, having held positions with increasing responsibility. I previously held the position of Assistant Director, Boston Harbor Regional Coordinator, Acting Director for the Massachusetts Bays National Estuary Program (MassBays), and MetroBoston Regional Coordinator for MassBays. Prior to joining CZM, I held positions with the Massachusetts Department of Transportation and the Massachusetts Department of Conservation and Recreation.

2.   I have extensive professional knowledge and experience regarding the impacts of climate change on coastal resources and communities in Massachusetts, as well as

1

Massachusetts' efforts to plan and prepare for such impacts. My job duties include providing oversight and administration for CZM and directing policy development, planning efforts, and technical approaches for CZM program areas. I supervise a team of 34 multidisciplinary professionals working in a range of program areas, including climate change adaptation and coastal resilience administered as CZM's StormSmart Coasts Program. Many of the staff I oversee have significant professional experience in coastal and environmental management, planning, science, policy, and other related fields. I routinely engage and partner with scientific and technical subject matter experts in federal agencies and academia. As part of my management responsibilities, I oversee CZM's work to provide information, strategies, tools, and financial resources to support communities and people working and living on the Massachusetts coast to address the challenges of erosion, flooding, storms, sea level rise, and other climate-change-related impacts. For instance, I oversee the development of sea level rise decision-support tools and services including inundation maps and guidance documents. I also direct CZM's work to provide policy and planning support and technical assistance to other state agencies, local communities, and private entities regarding adapting and increasing resilience to current and future impacts of climate change on our coast. For example, I oversee CZM's StormSmart Coasts Program that offers competitive grants, hands-on technical and planning assistance, and decision-support tools to Massachusetts cities and towns for the purposes of planning for and adapting to sea level rise and other climate-change-related coastal hazards.

3.      In my role with CZM, I chair and participate in various legislative and executive branch official groups, including the Massachusetts Ocean Advisory Commission and Science Advisory Council and associated work groups. I also represent the Commonwealth of Massachusetts (Commonwealth) on several multi-state organizations, including the Coastal

States Organization, Northeast Regional Ocean Council, and the Gulf of Maine Council on the Marine Environment.

4. I have a Bachelor's degree in Biology from Colby College and a Master's degree in Environmental Management from Duke University.

5. I am aware of and familiar with the science related to global climate change. My knowledge comes from my review of scientific peer-reviewed literature and consensus assessment reports, attendance at professional conferences and workshops, and professional exposure to other research and material. As a result of my professional experience and my knowledge of the peer-reviewed literature and reports, as well as my knowledge of the Massachusetts coastal resources and policies and planning related thereto, I can attest to the following.

6. The purposes of this declaration are to: (i) briefly describe the serious harms that climate change, caused in part by methane emissions from existing sources in the oil and natural gas sector, is causing and will continue to cause to Massachusetts' coastal resources, infrastructure, and communities; and (ii) briefly summarize extensive state and local initiatives, programs, and plans to respond to and prepare for such impacts. I am submitting this declaration in support of Plaintiffs' Motion for Summary Judgment, and in support of the State of New York et al.'s complaint seeking to compel EPA to comply with the nondiscretionary duty under the Clean Air Act to establish guidelines for limiting methane emissions from existing sources in the oil and natural gas sector.

**Climate Change Threatens Massachusetts' Coastal Resources and Communities**

7. The accelerated rate of global sea level rise and the severity and timing of coastal impacts due to this rise in sea level are largely dependent on current and future global

3

greenhouse gas emissions, including carbon dioxide emissions, and reduction measures. Continued emissions of greenhouse gases, including methane emissions from existing sources in the oil and natural gas sector, will result in increases in global temperature, yielding additional contributions to global sea level rise (*i.e.*, increased contributions from thermal expansion of warmer waters and melting of land-based ice sheets).[1]

8. Human-caused climate change has led to a rise in global mean sea levels of 7 to 8 inches since 1900, and a rate of rise greater than that in any preceding century in the last 2,800 years.[2] Global average sea levels will continue to rise by 1 to 4 feet by 2100, and emerging science regarding Antarctic ice sheet instability indicates sea level rise of as much as 8 feet by 2100 cannot be ruled out.[3] Due to the relationship of the East Coast to the Gulf Stream and melting Antarctic ice sheets, sea level rise will be higher than the global average on the East and Gulf Coasts of the United States.[4]

9. A March 2018 report entitled *Massachusetts Climate Change Projections* (2018 Projections Report), developed by a team of scientists from the U.S. Department of the Interior's Northeast Climate Adaptation Science Center at the University of Massachusetts Amherst, presents the best available, peer-reviewed science on climate change downscaled, or localized, for Massachusetts through the end of this century.[5] The 2018 Projections Report identifies

---

[1] *See generally* U.S GLOBAL CHANGE RESEARCH PROGRAM, CLIMATE SCIENCE SPECIAL REPORT: FOURTH NATIONAL CLIMATE ASSESSMENT, VOLUME I (D.J. Wuebbles et al. eds., 2017), https://science2017.globalchange.gov/.

