# Exhibit 25

## Declaration of California Air Resources Board (July 2, 2020)

Plaintiffs' Motion For Summary Judgment

STATE OF NEW YORK, *et al.*, and ENVIRONMENTAL DEFENSE FUND
v.
ANDREW WHEELER, *et al.*
Civil Action No. 18-cv-0773 (RBW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ANDREW WHEELER, *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-0773 (RBW) |

**DECLARATION OF CAROLYN LOZO**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Carolyn Lozo, state and declare as follows:

1. I am over 21 years of age and am fully competent and dully authorized to make this Declaration. The facts contained in this Declaration are based on my personal knowledge and are true and correct to the best of my knowledge and belief.

2. I am currently employed by the California Air Resources Board (CARB) as the Branch Chief of the Oil and Gas and Greenhouse Gas Mitigation

1

Branch, a position I have held since May 2019. CARB is the expert agency charged with overseeing all air pollution control efforts in California to attain and maintain health-based air quality standards. CARB's mission is to promote and protect public health, welfare, and ecological resources through the effective and efficient reduction of air pollutants while recognizing and considering effects on the economy. CARB's major goals include providing safe, clean air to all Californians, reducing California's emission of greenhouse gases, and providing leadership and innovative approaches for implementing air pollution controls. CARB is part of the California Environmental Protection Agency, an organization that reports directly to the Governor's Office in the Executive Branch of California State Government. In addition to developing statewide rules, CARB works with local California air districts, many of which regulate oil and gas pollution at the regional or county level.

3.  I have been employed with CARB since 2008, and was previously employed with CARB from 1990 to 2000. I have extensive professional knowledge and experience regarding the air pollution impacts of the oil and natural gas industry. I manage a team working with California's local air districts to regulate emissions from California's oil and gas industry. I oversee implementation of CARB's methane regulation for the oil and gas sector, coordinate with the California Public Utilities Commission on a methane emission proceeding for

2

natural gas transmission and distribution utilities, and develop programs evaluating well stimulation and other oil- and gas-related issues. I have also designed and implemented elements of California's Low Carbon Fuel Standard. I supervise a team of over 20 scientists and engineers. Many of the staff I oversee have significant professional experience with the air pollution impacts from the oil and natural gas industry.

4. Unless otherwise noted, the statements made in this declaration are based on my review of various publicly available administrative records and scientific literature.

5. Emissions from oil and gas facilities include criteria pollutants, volatile organic compounds (VOCs), including toxic air contaminants, and methane. Methane, the primary component of natural gas, is an extremely potent greenhouse gas, with climate impacts roughly 85 times those of a similar volume of carbon dioxide when measured over a 20-year period, or 28 times when measured over a 100-year period.[1] Global methane emissions accounted for 16 percent of global greenhouse gas emissions in 2010, and methane emissions from the United States are estimated at approximately 10 percent of those global

---

[1] Intergovernmental Panel on Climate Change, 2014: Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.), p. 87.

emissions.[2] Short-lived climate pollutants such as methane remain in the atmosphere for a shorter period of time than carbon dioxide. Given the relatively short lifetime, reducing methane can effectively slow the rate of climate change in the near term and can have an immediate beneficial impact. Methane emissions controls represent one of the most important ways of slowing the pace of global climate change because they can be readily and cost-effectively reduced. In 2017, methane emissions from oil and gas operations were the top methane emissions source in the United States, representing about a third of all U.S. methane emissions.[3]

6. Although all states face serious risks from climate change, and so will benefit from reductions in methane emissions, California faces particularly acute climate vulnerabilities. The state is already experiencing the adverse effects of climate change, including increased wildfire risk, a decline in the average annual snowpack that provides approximately 35 percent of the State's water supply,[4] and increased erosion of beaches and low-lying coastal properties from rising sea levels. California's vibrant agricultural economy is sensitive to rising temperatures and increased risk of drought and heavy rainfall events. Greenhouse gas emissions

---

[2] Intergovernmental Panel on Climate Change, 2014: Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.), p. 46.
[3] U.S. Environmental Protection Agency (2019) Inventory of U.S. Greenhouse Gas Emissions and Sinks 1990-2017.
[4] Office of Environmental Health Hazard Assessment, California Environmental Protection Agency (2018). Indicators of Climate Change in California, p. 110, available at https://oehha.ca.gov/media/downloads/climate-change/report/2018caindicatorsreportmay2018.pdf.

