**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, et al., | ) |  |
|  | ) |  |
| Plaintiffs, | ) | No. 18-cv-0773 |
| v. | ) |  |
|  | ) | Hon. Reggie B. Walton |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7(h) of the Local Rules of the U.S. District Court for the District of Columbia, Defendants the United States Environmental Protection Agency et al. (collectively "EPA") hereby cross-move this Court for Summary Judgment on all claims set forth in Plaintiffs' Complaint. The grounds for this motion are set forth in EPA's accompanying Combined Memorandum in Support of Their Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

Dated: August 14, 2020                    Respectfully submitted,

                                                            /s/ Heather E. Gange
                                                          HEATHER E. GANGE
                                                          D.C. Bar 452615
                                                          U.S. Department of Justice
                                                          Environment & Natural Resources Division
                                                          Environmental Defense Section
                                                          P.O. Box 7611
                                                          Washington, D.C. 20044
                                                          Telephone:  (202) 514-4206
                                                          Facsimile:  (202) 514-8865
                                                          E-mail: Heather.Gange@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 14th day of August 2020, the foregoing was filed through the court's ECF system, which provided electronic notice to all counsel of record as more fully described in the notice of filing:

          /s/ Heather E. Gange
Heather E. Gange
D.C. Bar 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4206
Fax: (202) 514-8865
Heather.Gange@usdoj.gov