

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
ENVIRONMENTAL PROTECTION BUREAU

August 28, 2020

**VIA CM/ECF**

Honorable Reggie B. Walton  
United States District Court  
 for the District of Columbia  
E. Barrett Prettyman United States Courthouse  
333 Constitution Avenue, N.W.  
Washington, D.C. 20001

 Re:  *New York et al. v. EPA*, Case No. 18-cv-0773 (D.D.C.)

Dear Judge Walton,

 As discussed at the status conference held today, the parties in the above-referenced matter request that the Court suspend the summary judgment briefing schedule established in the Court's June 18, 2020 Order (ECF No. 83). Pursuant to that Order, plaintiffs' and the intervenor-plaintiff's combined reply in support of their motion and opposition to any cross-motion is due on or before September 4, 2020, and defendant EPA's reply in support of any cross-motion for summary judgment is due on or before October 2, 2020. In light of EPA's finalization of the rulemaking referenced in EPA's August 17, 2020 Status Report (ECF No. 92), and expected publication of that final rule in the Federal Register in the next several weeks, the parties agree that the pending summary judgment motion briefing schedule should be suspended. The Court's minute entry for proceedings held today setting a status conference for October 15, 2020 did not specifically address this request and the parties would appreciate a minute order making that explicit.

 Very truly yours,

 FOR THE STATE OF NEW YORK

 LETITIA JAMES  
 Attorney General

THE CAPITOL, ALBANY, N.Y. 12224-0341 ● PHONE (518) 776-2400 ● FAX (518) 650-9363 ● WWW.AG.NY.GOV

   /s/ Morgan A. Costello
Morgan A. Costello
Michael J. Myers
Christopher C. Gore
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392

| FOR THE STATE OF CALIFORNIA | FOR THE COMMONWEALTH OF MASSACHUSETTS |
|---|---|
| XAVIER BECERRA<br>Attorney General | MAURA HEALEY<br>Attorney General |
| Kavita P. Lesser<br>Daniel M. Lucas<br>Deputy Attorneys General<br>California Department of Justice<br>300 South Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6605<br>*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra* | Melissa Hoffer<br>Chief, Energy and Environment Bureau<br>Turner Smith<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200 |

   /s/ Susannah Weaver
Susannah L. Weaver
Sean H. Donahue
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
*Counsel for Plaintiff-Intervenor Environmental Defense Fund*

        U.S. Department of Justice
Environment & Natural Resources Division

  /s/ Heather E. Gange
HEATHER E. GANGE
D.C. Bar No. 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206
*Counsel for Defendants*