UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> ENVIRONMENTAL DEFENSE FUND, <br><br> Intervenor-Plaintiff, <br> v. <br><br> ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and the <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Civil Action No. 18-773 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on the same date via teleconference, it is hereby

**ORDERED** that all deadlines regarding oppositions and replies to the pending motions for summary judgment are **VACATED** pending further order of the Court. It is further

**ORDERED** that, on October 16, 2020, at 10:00 a.m., the parties shall appear before the Court for a status conference to discuss how the parties wish to proceed in this case.

**SO ORDERED** this 28th day of August, 2020.

REGGIE B. WALTON
United States District Judge
