IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| ENVIRONMENTAL DEFENSE FUND, ) | Civil Action No. 18-cv-773 (RBW) |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | Hon. Reggie Walton |
| v. ) | |
| ) | |
| ANDREW WHEELER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION TO ADJOURN OCTOBER 16, 2020 STATUS CONFERENCE**

Plaintiffs the States of New York, California, Connecticut, Illinois, Iowa, Maine, Maryland, New Mexico, Oregon, Rhode Island, Vermont, Washington, the Commonwealths of Massachusetts and Pennsylvania, the District of Columbia, and the City of Chicago and Plaintiff-Intervenor Environmental Defense Fund (collectively Plaintiffs), by and through the undersigned counsel, hereby jointly request that the Court adjourn the status conference set for 10:00 a.m. on October 16, 2020. EPA does not oppose the relief requested. In support of this motion, Plaintiffs state as follows:

1. At a status conference held in this case on August 28, 2020, the Court vacated the deadlines regarding pending motions for summary judgment pending further order of the Court and scheduled a status conference for October 16, 2020 to discuss how the parties wish to proceed in the case. Order (Dkt. No. 94).

1

2.      Subsequently, EPA's final rule titled, "Oil and Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review," 85 Fed. Reg. 57,018 (Sept. 14, 2020) ("Review Rule"), which among other things rescinds methane standards for new oil and natural gas sources, was published in the Federal Register.

3.      As Plaintiffs notified the Court in a September 21, 2020 Notice (Dkt. No. 97), the Review Rule was administratively stayed by the United States Court of Appeals for the District of Columbia Circuit pending consideration of two motions to stay the Review Rule pending merits review.

4.      In light of the fact that the D.C. Circuit has not yet ruled on those stay motions, Plaintiffs request an adjournment of the status conference.

5.      The Parties will submit a proposal, or proposals, within 14 days after the D.C. Circuit's decision on those stay motions to govern further proceedings in this case as appropriate in light of such decision.

6.      The Parties have conferred regarding this motion, and counsel for EPA has stated that EPA does not oppose the requested relief.

Respectfully Submitted,

Dated:  October 14, 2020              FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

  /s/ Morgan A. Costello
Morgan A. Costello
Christopher C. Gore
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392

| | |
|---|---|
| FOR THE STATE OF CALIFORNIA | FOR THE STATE OF CONNECTICUT |
| XAVIER BECERRA<br>Attorney General | WILLIAM TONG<br>Attorney General |
|   /s/ Meredith J. Hankins<br>Timothy E. Sullivan<br>Daniel M. Lucas<br>Kavita P. Lesser<br>Meredith J. Hankins<br>Deputy Attorneys General<br>California Department of Justice<br>300 South Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6177<br>*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra* |   /s/ Jill Lacedonia<br>Jill Lacedonia<br>Assistant Attorney General<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06141-0120<br>(860) 808-5250 |

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

  /s/ Gerald Karr
Gerald Karr
Assistant Attorney General
Illinois Attorney General's Office
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-3369

FOR THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
Attorney General

  /s/ Melissa Hoffer
Melissa Hoffer
Chief, Energy and Environment Bureau
Turner Smith
Assistant Attorney General
Megan Herzog
Special Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

FOR THE STATE OF IOWA

THOMAS J. MILLER
Attorney General

  /s/ Jacob Larson
Jacob Larson
Assistant Attorney General
Environmental Law Division
Hoover State Office Building
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
(515) 281-5341

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

  /s/ Laura Jensen
Laura Jensen
Assistant Attorney General
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800


FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

  /s/ Leah J. Tulin
Leah J. Tulin
Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6962




FOR THE STATE OF NEW MEXICO


HECTOR H. BALDERAS
Attorney General

  /s/ William Grantham
William Grantham
Consumer & Environmental Protection Division
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 717-3500

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

  /s/ Paul Garrahan
Paul Garrahan
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096
(503) 947-4593


FOR THE COMMONWEALTH OF PENNSYLVANIA

JOSH SHAPIRO
Attorney General

  /s/ Michael J. Fischer
Michael J. Fischer
Chief Deputy Attorney General
Robert A. Reiley
Assistant Director, Pennsylvania Department of Environmental Protection
Environmental Protection Section
Pennsylvania Office of the Attorney General
Strawberry Square
Harrisburg, PA 17120
(215) 560-2171


FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

  /s/ Gregory S. Schultz
Gregory S. Schultz
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

  /s/ Nicholas F. Persampieri
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ Emily C. Nelson
Emily C. Nelson
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-4607

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

Catherine A. Jackson
Chief, Public Integrity Section

  /s/ David S. Hoffmann
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
441 Fourth St. NW Ste. 600-S
Washington, D.C. 20001
(202) 442-9889

FOR THE CITY OF CHICAGO

EDWARD N. SISKEL
Corporation Counsel

  /s/ Jared Policicchio
Jared Policicchio
Supervising Assistant Corporation Counsel
Admitted *Pro Hac Vice*
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-1438

DATED: October 14, 2020        /s/ Susannah L. Weaver

Susannah L. Weaver, D.C. Bar # 1023021
Sean H. Donahue, D.C. Bar # 940450
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
Phone: (202) 277-7085 (Mr. Donahue)
susannah@donahuegoldberg.com
sean@donahuegoldberg.com

Peter Zalzal, CO Bar # 42164
Rosalie Winn, CA Bar # 305616
Rachel Fullmer, CO Bar # 49868
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rwinn@edf.org
rfullmer@edf.org

*Counsel for Plaintiff-Intervenor Environmental Defense Fund*

## CERTIFICATE OF SERVICE

    I certify that on October 14, 2020, I filed the foregoing **UNOPPOSED MOTION TO ADJOURN OCTOBER 16, 2020 STATUS CONFERENCE** using the United States District Court CM/ECF system, which caused all counsel of record to be served electronically.

                                            /s/ Morgan A. Costello
                                            Morgan A. Costello