UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.,*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>U.S. ENVIRONMENTAL PROTECTION  )<br>AGENCY, *et al*.  )<br>) | Civil Action No.  1:18-cv-0773<br><br>Hon. Reggie Walton |

## JOINT STATUS REPORT

Pursuant to this Court's Order of October 14, 2020, ECF No. 99, Plaintiffs the State of New York *et al.* and Defendants the United States Environmental Protection Agency *et al*. (collectively "Parties"), hereby provide the following status report:

On October 27, 2020, the U.S. Court of Appeals for the District of Columbia Circuit denied the motions that were addressed in Plaintiffs' Notice of Pending Challenge to and Administrative Stay of EPA Final Rule, ECF No. 97.  The Parties therefore jointly propose the following schedule to govern briefing of a motion by Defendants to dismiss this suit on mootness grounds:

Defendants' Motion to Dismiss:  due by November 24, 2020

Plaintiffs' Opposition:  due by December 23, 2020

Defendants' Reply:  due by January 15, 2021

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | United States Department of Justice<br>Environment & Natural Resources Division |
| Dated:  November 10, 2020 | /s/ Heather E. Gange<br>HEATHER E. GANGE<br>D.C. Bar 452615<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel. 202.514.4206<br>Fax. 202.514.8865<br>Heather.Gange@usdoj.gov |
|  | *Counsel for Defendants* |
| Dated:  November 10, 2020 | FOR THE STATE OF NEW YORK |
|  | LETITIA JAMES<br>Attorney General |
|  | /s/ Morgan A. Costello<br>Morgan A. Costello<br>Christopher C. Gore<br>Assistant Attorneys General<br>Office of the Attorney General<br>Environmental Protection Bureau<br>The Capitol<br>Albany, NY 12224<br>(518) 776-2392 |

| | |
|---|---|
| FOR THE STATE OF CALIFORNIA | FOR THE STATE OF CONNECTICUT |
| XAVIER BECERRA<br>Attorney General | WILLIAM TONG<br>Attorney General |
| /s/ Meredith J. Hankins<br>Timothy E. Sullivan<br>Daniel M. Lucas<br>Kavita P. Lesser<br>Meredith J. Hankins<br>Deputy Attorneys General<br>California Department of Justice<br>300 South Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6177<br>*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra* | /s/ Jill Lacedonia<br>Jill Lacedonia<br>Assistant Attorney General<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06141-0120<br>(860) 808-5250 |
| | FOR THE STATE OF ILLINOIS |
| | KWAME RAOUL<br>Attorney General |
| | /s/ Gerald Karr<br>Gerald Karr<br>Assistant Attorney General<br>Illinois Attorney General's Office<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>(312) 814-3369 |
| FOR THE COMMONWEALTH OF MASSACHUSETTS | |
| MAURA HEALEY<br>Attorney General | |
| /s/ Melissa Hoffer<br>Melissa Hoffer<br>Chief, Energy and Environment Bureau<br>Turner Smith<br>Assistant Attorney General<br>Megan Herzog<br>Special Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200 | FOR THE STATE OF IOWA<br><br>THOMAS J. MILLER<br>Attorney General<br><br>/s/ Jacob Larson<br>Jacob Larson<br>Assistant Attorney General<br>Environmental Law Division<br>Hoover State Office Building<br>1305 E. Walnut St., 2nd Floor<br>Des Moines, IA 50319<br>(515) 281-5341 |

| | |
|---|---|
| FOR THE STATE OF MAINE | FOR THE STATE OF OREGON |
| AARON M. FREY<br>Attorney General | ELLEN F. ROSENBLUM<br>Attorney General |
| /s/ Laura Jensen<br>Laura Jensen<br>Assistant Attorney General<br>Maine Attorney General's Office<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800 | /s/ Paul Garrahan<br>Paul Garrahan<br>Attorney-in-Charge, Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>(503) 947-4593 |
| FOR THE STATE OF MARYLAND | FOR THE COMMONWEALTH OF PENNSYLVANIA |
| BRIAN E. FROSH<br>Attorney General | JOSH SHAPIRO<br>Attorney General |
| /s/ Leah J. Tulin<br>Leah J. Tulin<br>Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6962 | /s/ Michael J. Fischer<br>Michael J. Fischer<br>Chief Deputy Attorney General<br>Robert A. Reiley<br>Assistant Director, Pennsylvania Department of Environmental Protection<br>Environmental Protection Section<br>Pennsylvania Office of the Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>(215) 560-2171 |
| FOR THE STATE OF NEW MEXICO | FOR THE STATE OF RHODE ISLAND |
| HECTOR H. BALDERAS<br>Attorney General | PETER F. NERONHA<br>Attorney General |
| /s/ William Grantham<br>William Grantham<br>Consumer & Environmental Protection Division<br>New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>(505) 717-3500 | /s/ Gregory S. Schultz<br>Gregory S. Schultz<br>Special Assistant Attorney General<br>Rhode Island Department of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 |

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

  /s/ Nicholas F. Persampieri
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ Emily C. Nelson
Emily C. Nelson
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-4607

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

Catherine A. Jackson
Chief, Public Integrity Section

  /s/ David S. Hoffmann
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
441 Fourth St. NW Ste. 600-S
Washington, D.C. 20001

(202) 442-9889

FOR THE CITY OF CHICAGO

EDWARD N. SISKEL
Corporation Counsel

  /s/ Jared Policicchio
Jared Policicchio
Supervising Assistant Corporation Counsel
Admitted *Pro Hac Vice*
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-1438

DATED: November 10, 2020    /s/ Susannah L. Weaver

Susannah L. Weaver, D.C. Bar # 1023021
Sean H. Donahue, D.C. Bar # 940450
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
Phone: (202) 277-7085 (Mr. Donahue)
susannah@donahuegoldberg.com
sean@donahuegoldberg.com


Peter Zalzal, CO Bar # 42164
Rosalie Winn, CA Bar # 305616
Rachel Fullmer, CO Bar # 49868
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rwinn@edf.org
rfullmer@edf.org


*Counsel for Plaintiff-Intervenor Environmental Defense Fund*

**CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 10th day of November 2020, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

       /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206