**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18-cv-0773 |
| v. | ) | |
| | ) | Hon. Reggie B. Walton |
| U.S. ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS THIS ACTION AS MOOT

Pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure and Local Rule 7 of the

U.S. District Court for the District of Columbia, Defendants the United States Environmental

Protection Agency et al. (collectively "EPA") hereby move this Court for an order dismissing all

claims set forth in Plaintiffs' Complaints as moot.  The grounds for this motion are set forth in

EPA's accompanying Memorandum in Support.

Dated: November 24, 2020                    Respectfully submitted,


   /s/ *Heather E. Gange*
HEATHER E. GANGE
D.C. Bar 452615
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone:  (202) 514-4206
Facsimile:  (202) 514-8865
E-mail: Heather.Gange@usdoj.gov

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 24th day of November 2020, the foregoing was filed through the court's ECF system, which provided electronic notice to all counsel of record as more fully described in the notice of filing:

/s/  Heather E. Gange
Heather E. Gange
D.C. Bar 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4206
Fax: (202) 514-8865
Heather.Gange@usdoj.gov