UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:18-cv-0773 |
| ) | |
| v. ) | Hon. Reggie Walton |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al*. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of July 29, 2021, Plaintiffs the State of New York *et al.* and Defendants the United States Environmental Protection Agency *et al.* (collectively "Parties"), hereby provide the following joint status report:

As EPA previously notified the Court and the Plaintiffs, pursuant to Executive Order No. 13990 the Agency has been working to propose *"new regulations to establish . . . emission guidelines* for methane emissions . . . from existing operations in the oil and gas sector, including the exploration and production, transmission, processing, and storage segments." ECF No. 106 (emphasis added); *see* Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis, 86 Fed. Reg. 7037 § 2(c)(1) (Jan. 25, 2021). EPA submitted a draft proposed rule to the Office of Management and Budget ("OMB"). OMB received EPA's submittal on September 15, 2021. *See* RIN 2060-AV15 (Emission Guidelines for Oil and Natural Gas Sector) at https://www.reginfo.gov/public/do/eoReviewSearch. OMB's review of that submittal is currently ongoing.

Because such guidelines are the subject of this litigation, the Parties anticipate that the proposed regulations will influence how they wish to proceed in this case.

1

The Parties therefore jointly propose the following schedule to govern further proceedings in this matter:

EPA shall file a notice within seven days after the proposed regulations are signed and posted to the Agency's web site; and

The Parties shall submit a joint status report advising the Court on how the Parties wish to proceed in this case by the earlier of 21 days after EPA's notice regarding the proposed regulations or December 3, 2021.

               Respectfully Submitted,

               United States Department of Justice
               Environment & Natural Resources Division

Dated: October 28, 2021       /s/ Heather E. Gange
               HEATHER E. GANGE
               D.C. Bar 452615
               Environmental Defense Section
               P.O. Box 7611
               Washington, DC 20044-7611
               Tel. 202.514.4206
               Fax. 202.514.8865
               Heather.Gange@usdoj.gov

               *Counsel for Defendants*

Dated: October 28, 2021      FOR THE STATE OF NEW YORK

               LETITIA JAMES
               Attorney General

                /s/ Morgan Costello (by permission)
               MORGAN A. COSTELLO
               Christopher C. Gore
               Assistant Attorneys General
               Office of the Attorney General
               Environmental Protection Bureau
               The Capitol
               Albany, NY 12224
               (518) 776-2392

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

  /s/ Timothy E. Sullivan (by permission)
Timothy E. Sullivan
Supervising Deputy Attorney General
Daniel M. Lucas
Deputy Attorney General
California Department of Justice
1515 Clay Street
Oakland, CA 94612
(510) 879-0987
*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra*

FOR THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
Attorney General

  /s/ Megan Herzog (by permission)
Turner Smith
Deputy Chief
Megan Herzog
Special Assistant Attorney General for Climate Change
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

  /s/ Jill Lacedonia (by permission)
Jill Lacedonia
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250


FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

  /s/ Gerald Karr (by permission)
Gerald Karr
Assistant Attorney General
Illinois Attorney General's Office
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-3369


FOR THE STATE OF IOWA

THOMAS J. MILLER
Attorney General

  /s/ Jacob Larson (by permission)
Jacob Larson
Assistant Attorney General
Environmental Law Division
Hoover State Office Building
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
(515) 281-5341

| | |
|---|---|
| FOR THE STATE OF MAINE | FOR THE STATE OF OREGON |
| AARON M. FREY<br>Attorney General | ELLEN F. ROSENBLUM<br>Attorney General |
| /s/ Laura Jensen (by permission)<br>Laura Jensen<br>Assistant Attorney General<br>Maine Attorney General's Office<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800 | /s/ Paul Garrahan (by permission)<br>Paul Garrahan<br>Attorney-in-Charge, Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>(503) 947-4593 |
| FOR THE STATE OF MARYLAND | FOR THE COMMONWEALTH OF PENNSYLVANIA |
| BRIAN E. FROSH<br>Attorney General | JOSH SHAPIRO<br>Attorney General |
| /s/ Leah J. Tulin (by permission)<br>Leah J. Tulin<br>Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6962 | MICHAEL J. FISCHER<br>Executive Deputy Attorney General<br><br>/s/ Ann Johnston (by permission)<br>Michael J. Fischer<br>Senior Deputy Attorney General<br>Robert A. Reiley<br>Assistant Director, Pennsylvania Department of Environmental Protection<br>Environmental Protection Section<br>Pennsylvania Office of the Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>(717) 705-6938 |
| FOR THE STATE OF NEW MEXICO | FOR THE STATE OF RHODE ISLAND |
| HECTOR H. BALDERAS<br>Attorney General | PETER F. NERONHA<br>Attorney General |
| /s/ William Grantham (by permission)<br>William Grantham<br>Consumer & Environmental Protection Division<br>New Mexico Office of the Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>(505) 717-3500 | /s/ Gregory S. Schultz (by permission)<br>Gregory S. Schultz<br>Special Assistant Attorney General<br>Rhode Island Department of Attorney General<br>150 South Main Street |

| | |
|---|---|
| Providence, RI 02903 | Washington, D.C. 20001 |
| (401) 274-4400 | (202) 442-9889 |

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

  /s/ Nicholas F. Persampieri  (by permission)
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ Caroline Cress (by permission)
Caroline Cress
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-4613


FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

Kathleen Konopka
Deputy Attorney General
Public Advocacy Division

  /s/ David S. Hoffmann (by permission)
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth St. N.W.

FOR THE CITY OF CHICAGO

CELIA MEZA
Corporation Counsel

  /s/ Jared Policicchio (by permission)
Jared Policicchio
Supervising Assistant Corporation Counsel
Admitted *Pro Hac Vice*
2 N. LaSalle Street, Suite 540
Chicago, IL 60602
(312) 744-1438

DATED:  October 28, 2021

/s/ Matthew Littleton (by permission)
Matthew Littleton, D.C. Bar # 1602328
Sean H. Donahue, D.C. Bar # 940450
Donahue, Goldberg & Littleton, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 683-6895 (Mr. Littleton)
Phone: (202) 277-7085 (Mr. Donahue)
susannah@donahuegoldberg.com
sean@donahuegoldberg.com


Peter Zalzal, CO Bar # 42164
Rosalie Winn, CA Bar # 305616
Rachel Fullmer, CO Bar # 49868
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rwinn@edf.org
rfullmer@edf.org

*Counsel for Plaintiff-Intervenor Environmental Defense Fund*

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 28th day of October 2021, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206