UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:18-cv-0773 |
| ) | |
| v. ) | Hon. Reggie Walton |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al.* ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of November 1, 2021, Plaintiffs the State of New York *et al.* and Defendants the United States Environmental Protection Agency *et al.* (collectively "Parties"), hereby provide the following joint status report:

1. As EPA previously notified the Court and the Plaintiffs, pursuant to Executive Order No. 13990 the Agency worked to propose *"new regulations to establish . . . emission guidelines* for methane emissions . . . from existing operations in the oil and gas sector, including the exploration and production, transmission, processing, and storage segments." ECF No. 106 (emphasis added); *see* Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis, 86 Fed. Reg. 7037 § 2(c)(1) (Jan. 25, 2021).

2. On November 1, 2021, EPA signed and posted to its web site a proposed rule that, among other things, (a) proposes to revise the new source performance standards for greenhouse gases and volatile organic compounds for the Crude Oil and Natural Gas source category; and (b) proposes emissions guidelines for states to follow in developing, submitting, and implementing state plans to establish performance standards to limit greenhouse gases (methane)

1

from existing sources in the Crude Oil and Natural Gas source category. ECF No. 117. The proposed rule was published in the Federal Register on November 15, 2021. 86 Fed. Reg. 63,110.

3. The proposed emission guidelines are the subject of this litigation, and they must be issued through a public notice and comment process in which Plaintiffs expect to participate. EPA plans to issue final emission guidelines before the end of 2022. See, e.g., https://www.epa.gov/system/files/documents/2021-11/2021-oil-and-gas-proposal.-overview-fact-sheet.pdf. The Parties therefore jointly propose that the Court place this case in abeyance pending EPA's completion of the rulemaking process described above regarding the emission guidelines. Further, the Parties propose the following schedule to govern further proceedings in this matter:

EPA shall submit status reports regarding the above-described rulemaking process for the emission guidelines 120 days after the Court's entry of this order and every 120 days thereafter;

EPA shall file a notice in this case within seven days after related materials are issued for public notice and/or comment regarding the above-described rulemaking process for the emission guidelines (such as a supplemental proposal); and

The Parties shall submit a joint status report advising the Court on how the Parties wish to proceed in this case within 30 days after the conclusion of the above-described rulemaking process regarding the emission guidelines.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | United States Department of Justice |
|  | Environment & Natural Resources Division |
| Dated:  November 23, 2021 | /s/ Heather E. Gange |
|  | HEATHER E. GANGE |
|  | D.C. Bar 452615 |
|  | Environmental Defense Section |
|  | P.O. Box 7611 |
|  | Washington, DC 20044-7611 |
|  | Tel. 202.514.4206 |
|  | Fax. 202.514.8865 |
|  | Heather.Gange@usdoj.gov |
|  | *Counsel for Defendants* |
| Dated:  November 23, 2021 | FOR THE STATE OF NEW YORK |
|  | LETITIA JAMES |
|  | Attorney General |
|  | /s/ Morgan Costello (by permission) |
|  | MORGAN A. COSTELLO |
|  | Christopher C. Gore |
|  | Assistant Attorneys General |
|  | Office of the Attorney General |
|  | Environmental Protection Bureau |
|  | The Capitol |
|  | Albany, NY 12224 |
|  | (518) 776-2392 |

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

  /s/ Timothy E. Sullivan
Timothy E. Sullivan
Supervising Deputy Attorney General
Daniel M. Lucas
Deputy Attorney General
California Department of Justice
1515 Clay Street
Oakland, CA 94612
(510) 879-0987
*Attorneys for the State of California, by and through the California Air Resources Board and Attorney General Xavier Becerra*

FOR THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
Attorney General

  /s/ Megan Herzog
Turner Smith
Deputy Chief
Megan Herzog
Special Assistant Attorney General for Climate Change
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

  /s/ Jill Lacedonia
Jill Lacedonia
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250


FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

  /s/ Gerald Karr
Gerald Karr
Assistant Attorney General
Illinois Attorney General's Office
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-3369


FOR THE STATE OF IOWA

THOMAS J. MILLER
Attorney General

  /s/ Jacob Larson
Jacob Larson
Assistant Attorney General
Environmental Law Division
Hoover State Office Building
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
(515) 281-5341

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

  /s/ Laura Jensen
Laura Jensen
Assistant Attorney General
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800


FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

  /s/ Leah J. Tulin
Leah J. Tulin
Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6962


FOR THE STATE OF NEW MEXICO

HECTOR H. BALDERAS
Attorney General

  /s/ William Grantham
William Grantham
Consumer & Environmental Protection Division
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 717-3500

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

  /s/ Paul Garrahan
Paul Garrahan
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096
(503) 947-4593


FOR THE COMMONWEALTH OF PENNSYLVANIA

JOSH SHAPIRO
Attorney General

MICHAEL J. FISCHER
Executive Deputy Attorney General

  /s/ Ann Johnston
Michael J. Fischer
Senior Deputy Attorney General
Robert A. Reiley
Assistant Director, Pennsylvania Department of Environmental Protection
Environmental Protection Section
Pennsylvania Office of the Attorney General
Strawberry Square
Harrisburg, PA 17120
(717) 705-6938


FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

  /s/ Gregory S. Schultz
Gregory S. Schultz
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street

Providence, RI 02903                                           (202) 442-9889
(401) 274-4400

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

  /s/ Nicholas F. Persampieri
Nicholas F. Persampieri
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ Caroline Cress
Caroline Cress
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-4613


FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

Kathleen Konopka
Deputy Attorney General
Public Advocacy Division

  /s/ David S. Hoffmann
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth St. N.W.
Washington, D.C. 20001

FOR THE CITY OF CHICAGO

CELIA MEZA
Corporation Counsel

  /s/ Jared Policicchio
Jared Policicchio
Supervising Assistant Corporation Counsel
Admitted *Pro Hac Vice*
2 N. LaSalle Street, Suite 540
Chicago, IL 60602
(312) 744-1438

| | |
|---|---|
| DATED:  November 23, 2021 |      /s/ Matthew Littleton (by permission) |

Matthew Littleton, D.C. Bar # 1602328
Sean H. Donahue, D.C. Bar # 940450
Donahue, Goldberg & Littleton, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 683-6895 (Mr. Littleton)
Phone: (202) 277-7085 (Mr. Donahue)
susannah@donahuegoldberg.com
sean@donahuegoldberg.com

Peter Zalzal, CO Bar # 42164
Rosalie Winn, CA Bar # 305616
Rachel Fullmer, CO Bar # 49868
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rwinn@edf.org
rfullmer@edf.org

*Counsel for Plaintiff-Intervenor Environmental Defense Fund*

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 23rd day of November 2021, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

/s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206