# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:18-cv-0773 |
| ) | |
| v. ) | Hon. Reggie Walton |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al.* ) | |
| ) | |

## NOTICE OF EXTENSION OF PUBLIC COMMENT PERIOD

Pursuant to this Court's Minute Order of November 29, 2021, Defendants the United States Environmental Protection Agency and Michael S. Regan in his official capacity as Administrator thereof ("EPA") hereby report that on December 13, 2021, EPA signed and posted to its web site a notice extending until January 31, 2022, the public comment period for the proposed rule discussed in the parties' Joint Status Report of November 23, 2021. That notice was published in the Federal Register on December 17, 2021. *See* Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review; Extension of Comment Period, 86 Fed. Reg 71,603 (Dec. 17, 2021).

1

                                        Respectfully Submitted,

                                        United States Department of Justice
                                        Environment & Natural Resources Division

Dated:  December 17, 2021          /s/ Heather E. Gange
                                        HEATHER E. GANGE
                                        D.C. Bar 452615
                                        Environmental Defense Section
                                        P.O. Box 7611
                                        Washington, DC 20044
                                        Tel. 202.514.4206
                                        Fax. 202.514.8865
                                        Heather.Gange@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 17th day of December 2021, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources
   Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel. (202) 514-4206