IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 1:18-cv-00773-RBW |
| MICHAEL S. REGAN, in his official Capacity as Administrator of the United States Environmental Protection Agency, et al., | ) |
| *Defendants*. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that MATTHEW LITTLETON hereby withdraws his appearance as counsel for Plaintiff Intervenor Environmental Defense Fund, which will continue to be represented by the remaining undersigned counsel.

Respectfully submitted,

*/s/ Matthew Littleton*
Matthew Littleton (D.C. Bar No. 1602328)
DONAHUE, GOLDBERG & LITTLETON
1008 Pennsylvania Avenue SE
Washington, DC 20003
(202) 683-6895
matt@donahuegoldberg.com

*/s/ Sean H. Donahue*
Sean H. Donahue (D.C. Bar No. 450940)
DONAHUE, GOLDBERG & LITTLETON
1008 Pennsylvania Avenue SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com