UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:18-cv-0773 |
| ) | |
| v. ) | Hon. Reggie Walton |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al*. ) | |
| ) | |

## STATUS REPORT

The United States, on behalf of Respondents the United States Environmental Protection Agency ("EPA"), and Michael Regan, EPA Administrator (collectively "EPA"), hereby submits the following status report pursuant to the Court's Minute Order dated November 29, 2021:

EPA is continuing work on the rulemaking described in Parties' Joint Status Report filed on November 23, 2021. ECF No. 118.  On November 1, 2021, EPA signed and posted to its web site a proposed rule that, among other things: (a) proposes to revise the new source performance standards for greenhouse gases and volatile organic compounds for the Crude Oil and Natural Gas source category; and (b) proposes emissions guidelines for states to follow in developing, submitting, and implementing state plans to establish performance standards to limit greenhouse gases (methane) from existing sources in the Crude Oil and Natural Gas source category ("Proposed Rule").  ECF No. 117. The Proposed Rule was published in the Federal Register on November 15, 2021.  "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review," 86 Fed. Reg. 63110 (Nov. 15, 2021).

The emission guideline component of the Proposed Rule is the subject of this litigation. The public comment period for the Proposed Rule closed on January 31, 2022. *See* 86 Fed. Reg 71,603 (Dec. 17, 2021) (extension of public comment period for Proposed Rule). EPA received more than 470,000 comments that the Agency continues to evaluate. *See* https://www.regulations.gov/document/EPA-HQ-OAR-2021-0317-000.

        Respectfully Submitted,

        United States Department of Justice
        Environment & Natural Resources Division

Dated: July 27, 2022        /s/ Heather E. Gange
        HEATHER E. GANGE
        D.C. Bar 452615
        Environmental Defense Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel. 202.514.4206
        Fax. 202.514.8865
        Heather.Gange@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Heather E. Gange, hereby certify that on July 27, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which effected service on counsel for all parties.

                                           */s/ Heather E. Gange*
                                           Heather E. Gange