# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:18-cv-0773 |
| | ) | |
| v. | ) | Hon. Reggie Walton |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>MOTION TO DISMISS</u>

Plaintiff State of Iowa, by Iowa Attorney General Brenna Bird and Assistant Attorney General Jacob Larson, hereby moves to dismiss Iowa as a party to the Complaint and withdraw as a Plaintiff in this matter.  After careful and considered review, Iowa no longer believes that it is in the legal or policy interests of the State to continue as a Plaintiff in this case.  This dismissal and withdrawal will not materially prejudice the rights of the other parties.  Iowa requests that all parties bear their own costs.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

_/s/ Jacob J. Larson_

JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone:  (515) 281-5164
Fax:  (515) 281-4209
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.   All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

**DATE:**  March 6, 2023

_/s/ Jacob J. Larson_

JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov

Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone:  (515) 281-5164
Fax:  (515) 281-4209
ATTORNEYS FOR PLAINTIFF