UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., | ) ) ) |
| Plaintiffs, | ) ) No. 18-cv-0773 |
| v. | ) ) |
| | ) Hon. Reggie B. Walton |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs the State of New York *et al.* and Defendants the U.S. Environmental Protection Agency *et al.* hereby notify the Court that all claims in this case are voluntarily dismissed with each party to bear its own costs.

Respectfully submitted,

Dated: June 4, 2024

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

  /s/ *Morgan A. Costello*
MORGAN A. COSTELLO
Michael J. Myers
Christopher C. Gore
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392

| | |
|---|---|
| FOR THE STATE OF CALIFORNIA<br><br>ROB BONTA<br>Attorney General<br><br>  /s/ *Kavita Lesser*  <br>Kavita Lesser<br>Daniel M. Lucas<br>Deputy Attorneys General<br>California Department of Justice<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>(213) 268-6605<br>*Attorneys for the State of California* | FOR THE STATE OF ILLINOIS<br><br>KWAME RAOUL<br>Attorney General<br><br>  /s/ *Gerald Karr*  <br>Gerald Karr<br>Assistant Attorney General<br>Illinois Attorney General's Office<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>(312) 814-3369 |
| FOR THE COMMONWEALTH OF MASSACHUSETTS<br><br>ANDREA JOY CAMPBELL<br>Attorney General<br><br>  /s/ *Turner Smith*  <br>Turner Smith<br>Deputy Chief<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200 | FOR THE STATE OF MAINE<br><br>AARON M. FREY<br>Attorney General<br><br>  /s/ *Scott Boak*  <br>Scott Boak<br>Assistant Attorney General<br>Maine Attorney General's Office<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800 |
| FOR THE STATE OF CONNECTICUT<br><br>WILLIAM TONG<br>Attorney General<br><br>  /s/ *Jill Lacedonia*  <br>Jill Lacedonia<br>Assistant Attorney General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250 | FOR THE STATE OF MARYLAND<br><br>ANTHONY G. BROWN<br>Attorney General<br><br>  /s/ *Joshua M. Segal*  <br>Joshua M. Segal<br>Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6446 |

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
Attorney General

  /s/ *William Grantham*
William Grantham
Consumer & Environmental Protection Division
New Mexico Office of the Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 717-3500


FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

  /s/ *Paul Garrahan*
Paul Garrahan
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096
(503) 947-4593


FOR THE COMMONWEALTH OF PENNSYLVANIA

MICHELLE A. HENRY
Attorney General

  /s/ *Ann R. Johnston*
Ann R. Johnston
Assistant Chief Deputy Attorney General
Civil Environmental Enforcement Unit
Office of the Attorney General
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 497-3678

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

  /s/ *Gregory S. Schultz*
Gregory S. Schultz
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400


FOR THE STATE OF VERMONT

CHARITY R. CLARK
Attorney General

  /s/ *Melanie Kehne*
Melanie Kehne
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 752-9138


FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

  /s/ *Caroline Cress*
Caroline Cress
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40117
Olympia, WA 98504
(360) 586-4613

3

FOR THE DISTRICT OF COLUMBIA

BRIAN SCHWALB
Attorney General

Jennifer Jones
Deputy Attorney General
Public Advocacy Division

  /s/ *David S. Hoffmann*
David S. Hoffmann
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth St. N.W.
Washington, D.C. 20001
(202) 442-9889

FOR THE CITY OF CHICAGO

MARY B. RICHARDSON-LOWRY
Corporation Counsel

  /s/ *Bradley Ryba*
Bradley Ryba
Assistant Corporation Counsel
*Pro Hac Vice* Admission Pending
2 N. LaSalle Street, Suite 540
Chicago, IL 60602
(312) 742-6432

DATED:  June 4, 2024            /s/ *Sean H Donahue*
Sean H. Donahue
Donahue, Goldberg & Littleton, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 277-7085 (Mr. Donahue)
sean@donahuegoldberg.com

Peter Zalzal
Rosalie Winn
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
pzalzal@edf.org
rwinn@edf.org

*Counsel for Plaintiff-Intervenor Environmental Defense Fund*


Dated:  June 4, 2024             /s/ Heather E. Gange
HEATHER E. GANGE
D.C. Bar No. 452615
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206
Fax. 202.514.8865

*Counsel for Defendants*

CERTIFICATE OF SERVICE

     I, Heather E. Gange, certify that on this 4th day of June 2024, I electronically filed the foregoing through the Court's CM/ECF system which caused counsel for all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                            /s/ Heather E. Gange