[2] *Id.* at 10.

[3] *Id.*

[4] *Id.*

[5] MASSACHUSETTS CLIMATE CHANGE PROJECTIONS (2018), https://nescaum-dataservices-assets.s3.amazonaws.com/resources/production/MA%20Statewide%20and%20MajorBasins%20Climate%20Projections_Guidebook%20Supplement_March2018.pdf.

substantial increases in air temperatures, precipitation, and sea levels across Massachusetts as a result of human-caused greenhouse gas emissions.

10. A key component of the 2018 Projections Report is sea level rise projections for the state's coastline. The analysis for Massachusetts consisted of a probabilistic assessment of future relative sea level rise at tide gauge stations with long-term records at Boston Harbor, MA, Nantucket, MA, Woods Hole, MA, and Newport, RI.[6] The sea level projections are based on a methodology that provides complete probability distributions for different greenhouse gas emissions scenarios.[7] Working with the principal investigators (Robert DeConto and Robert Kopp) and a team of external peer reviewers, CZM reviewed and synthesized the downscaled projections, which are made available by the Commonwealth, to set forth a standard set of sea level rise projections to be used by municipalities, state government, industry, the private sector, and others to assess vulnerability and identify and prioritize actions to reduce risk. Given a high emissions pathway, Massachusetts is projected to experience approximately 4.0 to 7.6 feet of sea level rise over the twenty-first century, with 10.2 feet possible when accounting for higher ice sheet contributions.

11. Massachusetts has 2,819 miles of tidal coastline, and a coastal zone (land areas from the shoreline to 100 feet inland of major roads or railways from New Hampshire to Rhode Island) that encompasses 886 square miles. Approximately 4.9 million people or 75% of the Commonwealth's population (as of the 2010 U.S. census) reside in coastal counties. In 2014, the total output of the Massachusetts coastal economy was $249.2 billion, representing over 54% of

---

[6] *See id.* at 11 (citing Robert M. DeConto & Robert E. Kopp, *Massachusetts Sea Level Assessment and Projections*, Technical Memorandum (2017).

[7] *See id.* (citing Robert E. Kopp et al., *Probabilistic 21st and 22nd century sea level projections at a global network of tide gauge sites*, 2 EARTH'S FUTURE 383–406 (2014)).

the state's annual gross domestic product, and coastal counties accounted for 53% of the state's employment and wages.[8] Approximately 170,000 year-round residents are currently (as of the 2010 U.S. census) located within coastal flood hazard areas, as defined by the Federal Emergency Management Agency (FEMA), and are susceptible to 1% annual chance coastal storm flooding under current sea level conditions.[9] Accelerated sea level rise will lead to more regular flooding of developed and natural coastal areas due to an increase in the extent of tidal inundation, and will also exacerbate erosion along beaches, dunes, and coastal banks.

12. In addition, there is very high confidence that sea level rise will increase the frequency and extent of extreme flooding associated with coastal storms, such as hurricanes and nor'easters.[10] Coastal storm events will cause inundation of larger areas, and will occur more frequently, damaging or destroying coastal engineering structures such as seawalls, critical infrastructure such as wastewater treatment plants and transportation systems, and private property.

13. More frequent and severe storm surge and inundation will create serious risks for public safety and health, especially where sewer mains and pump stations are impacted. Frequent tidal flooding from sea level rise may also lead to increases in respiratory diseases due to mold from dampness in homes.[11] Saltwater intrusion—or the increased penetration of salt

---

[8] NAT'L OCEAN ECONOMICS PROGRAM, STATE OF THE U.S. OCEAN AND COASTAL ECONOMIES: COASTAL STATES SUMMARIES – 2016 UPDATE 29 (2016), http://midatlanticocean.org/wp-content/uploads/2016/03/CoastalStatesSummaryReports_2016.pdf.