4

and climate impacts also cause serious harm to human health, including increased heat-related hospitalizations[5] and deaths[6] and extreme weather events.

7. I am informed and believe that the oil and gas program in California is one of the most active in all of the Western states, with 2017 onshore oil production figures ranking the State as the fourth most productive state in the nation.

8. Since October 1, 2017, CARB has been administering a successful statewide air pollution regulation for the oil and natural gas industry. California's regulation seeks to curb methane emissions at new and existing oil and natural gas facilities by forty-five percent over the next ten years relative to 2013 levels. Similar to EPA's emission standards for new, reconstructed, and modified sources in the oil and natural gas sector codified at 40 Code of Federal Regulations part 60, subpart OOOOa ("2016 EPA Standard"), California's regulation requires quarterly monitoring and repairing of methane leaks from onshore and offshore oil and natural gas wells, natural gas processing plants, natural gas compressor stations, natural gas underground storage facilities, and other equipment used in the

---

[5] Knowlton, K., M. Rotkin-Ellman, G. King, H. G. Margolis, D. Smith, G. Solomon, R. Trent and P. English (2008). "The 2006 California heat wave: impacts on hospitalizations and emergency department visits." Environmental health perspectives 117(1): 61-67.
[6] Poumadere, M., C. Mays, S. Le Mer and R. Blong (2005). "The 2003 heat wave in France: dangerous climate change here and now." Risk Analysis: an International Journal 25(6): 1483-1494.

5

production, processing, storage, and delivery of oil and natural gas. *See* Cal. Code Regs. tit. 17, §§ 95665, *et seq*.

9. California's local air districts have been controlling VOCs and other pollutants from the industry with these methods for decades, and are now working with CARB to implement the statewide methane control rule. Industry is highly familiar with these approaches, has the necessary equipment, and can implement controls cost-effectively. California's oil and natural gas industry has not experienced substantial implementation issues, with over 300 operators in the state, ranging from the very small "mom and pop" variety to large global companies. Thus, California's own experience shows that such regulations are feasible.

10. California's regulation goes beyond the 2016 EPA Standard, however, by regulating both new and existing sources of methane from the oil and natural gas sector. Existing sources make up the vast majority of oil and gas sources in California. To date, all covered facilities (over 700) have met their requirements to report facility and equipment information.[7] Over 300 of these facilities were additionally required to submit their quarterly leak detection and repair (LDAR) data.[8] During these facilities' 2018 LDAR surveys, approximately 1.9 million components were inspected, and over 11,000 leaks were detected. Preliminary

---

[7] 17 Cal. Code Regs. § 95674(b)(2).
[8] 17 Cal. Code Regs. § 95669.

6

estimates of emission reductions from these 2018 LDAR efforts are that about 5,500 metric tons of methane were reduced, which equals about 400,000 metric tons of CO2e reduced. All 12 natural gas underground storage facilities in the state have begun implementing their additional daily or continuous wellhead LDAR monitoring and reporting, as well as their ambient air monitoring of methane.[9] The widespread conducting and reporting of quarterly, and in some cases daily or continuous, LDAR surveys in California demonstrate that the LDAR requirements in the NSPS are achievable.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed in Sacramento, California on _____July 2nd_____, 2020.

_____*Carolyn Lozo*_____
Carolyn Lozo
Chief, Oil and Gas and Greenhouse Gas Mitigation Branch
California Air Resources Board

---

[9] 17 Cal. Code Regs. § 95668(h).

7