[9] *See* Mark Crowell et al., *Estimating the United States Population at Risk from Coastal Flood-Related Hazards*, *in* COASTAL HAZARDS, 151, 167 (Charles W. Finkl ed., 2013), https://tinyurl.com/yaolf6bk.

[10] *See* U.S GLOBAL CHANCE RESEARCH PROGRAM, *supra*, at 27.

[11] *See generally* CENTERS FOR DISEASE CONTROL & PREVENTION, U.S. DEP'T OF HEALTH & HUMAN SERVS., COASTAL FLOODING, CLIMATE CHANGE, AND YOUR HEALTH: WHAT YOU CAN

water into sources of fresh water—from sea level rise will impact water resources (such as drinking water) by contaminating freshwater sources with salt water and also through the corrosion of water supply infrastructure.

14. The Massachusetts coastline includes a diverse array of ecosystems including, among others, sandy beaches, rocky shores, barrier beaches, islands, estuaries, and salt marshes. These ecosystems offer immense recreational, cultural, and aesthetic value to the residents of and visitors to the Commonwealth, while also serving important ecological functions. For instance, some natural coastal resources, including barrier beaches, salt marshes, and estuaries, provide valuable resilience services to the Commonwealth by buffering inland coastal communities and the built environment from storm surges and flooding. Salt water will also impact these coastal resources, as saltwater intrusion into estuarine habitats such as salt marshes and freshwater wetlands will alter the composition of the plant species and affect wildlife that depend on these ecosystems.

**Massachusetts is Experiencing Economic Impacts from Climate Change and Will Expend Significant Resources to Prepare for the Impacts of Climate Change on Our Coastal Areas**

15. The Commonwealth is already experiencing the impacts of climate change. The relative sea level trend at the Boston tide station is 2.83 millimeters per year based on monthly mean sea level data from 1921 to 2018, which is equivalent to a change of 0.93 feet over 100 years.[12]

---

DO TO PREPARE (2017), www.cdc.gov/climateandhealth/pubs/CoastalFloodingClimateChangeandYourHealth-508.pdf.

[12] *See* Nat'l Oceanic & Atmospheric Admin., *Relative Sea Level Trend 8443970 Boston, Massachusetts*, TIDES & CURRENTS, https://tidesandcurrents.noaa.gov/sltrends/sltrends_station.shtml?id=8443970.

7

16. These impacts are directly harming the welfare of Massachusetts residents and causing significant economic losses. Coastal storms currently result in severe coastal flooding with extensive damage to public infrastructure, private homes and businesses, and a significant demand for emergency services. For example, a coastal storm on March 2–3, 2018, which reached the third-highest water level recorded at the Boston Harbor tide gauge, resulted in major flooding, damages, and expenditures for response and recovery. The Massachusetts Emergency Management Agency determined that response and repair costs exceeded $24 million across six coastal counties. On April 30, 2018, Massachusetts Governor Charles Baker requested a federal disaster declaration, which the Trump Administration approved on June 25, 2018. The disaster declaration authorized FEMA Public Assistance funding for eligible applicants. As of June 2019, FEMA has obligated over $4 million for public storm-related costs.

17. Rising sea levels increase the frequency, depth, and duration of coastal flooding events; and the associated magnitude of damage costs, including costs associated with the increased demand on first responders, will escalate accordingly.

18. Sea level rise and other impacts of a changing climate pose major risks to communities in Massachusetts' coastal zone. Looking out to the end of the century, a 2018 study analyzed the number of coastal homes and commercial properties throughout the United States that will be at risk from frequent tidal flooding (meaning at least 26 higher tides per year) as a result of projected sea level conditions without any storm events.[13] In Massachusetts, over 89,000 existing homes and 8,000 commercial properties may be disrupted by chronic tidal flooding or inundation by 2100 under a high-emissions scenario. The 2018 market value of

---

[13] *See* UNION OF CONCERNED SCIENTISTS, UNDERWATER: RISING SEAS, CHRONIC FLOODS, AND THE IMPLICATIONS FOR US COASTAL REAL ESTATE (2018), www.ucsusa.org/resources/underwater.

residential buildings at risk of higher tides in 2100 was estimated at $63 billion, and these homeowners currently contribute over $400 million to the local property tax base.[14]

19. Development along the Massachusetts coast is afforded protection from coastal buffers such as beaches and dunes, and from engineered coastal infrastructure such as revetments and seawalls. These coastal engineered structures will experience greater impacts from flooding and wave energy from the anticipated increase in frequency and intensity of coastal storm events associated with accelerated sea level rise and climate change. With these greater impacts will come more frequent need for maintenance and replacement of coastal engineered structures as well as beaches in the form of sediment nourishment at significant costs. For example, the Town of Winthrop needed additional protection from storm surge and flooding impacts for a suburban neighborhood with existing engineered shoreline structures and an eroding beach. At a cost of approximately $25 million in state funding, 460,000 cubic yards of sand, gravel and cobble were placed along 4,200 linear feet of shoreline in 2013–2014. The community gained approximately 150 feet of beach width at high tide and increased protection against wave energy and coastal storms. Other communities across Massachusetts (*e.g.*, New Bedford, Rockport, Duxbury, and Scituate) have worked to design beach nourishment projects and address erosion and failing coastal engineered structures that will be exacerbated by sea level rise and increased flooding from coastal storms.

20. Coastal engineered structures, such as seawalls and revetments, have been constructed on over a quarter of the Commonwealth's ocean-facing shoreline to protect public and private infrastructure and assets from flooding and erosion. The Commonwealth and its

---

[14] *See* Massachusetts-specific data available at: www.ucsusa.org/sites/default/files/attach/2018/06/underwater-data-by-state.xlsx.

municipalities own approximately 92 miles of such structures along the coastline. As a result of wave forces on the coastal structures and lowered beach elevations, the Commonwealth and local governments routinely invest millions of dollars to repair and reinforce these structures so they can adequately protect coastal communities. For example, a seawall reconstruction project was recently completed in the Town of Marshfield to address coastal flooding and public safety issues. In 2018, the Commonwealth provided a $1.85 million grant and loan award to the town, which was matched with roughly $620,000 in local funds. The approximately 600-foot section of seawall sustained damages during a coastal storm in January 2015, and the state-funded project increased the height of the seawall by two to three feet to better protect a public road, utilities, and homes. The Town of Marshfield has 32 coastal engineered structures along 12 miles of exposed shoreline, totaling over 20,000 feet (3.9 miles) that have been identified as needing repairs and retrofits to address the current and future threats of coastal storms. With higher flood levels and greater storm surges, significantly more investments will be required to achieve the current flood-design protections afforded by these engineered structures across the coast.

21. The Commonwealth owns a substantial portion of the state's coastal property. The Commonwealth owns, operates, and maintains approximately 177 coastal state parks, beaches, reservations, and wildlife refuges located within the Massachusetts coastal zone. The Commonwealth also owns, operates, and maintains numerous properties, facilities, and infrastructure in the coastal zone, including roads, parkways, piers, and dams. Rising sea levels along the Massachusetts coast will result in either the permanent or temporary loss of the Commonwealth's coastal property through inundation, storm surge, flooding, and erosion events. These projected losses of coastal property will likely destroy or damage many of the state-owned facilities and infrastructure described above. The Commonwealth likely will be required to

expend significant resources to protect, repair, rebuild, or possibly relocate the affected properties, facilities, and infrastructure. According to the Commonwealth's 2018 *State Hazard Mitigation and Climate Adaptation Plan*,[15] the replacement cost of state-owned facilities exposed to FEMA's 1% annual chance flood event in coastal counties exceeds $500 million.

22.     The Massachusetts coastal zone is home to several major ports including the Port of Boston and New Bedford/Fairhaven Harbor. Recent economic studies indicate the income generated from the Massachusetts maritime economy supports 2.6% of the state's direct employment and 1.3% of gross domestic product.[16] In 2018, New Bedford/Fairhaven Harbor alone generated $3.7 billion in direct business revenue from seafood processing and fleet operation businesses.[17] By nature of their purpose, the state's ports and harbors are generally low-lying, coastal-dependent areas of high density-built environment and are susceptible to service interruption and associated revenue loss when flooded or otherwise impacted by coastal events. Additionally, coastal dependent businesses, maritime schools, and public facilities and departments will face disruptions in service in post-storm conditions.

23.     The Commonwealth is committed to protecting public safety, human health, the environment, and public resources through programs and policies that address sea level rise and other climate-change-related coastal hazards. EEA and CZM provide information, strategies, and

---

[15] Available at: www.mass.gov/service-details/massachusetts-integrated-state-hazard-mitigation-and-climate-adaptation-plan.

[16] *See* DAVID R. BORGES ET AL., UMASS DARTMOUTH PUBLIC POLICY CTR., NAVIGATING THE GLOBAL ECONOMY: A COMPREHENSIVE ANALYSIS OF THE MASSACHUSETTS MARITIME ECONOMY 11 (2018), www.mass.gov/files/documents/2018/01/24/Maritime_Economy.pdf.

[17] MARTIN ASSOCIATES & FOTH-CLE ENG'G GROUP, ECONOMIC IMPACT STUDY OF THE NEW BEDFORD/FAIRHAVEN HARBOR 5 (2019), www.newbedford-ma.gov/mayor/wp-content/uploads/sites/3/Martin-Report-Exec-Summary-2019.pdf.

11

tools to help other state agencies and communities plan for and address the challenges of erosion, flooding, storms, sea level rise, and other climate change impacts.

24. Of more than $32 million requested over the past five years alone, CZM has awarded approximately $17 million in state-funded grants to local communities to support sea level rise adaptation planning and implementation through the Coastal Resilience Grant Program. Local governments have matched these state funds with roughly $8.3 million in local funds and in-kind services for coastal resilience. Since 2017, EEA has awarded over $33 million in municipal grants for climate vulnerability planning and implementation statewide through the Municipal Vulnerability Preparedness (MVP) Program. Since the start of the MVP Program, local governments have matched MVP grants with almost $13 million in local funds and staff time. Between both CZM and EEA programs, the total amount of funding requested in 2018 was $8.3 million, and in 2019 increased to $29.3 million. And at the time of this declaration the amount of funding requested in 2020 is $31.3 million in MVP funds. There is a growing need at the local level for support.

25. Municipalities, private entities, and other partners have begun to support planning to address the impacts of sea level rise and other climate change impacts in Massachusetts and fund implementation of adaptation measures. Adaptation planning efforts include vulnerability assessments to determine areas and infrastructure susceptible to coastal impacts, prioritization of vulnerable assets and areas, and development of adaptation alternatives to mitigate climate risks in the near and long term. One example is the City of Boston's "Climate Ready Boston" initiative, which is developing district-level adaptation plans to address near-term coastal flooding and establish a framework for the funding and implementation of long-term, broader scale solutions. For the East Boston and Charlestown neighborhoods, the City of Boston

identified near-term (2030–2050) and long-term (2050–2070) actions for addressing future flood risks created by sea level rise. The City of Boston's report estimates the costs for these actions range from $202 million to $342 million for East Boston and Charlestown alone.[18] More recently, the city completed a coastal resilience plan for the South Boston neighborhood and in 2020 will finish a similar plan for the Downtown area. Another example of planning for the impacts of coastal climate change is the *Great Marsh Coastal Adaptation Plan* led by the National Wildlife Federation in partnership with the Ipswich River Watershed Association.[19] The plan assesses climate impacts and vulnerability for the Great Marsh region and each of its six communities (Salisbury, Newburyport, Newbury, Rowley, Ipswich, and Essex), examining the risk and exposure of critical infrastructure and natural resources, and identifies areas of special concern. The plan states that in Newburyport, estimated one-time damages to buildings and structures (not contents) from a 1% annual exceedance probability storm (also known as the 100-year storm) under 1.09 feet of sea level rise would be $18.3 million and under 3.45 feet of sea level rise the damages would increase to $32.4 million.[20]

26.     In conclusion, any increase in the rate of sea level rise and the frequency, magnitude, and severity of coastal flooding, erosion, and storms related to greenhouse gas emissions, including methane emissions from existing sources in the oil and natural gas sector,

---

[18] *See* COASTAL RESILIENCE SOLUTIONS FOR EAST BOSTON AND CHARLESTOWN: FINAL REPORT (2017), www.boston.gov/sites/default/files/climatereadyeastbostoncharlestown_finalreport_web.pdf.

[19] *See* TAJ SCHOTTLAND ET AL., GREAT MARSH COASTAL ADAPTATION PLAN (2017), www.nwf.org/-/media/Documents/PDFs/NWF-Reports/NWF-Report_Great-Marsh-Coastal-Adaptation-Plan_2017.ashx.

[20] *Id.* at 49, tbl.3.3-3.

will adversely impact the Commonwealth and its residents and will require the Commonwealth to expend additional resources and incur additional costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Belmont, Massachusetts on July __2__, 2020.

_Lisa Berry Engler_
Lisa Berry Engler
Director
Massachusetts Office of Coastal Zone Management